| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Nancy Tarn* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Nancy Tarn<br>C. Date of Delivery: 5/10/06 |
| 1. Article Addressed to:<br>Leura G. Canary<br>United States Attorney<br>Post Office Box 197<br>Montgomery, AL 36101-0197 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06cv397-CSC (wo)<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7001 6700 0012 6359 0598 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540