**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Blake
Assistant Legal Counsel
Social Security Administration
61 Forsyth Street, S.W.
Suite 20T45
Atlanta, GA 30303-892

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Steve Riner   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 5/15/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

Code: 2:06CV397-CSC

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0611

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540