IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-397-CSC |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on August 9, 2006, between the following participants:

   Juraldine Battle-Hodge
   Attorney for Plaintiff

   James J. DuBois
   Office of the United States Attorney
   Attorney for Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by September 15, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        1.  All information pertaining to Plaintiff's claims and damages.

        2.  All information pertaining to Defendant's defenses.

    b.  All discovery commenced in time to be completed by July 31, 2007.

    c.  There will be a maximum of 30 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.  There will be a maximum of 30 requests for production of documents by each party to

       any other party. The responses will be due 30 days after service.

e. There will be a maximum of 30 requests for admission by each party to any other party. Responses will be due 30 days after service.

f. The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

g. Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by January 30, 2007, and from Defendant by February 30, 2007.

h. Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. **Other items.**

    a. **Scheduling Conference**
The parties do not request a conference with the court before entry of the scheduling order.

    b. **Pretrial Conference**
The parties request a pretrial conference in October 2007.

    c. **Additional Parties, Claims and Defenses**
The parties must join additional parties and amend the pleadings by October 31, 2006.

    d. **Dispositive Motions**
All potentially dispositive motions should be filed by June 30, 2007.

    e. **Settlement**
Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

    f. **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

    g. **Trial Date**
This case should be ready for trial by December 10, 2007, and at this time is expected to take approximately 2 days of trial time.

Date: August 18, 2006

| | |
|---|---|
| s/Juraldine Battle-Hodge | s/James J. DuBois |
| Law Offices of Juraldine Battle-Hodge, P.C. | JAMES J. DUBOIS |
| 207 Montgomery Street, Suite 215 | Assistant United States Attorney |
| Montgomery, AL 36104 | Georgia Bar No. 231445 |
| Telephone: (334) 262-1177 | United States Attorney's Office |
| Attorney for Plaintiff | Post Office Box 197 |
| | Montgomery, AL 36101-0197 |
| | Telephone: (334) 223-7280 |
| | Facsimile: (334) 223-7418 |
| | E-mail: james.dubois2@usdoj.gov |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Jeraldine Battle-Hodge.

/s/James J. DuBois
Assistant United States Attorney