IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-397-WKW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND DEADLINES**

COME NOW Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the Court extend the dispositive motion deadline by sixty (60) days and that all other deadlines set by the Court's Uniform Scheduling Order receive a corresponding extension. As grounds for said motion, Defendants show unto the Court the following:

1. This is a discrimination case brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Plaintiff alleges that she was discriminated against due to her race and subjected to retaliation. Defendants deny these contentions and assert that all decisions were made for legitimate, non-discriminatory reasons. Pursuant to the scheduling order, the dispositive motion deadline is currently July 2, 2007, the pretrial conference is set for October 29, 2007, and the trial is set for the December 12, 2007, trial term.

2. Plaintiff filed a second lawsuit, Johnson v. Astrue, case number 2:07-CV-59, on or about January 22, 2007, alleging additional Title VII violations by Defendants, and Defendants filed an Answer on April 25, 2007. This second lawsuit involves essentially the same witnesses and

decision-makers. Accordingly, there is substantial overlap in the two lawsuits regarding claims, defenses, witnesses, and discovery. To avoid the unnecessary expenditure of costs, to serve judicial economy, and to avoid duplicative discovery, the parties filed a motion to consolidate Plaintiff's first and second lawsuit on April 25, 2007, and requested the court to issue a new scheduling order to set a parallel discovery track for both lawsuits. This motion is still pending.

3. The parties have delayed scheduling depositions in the first lawsuit in hopes of a new scheduling order that will allow the parties to depose each witness one time for use in both lawsuits. This will save the parties costs and avoid inflicting unnecessary hardship on witnesses. Notably, Plaintiff resides in Chattanooga and will have to travel to Montgomery for deposition. If the cases are on the same discovery track, then she can travel for just one deposition. Similarly, federal employees who will be deposed will only have to miss one period of time from work.

4. In the event the motion to consolidate is not granted and a new scheduling order is not issued in the consolidated cases, the parties request a 60-day extension of time to allow the parties sufficient time to complete the deposition of an out-of-state Plaintiff at a mutually convenient time in the first lawsuit, as well as other depositions of federal employees, and to allow the parties to obtain accurate transcripts and finalize the briefing of any dispositive motions in the first lawsuit before the pertinent deadlines. This extension will move the dispositive motion deadline to August 31, 2007.

5. This extension will make the dispositive motions due within 90-days of the Court's October 29, 2007, pretrial conference. To adhere to this District's practice of having dispositive motions due more than 90 days before any pretrial conference, the parties request that the Court correspondingly extend the other deadlines in the Scheduling Order, including moving the pretrial conference and moving the trial from the December 10, 2007, trial term to a date arising during a subsequent trial term (the parties anticipate proposing the July 23, 2007 trial term in the second

lawsuit). This rescheduling promote efficient use of the time and resources of the Court and the parties.

6.Counsel for Defendants and Plaintiff have discussed this matter and agree upon this extension to conserve resources and avoid duplicative discovery, and thus this Motion is unopposed.

7.If the Court grants the pending Motion to Consolidate and orders the parties to propose a new scheduling order to govern both lawsuits, then this Motion will be rendered moot.

WHEREFORE, for good cause shown, Defendants move this Court to grant this Motion and extend the dispositive motion deadline, and all other corresponding deadlines, in the interests of preserving costs, judicial economy, and inconvenience to parties and witnesses.

Respectfully submitted this the 16th day of May, 2007.

LEURA G. CANARY
United States Attorney

By:  s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
Georgia Bar No. 231445
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail:  james.dubois2@usdoj.gov

**OF COUNSEL:**
Reginald V. Speegle, Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
61 Forsyth Street, S. W.
Suite 20T45
Atlanta, Georgia 30303

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Juraldine Battle-Hodge.

                                                    s/James J. DuBois  
                                                    Assistant United States Attorney