IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNETHIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-397-WKW |
| | ) | |
| JO ANNE B. BARNHART, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| BERNETHIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-00059-ID-TFM |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The defendants in *Johnson v. Barnhart, et al.*, Case No. 2:06-cv-397-WKW, filed a Motion to Consolidate Cases (Doc. # 11). The same motion has also been filed in *Johnson v. Astrue, et al.*, Case No. 2:07-CV-00059-ID-TFM (Doc. # 16.) The plaintiff is not opposed to consolidation. The cases share common questions of law and fact, one common defendants, and some of the same evidence. Accordingly, pursuant to Rule 42 of the Federal Rules of Civil Procedure, it is ORDERED that the Motion is GRANTED. The above-referenced cases are consolidated for all purposes until further order of the court. The lead case shall be *Johnson v. Barnhart, et al.*, Case No. 2:06-CV-00397-WKW. The Clerk of the Court is DIRECTED to

docket this Order in the above-referenced cases.

    DONE this 21st day of May, 2007.

                                    /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE