IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-397-WKW |
| ) | |
| JO ANNE B. BARNHART, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| BERNETHIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-0059-WKW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In view of the Amended Uniform Scheduling Order in these consolidated cases, the Motion for Extension of Deadline (Doc. # 12) is DENIED as moot.

DONE this 23rd day of May, 2007.

                                       /s/   W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE