IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-397-WKW |
| | )                                 2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and shows unto the Court that the parties are required to disclose pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, or the parties have requested or may request pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, subject to compulsory legal process by this Court, certain records which are deemed private and confidential under the Federal Privacy Act (5 U.S.C. § 552a). The information sought may be within the proper scope of discovery, however, disclosure would be in violation of the Privacy Act unless authorized by this Court. 5 U.S.C. § 552a (b) (11). Defendant has contacted Plaintiff's counsel, and she has indicated that Plaintiff does not oppose this Motion.

WHEREFORE, Defendant requests the Court to enter an Order authorizing the Defendant, his agents and employees to release the requested records and information to Plaintiff's attorney. A proposed order is attached.

Respectfully submitted this 20th day of August, 2007.

                        LEURA G. CANARY
                        United States Attorney

                        By: s/James J. DuBois
                        JAMES J. DUBOIS
                        Assistant United States Attorney
                        GA Bar Number: 231445
                        Post Office Box 197
                        Montgomery, AL  36101-0197
                        Telephone No.: (334) 223-7280
                        Facsimile No.: (334) 223-7418
                        E-mail: **James.DuBois2@usdoj.gov**


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney.

                                                s/James J. DuBois
                                         Assistant United States Attorney