IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CV-397-WKW |
| ) | 2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties are required to disclose pursuant to Rule 26(a), or the parties have requested or may request pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, subject to compulsory legal process by this Court, certain records which are deemed private and confidential under the Federal Privacy Act (5 U.S.C. § 552a). As such records may be relevant to the issues to be litigated in this case, it is hereby ORDERED that pursuant to 5 U.S.C. § 552a (b) (11), discovery may be had of said records that are otherwise subject to the Privacy Act. The parties will limit the distribution, disclosure and use of materials subject to the Privacy Act that is produced during discovery associated with this proceeding to the parties, their counsel, persons employed by their counsel or associated with them who are directly involved in the preparation and trial of this case, and to prospective witnesses on a "need to know" basis. The parties will not distribute, disclose or use said information except for the preparation and litigation of this proceeding and any other legitimate government purpose.

It is further ORDERED that the Defendant, his agents and employees, be and are hereby relieved of any penalties to which they would otherwise be subjected pursuant to 5 U.S.C. § 552a.

Done this _____ day of _____, 2007

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE