IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNETHIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-CV-397-WKW |
| | ) | 2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND DEADLINES**

COMES NOW Plaintiff, by and through counsel of record, and Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully request that the Court extend the discovery and dispositive motion deadlines and that all other deadlines set by the Court's Uniform Scheduling Order receive a corresponding extension. As grounds for said motion, the parties show unto the Court the following:

1. These are two consolidated discrimination cases brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Plaintiff alleges that she was discriminated against due to her race and subjected to retaliation. Defendants deny these contentions and assert that all decisions were made for legitimate, non-discriminatory reasons. These two lawsuits, which assert some overlapping time periods and contain some allegations against the same decisionmakers, were consolidated after an unopposed Motion by Defendant by Order dated May 21, 2007, to preserve time and resources for the parties, counsel, and witnesses. Pursuant to the scheduling order, the dispositive motion deadline is currently November 26, 2007, the pretrial conference is set for February 20, 2008, and the trial is set for the March 24, 2008 trial term.

2. The allegations in these two consolidated lawsuits cover several years, and involve an extensive administrative record and out-of-state and/or retired witnesses. Furthermore, the second lawsuit contains additional allegations that require additional discovery from the first lawsuit. Plaintiff and Defendant have exchanged written discovery and have been working in good faith to schedule depositions in these consolidated cases at a time that will minimize inconveniences to parties and counsel. Plaintiff, who resides in Chattanooga, Tennessee, will have to travel to Montgomery, Alabama for her deposition which the parties believe may require two days to complete. The parties had scheduled Plaintiff's deposition for August 14 and 15, 2007. Plaintiff's counsel, however, had to cancel the deposition due to death in the family and the parties are currently trying to reschedule it. To date, the parties have not been able to re-schedule this deposition before the end of October 2007.

3. Defendant's counsel carries a full defensive caseload in the U.S. Attorney's Office as lead counsel, assists other Assistant United States Attorneys on cases including a medical malpractice case with multiple expert witnesses that is set for trial the week of February 4, 2008, and has obligations relating to his role as civil health care fraud coordinator. Plaintiff's counsel has a trial set for the week of October 15, 2007 in Lee County, Alabama. Due to commitments in other cases, and other obligations, including a previously-scheduled and non-refundable vacation by Defense counsel, the parties have not been able to reschedule Plaintiff's deposition, and the depositions of various federal employees, until late October 2007. The court reporters, however, need adequate time to complete deposition transcripts, and the parties to review them, prior to any deadlines in this case.

4. The parties now request this extension of time to allow the parties sufficient time to complete the deposition of the out-of-state Plaintiff at a mutually convenient time, as well as other depositions of federal employees, and to allow the parties to obtain accurate transcripts and finalize the

briefing of any dispositive motions before the pertinent deadlines. This extension will move the dispositive motion deadline to February 28, 2008. This extension will cause no prejudice, and will serve the interests of efficiency and economy for the Court, the parties, counsel, and witnesses.

5. This extension will make the dispositive motions due after the Court's February 20, 2008, pretrial conference. To adhere to this District's practice of having dispositive motions due more than 90 days before any pretrial conference, the parties request that the Court correspondingly extend the other deadlines in the Scheduling Order, including moving the pretrial conference and moving the trial from the March 4, 2008 trial term to a date arising during a later trial term. Due to other cases that both Plaintiff and Defendant's counsel have scheduled for the July 28, 2008 trial term, the parties request that these consolidated cases be set for the October 20, 2008 trial term. This rescheduling promotes efficient use of the time and resources of the Court, parties, counsel, and witnesses.

6. The proposed new schedule is presented below arranged in accordance with the sections in the current Amended Scheduling Order dated May 23, 2007.

7. **Section 1**. Trial is currently set for the term commencing on March 24, 2008. The parties propose that trial of these consolidated cases be moved to the Court's jury trial term commencing on **October 20, 2008**. The parties propose that the Court schedule a pretrial conference during the week of **September 24, 2008**.

8. **Section 2**. Dispositive motions are currently due on November 26, 2007. The parties propose that dispositive motions be filed no later than **February 28, 2008**.

9. **Section 3**. The parties propose that they conduct a face-to face settlement conference on or before **March 28, 2008**, and file a Notice Concerning Settlement Conference and Mediation not more than five days later.

10. **Section 4.** The deadline to amend the pleadings or add parties has passed and no change is proposed in this section.

11. **Section 5.** The deadline for motions for class certification has passed and no change is proposed in this section.

12. **Section 6.** No change is proposed.

13. **Section 7.** The discovery deadline is currently February 6, 2008. The parties propose that discovery be extended to **May 6, 2008.**

14. **Section 8.** The expert report deadline is currently November 26, 2007, for Plaintiff and December 24, 2007, for Defendant. The parties propose that Plaintiff's expert report (s) be due on **January 31, 2008**, and that Defendant's expert report be due on **March 3, 2008.**

15. **Section 9.** The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

16. **Section 10.** The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

17. **Section 11.** The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

WHEREFORE, for good cause shown, Defendants move this Court to grant this Motion and extend the dispositive motion deadline, and all other corresponding deadlines, in the interests of preserving costs, judicial economy, and inconvenience to parties and witnesses.

Respectfully submitted this 24th day of September, 2007.

| | |
|---|---|
| s/Juraldine Battle-Hodge | s/James J. DuBois |
| Law Offices of Juraldine Battle-Hodge, P.C. | JAMES J. DUBOIS |
| 207 Montgomery Street, Suite 215 | Assistant United States Attorney |
| Montgomery, AL 36104 | Georgia Bar No. 231445 |
| Telephone: (334) 262-1177 | United States Attorney's Office |
| Attorney for Plaintiff | Post Office Box 197 |
| | Montgomery, AL 36101-0197 |
| | Telephone: (334) 223-7280 |
| | Facsimile: (334) 223-7418 |
| | E-mail: james.dubois2@usdoj.gov |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Juraldine Battle-Hodge.

                                                      s/James J. DuBois
                                           Assistant United States Attorney