IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BERNETHIA JOHNSON,                    )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        Case No. 2:06-cv-0397-WKW
                                      )        Case No. 2:07-cv-0059-WKW
MICHAEL J. ASTRUE,                    )
COMMISSIONER OF SOCIAL                )
SECURITY, *et al.*,                   )
                                      )
        Defendants.                   )

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend Deadlines (Doc. # 18), it is

ORDERED that the motion is GRANTED.  A second amended scheduling order will be issued

DONE this 28th day of September, 2007.

            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE