# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 6, 2007

## NOTICE OF DEFICIENCY
## REGARDING CORPORATE/
## CONFLICT STATEMENT

**To:      Bernethia Johnson**
**From:   Clerk's Office**

**Case Style: Bernethia Johnson vs. Michael Astrue, et al**

**Case Number:   2:06cv397-WKW**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**