IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:06-cv-0397-WKW |
| | )  Case No. 2:07-cv-0059-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the parties' Joint Motion to Stay (Doc. # 21) these consolidated cases, it is hereby ORDERED that:

1. The Joint Motion to Stay (Doc. # 21) is GRANTED;

2. The proceedings in this case are STAYED until **March 5, 2008**;

3. The plaintiff shall file a written status report **on or before March 5, 2008**, informing the court whether she is capable of proceeding with these lawsuits and providing competent testimony.

A revised scheduling order will be issued by further order of the court upon lift of the stay.

DONE this 14th day of December, 2007.

                                                  /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE