IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Nortnern DIVISION

RECEIVED

2007 DEC 20 A 10:39

Bernethia Johnson,  )
  )
  Plaintiff,  )
  )
v.  )  CASE NO. 2:06-cv-397
  )
Social Security Administration. et al.,  )
  )
  Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Bernethia Johnson</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**              **Relationship to Party**

12/20/07
Date

(Signature)
Juraldine Battle-Hodge
(Counsel's Name)

**Bernethia Johnson**
Counsel for (print names of all parties)
207 Montgomery Street, Suite 215
Montgomery, AL 36104
Address, City, State Zip Code
(334) 262-1177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Northern</u> DIVISION

## CERTIFICATE OF SERVICE

I, Juraldine Battle-Hodge, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th day of December 20 07, to:

Hon. James J. DuBois

U.S. Department of Justice

Post Office Box 197

Montgomery, AL 36101-0197

12/20/07
Date

Signature