IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

BERNETHIA JOHNSON,          )                2008 MAR -5  A 8: 09
                            )
        Plaintiff,          )
                            )            DEBRA P. HACKETT, CLK
        v.                  )  Case No.      2:06-cv-397-WKW
                            )                2:07-cv- 59-WKW
                            )
MICHAEL J. ASTRUE,          )
COMMISSIONER OF             )
SOCIAL SECURITY, et al.,    )
                            )
        Defendants.         )

## PLAINTIFF'S STATUS REPORT

COMES NOW, the Plaintiff, by and through her attorney of record, **Juraldine Battle-Hodge**, and files this Status Report on the above cases, and as reasons provides the following:

1. That the Plaintiff and Defendant filed a Joint Motion to Stay this action on December 5, 2007.  See Exhibit "A."

2. That said stay was requested to, "enable the Plaintiff to continue her medical treatment and determine whether her medication can be changed, altered, or substituted, and to prevent prejudice to any of the parties, Plaintiff and Defendants request that the Court stay these pending cases, and all other deadlines, for a period of ninety (90) days, to and including March 5, 2008.

3. That this Honorable granted the beforementioned motion on December 14, 2007.  See Exhibit "B."

4. That said cases were stayed until March 5, 2008.

5. That Plaintiff was ordered to file a written report on or before March 5, 2008, informing the court whether she is capable of proceeding with these lawsuits and providing competent testimony.

6. That due to the emotional strain and pressure that Plaintiff was under on the date of the deposition, October 23, 2007, Plaintiff cannot attest that the testimony that she gave was accurate.

7. That only one week before the deposition the Plaintiff was evaluated by a psychologist, William A. Wray, Ed.D. (Dr. Wray). See Exhibit "C."

8. That at that time Dr. Wray was treating Plaintiff for "Major Depression Disorder, Generalized Anxiety Disorder, and Panic Disorder, which proximately arose from workplace stress."

9. That at that time, Dr. Wray advised the Plaintiff to apply for Federal Disability Retirement benefits due to the emotional stress she was experiencing on the job.

10. That Dr. Wray stated that, "She (Plaintiff) presents with an impaired ability to concentrate, maintain focus, and accurately recall relevant information."

11. That the inabilities to recall relevant information was the major challenge that Plaintiff was experiencing when she attempted to give her deposition on October 23, 2007.

12. That additionally, Dr. Wray stated that, "Medications used to treat her (Plaintiff's) symptoms have sometimes interfered with alertness and have contributed to her sense of fatigue."

2

13. That Dr. Wray summarized his evaluation by stating, "In sum, Ms. Bernethia Johnson's social-emotional-behavior adjustment difficulties are deleteriously impacting work efficiency, judgment, perception, analytical functioning, and interpersonal functioning."

14. That on November 30, 2007, the Plaintiff retired from her job.

15. That since removing herself from her stressful work environment, Plaintiff's emotional condition has improved.

16. That Dr. Wray has since re-evaluated Plaintiff and is now under the belief that Plaintiff is competent to continue with her court cases.

17. That Dr. Wray in part states, "Ms. Johnson is mentally competent. She is sufficiently stable in her social-emotional-behavioral functioning to provide accurate, reliable testimony either under deposition circumstances or in court." See Exhibit "D."

18. That as a result Plaintiff is of the belief that the stay should be lifted and a revised scheduling order be issued.

   **WHEREFORE**, for good cause shown, the Plaintiff moves that this Stay is lifted and a revised scheduling order be issued.

Respectfully submitted,

_____
Juraldine Battle-Hodge (BAT033)
Attorney for Plaintiff

OF COUNSEL:
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 262-1177

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by placing same in the United States Mail, postage pre-paid and properly addressed, on this the 5th day of March 2008, upon the following:

Hon. James J. Dubois
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197


OF COUNSEL

4