IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-397-WKW |
| | )                              2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO STAY**

COME NOW, Plaintiff, Bernethia Johnson, by and through her attorney of record, and Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully request that these consolidated cases, and all their deadlines, be stayed for a period of ninety (90) days to and including March 5, 2008, on the ground that Plaintiff is currently taking prescribed medication for a condition which she asserts renders her unable to provide competent testimony. In support of this Motion, counsel shows unto the Court the following:

1. These two consolidated discrimination cases are brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Plaintiff alleges that she was discriminated against due to her race and subjected to retaliation. Defendants deny these contentions and assert that all decisions were made for legitimate, non-discriminatory reasons.

2. In accordance with the Court's revised scheduling order of September 28, 2007


PLAINTIFF'S EXHIBIT A

Plaintiff's deposition was set for October 23, 2007. During the second-day of deposition, Plaintiff became emotionally upset and stated that she had difficulty with her memory. When questioned by counsel, under oath, Plaintiff attributed her memory problems to a possible side effect of a medication she had recently been prescribed.[1] Plaintiff indicated that she thought the medication might adversely effect her ability to remember and/or understand events relating to the claims in the above-styled consolidated cases. She further stated that, due to what she believed was a side effect of this medication, she could not affirmatively represent that any of her answers to any questions would be complete and accurate. Plaintiff also indicated that she would continue on this medication for an indefinite period of time. In light of Plaintiff's representations regarding her inability to completely and truthfully answer questions and her on-going medication and treatment, her deposition was discontinued.

3. Plaintiff currently remains under medical treatment and continues to receive the same medication for her condition. She is unable to provide a date on which she will not be taking this medication such that she would be able to represent that her testimony be competent.

4. Defendants believe that they can not complete Plaintiff's deposition, or obtain complete responses to requests for production from Plaintiff, until Plaintiff is able to represent that her memory is sufficient for her to give competent testimony. Moreover, Defendants may have to conduct discovery into Plaintiff's medical condition and/or treatment in the event that she represents in the future that she can provide competent testimony.

---

[1] Plaintiff provided to counsel the name of the medication and the underlying condition. To protect Plaintiff's privacy, the parties have not included it in this Motion. To the extent the Court requests this information to rule on this Motion, the parties will provide it.

5.   To enable Plaintiff to continue her medical treatment and determine whether her medication can be changed, altered, or substituted, and to prevent prejudice to any of the parties, Plaintiff and Defendants request that the Court stay these pending cases, and all their deadlines, for a period of ninety (90) days, to and including March 5, 2008. At the conclusion of this 90-day period, Plaintiff agrees to file a notice to the Court as to whether she is capable of proceeding with these lawsuits and whether she believes she can provide competent testimony. At that juncture, if the lawsuits do proceed, the parties request that a new and revised scheduling order be entered in these cases with all of the deadlines adjusted and extended by the 90 days that this matter was stayed.

6.   Counsel submit that this stay serves the interests of judicial economy and justice, and for good cause shown should be granted.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Motion to Stay.

Respectfully submitted this 5th day of December, 2007.

LEURA G. CANARY
United States Attorney

s/Juraldine Battle-Hodge
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
Telephone: (334) 262-1177
Attorney for Plaintiff

By: s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
GA Bar Number: 231445
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **James.DuBois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Juraldine Battle-Hodge.

s/James J. DuBois<br>
Assistant United States Attorney