# William A. Wray, Ed.D.

325 Market Street, Suite 305, Chattanooga, Tennessee 37402
Phone (423) 267-2134 • Fax (423) 266-5800

*Psychological, Educational, and Vocational Consultation*
*Individual, Marital, and Family Counseling*

October 16, 2007

Benefit Clerk
Office of Personnel Management
United States Government

      Re:   Ms. Bernethia T. Johnson

To Whom it May Concern:

As a Licensed Clinical Psychologist, I have been treating Ms. Bernethia Johnson for Major Depressive Disorder, Generalized Anxiety Disorder, and Panic Disorder, conditions which proximally arose from workplace stress. She has complied fully with treatment. She has not been able to improve while remaining in her stressful work role. Thus, I have strongly advised Ms. Johnson to apply for Federal Disability Retirement benefits.

It is not my opinion that Ms. Johnson is totally disabled but it is my opinion that she is disabled from performing essential elements of her current occupational duties. Ms. Johnson's role as a Paralegal Specialist entails multiple responsibilities requiring a high level of cognitive functioning and emotional stability. In analyzing Social Security disability cases, she is required to carefully consider a wide array of factors in both her research and written reports. She presents with an impaired ability to concentrate, maintain focus, and accurately recall relevant information. She is unable to perform this type of work at an acceptable level of accuracy or at an acceptable rate of efficiency. Stress factors have contributed to Ms. Johnson often feeling nauseated, often suffering from disrupted sleep, often experiencing stress-related headaches, and often responding to others in an irritable manner. Medications used to treat her symptoms have sometimes interfered with alertness and have contributed to her sense of fatigue. In sum, Ms. Bernethia Johnson's social-emotional-behavioral adjustment difficulties are deleteriously impacting work efficiency, judgment, perception, analytical functioning, and interpersonal functioning.

The symptoms presented by Ms. Johnson are chronic in nature. Although it is my hope that her mood will stabilize, and her functioning improve, with removal from the stressful work environment, it is my judgment that she will never be capable of resuming the duties of her present work, or of any similarly stressful position.

Sincerely,

William A. Wray, Ed.D., ABPDC, ABFE, ABPS
Licensed Clinical Psychologist, HSP
Board Certified Professional Disability Consultant

    Diplomate – The American Board of Psychological Specialties
    Diplomate – The American Board of Professional Disability Consultants
    Diplomate – The American Board of Forensic Examiners
    Fellow – The American College of Forensic Examiners



PLAINTIFF'S EXHIBIT C