# William A. Wray, Ed.D.

325 Market Street, Suite 305, Chattanooga, Tennessee 37402
Phone (423) 267-2134 • Fax (423) 266-5800

*Psychological, Educational, and Vocational Consultation*
*Individual, Marital, and Family Counseling*

February 28, 2008

To:   Juraldine Battle-Hodge, Esquire
      Fax – 334-263-5569

Re:   Bernethia T. Johnson
      SSN – ███████

Dear Attorney Battle-Hodge:

Please excuse my delay in responding to your request for mental health status clearance on my patient Ms. Bernethia Johnson.

Ms. Johnson is mentally competent. She is sufficiently stable in her social-emotional-behavioral functioning to provide accurate, reliable testimony either under deposition circumstances or in court.

Sincerely,

William A. Wray, Ed.D., ABPDC, ABFE, ABPS
Licensed Clinical Psychologist, HSP
Board Certified Professional Disability Consultant

Diplomate – The American Board of Psychological Specialties
Diplomate – The American Board of Professional Disability Consultants
Diplomate – The American Board of Forensic Examiners
Fellow – The American College of Forensic Examiners



PLAINTIFF'S EXHIBIT D