IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, et al., )<br>)<br>   Defendants. ) | Civil Action No.: 2:06-CV-397-WKW<br>                   2:07-CV-59-WKW |

## JOINT REVISED REPORT OF RULE 26(F) PLANNING MEETING

COMES NOW Plaintiff, by and through counsel of record, and Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully file the following proposed revised Scheduling Order, setting forth a proposed schedule for these consolidated cases to resume after the Court's December 14, 2007, Stay Order, staying all deadlines in this case, and Plaintiff's March 5, 2008 Status Report. The parties' proposed new schedule is presented below arranged in accordance with the sections and deadlines in the current Scheduling Order.

1. **Section 1**. Trial is currently set for the term commencing on **October 20, 2008.** The parties propose that trial of these consolidated cases be moved to the Court's jury trial term in **February 2009**, or a subsequent trial term, and that the pretrial conference be rescheduled accordingly.

2. **Section 2**. Prior to the December 14, 2007, Stay, dispositive motions were due on **February 28, 2008.** The parties propose that dispositive motions now be filed no later than **August 15, 2008.**

3. **Section 3**. The parties propose that they conduct a face-to face settlement conference on or before **August 28, 2008**, and file a Notice Concerning Settlement Conference and Mediation not more than five days later.

4. **Section 4.** The deadline to amend the pleadings or add parties has passed and no change is proposed in this section.

5. **Section 5.** The deadline for motions for class certification has passed and no change is proposed in this section.

6. **Section 6.** No change is proposed.

7. **Section 7.** The discovery deadline prior to the December 14, 2007, Stay was **February 6, 2008.** The parties propose that discovery be extended to and including **July 31, 2008.**

8. **Section 8.** The expert report deadline before the December 14, 2007, Stay was **January 31, 2008**, for Plaintiff and **March 3, 2008**, for Defendant. The parties propose that Plaintiff's expert report(s) be due on **May 30, 2008**, and that Defendant's expert report be due on **June 30, 2008.**

9. **Section 9.** The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

10. **Section 10.** The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

11. **Section 11.** The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Proposed Revised Scheduling Order.

Respectfully submitted this 13th day of March, 2008.

| | |
|---|---|
| s/Juraldine Battle-Hodge | s/James J. DuBois |
| Law Offices of Juraldine Battle-Hodge, P.C. | JAMES J. DUBOIS |
| 207 Montgomery Street, Suite 215 | Assistant United States Attorney |
| Montgomery, AL 36104 | Georgia Bar No. 231445 |
| Telephone: (334) 262-1177 | United States Attorney's Office |
| | Post Office Box 197 |
| | Montgomery, AL 36101-0197 |
| | Telephone: (334) 223-7280 |
| | Facsimile: (334) 223-7418 |
| | E-mail: james.dubois2@usdoj.gov |
| | |
| Attorney for Plaintiff | Attorney for Defendant |