IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNETHIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-0397-WKW |
| | ) | Case No. 2:07-cv-0059-WKW |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Plaintiff's Status Report (Doc. # 28) regarding these consolidated cases, it is hereby ORDERED that:

1. The plaintiff's motion (Doc. # 28) to lift the stay is GRANTED; and

2. The stay is LIFTED.

A revised scheduling order will be issued by further order of the court.

DONE this the 7th day of April, 2008.

                                              /s/   W.  Keith  Watkins
                                    UNITED STATES DISTRICT JUDGE