IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNETHIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-0397-WKW |
| | ) | Case No. 2:07-cv-0059-WKW |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

It is ORDERED that the Second Amended Scheduling Order (Doc. # 20) is VACATED. A revised scheduling order will be issued by further order of the court.

DONE this 24th day of April, 2008.

                                                  /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE