IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-397-WKW |
| | )                     2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, et al., | ) |
| | ) |
|     Defendants. | ) |

### UNOPPOSED MOTION FOR SIX-DAY EXTENSION OF DEADLINE
### FOR FILING SUMMARY JUDGMENT

Comes now Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a six-day extension of time in which to file his Motion for Summary Judgment, to and including August 21, 2008. In support of this Motion, the undersigned counsel shows unto the Court the following:

    1.    These are two consolidated lawsuits brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., in which Plaintiff alleges that she was subjected to discrimination due to her race and retaliation for filing EEO complaints. Defendant denies these contentions and asserts that all decisions were made for legitimate, non-discriminatory reasons. The Court's current scheduling order sets the dispositive motion deadline for August 15, 2008; the pretrial conference for February 9, 2009; and the trial for the March 2, 2009, trial term.

    2.    Defendant now moves to extend the dispositive motion deadline by six days, from August 15, 2008, to and including August 21, 2008, to allow sufficient time to analyze voluminous depositions transcripts which counsel for the undersigned just recently obtained from the court reporter. Defendant's counsel needs the additional time to fully review and analyze these

transcripts and incorporate the citations into the summary judgment memorandum. Counsel for the undersigned also has various other commitments during this time period.

3. A six-day extension of the summary judgment deadline would serve the interests of judicial and party economy and would not cause any prejudice. Notably, the new summary judgment deadline will remain approximately 165 days before the pretrial conference, and thus, it will be in compliance with the Court's requirement that all summary judgment motions be filed more than 90 days prior to the pretrial conference.

4. Plaintiff's counsel has been contacted and has no objection to Defendant's six-day extension request.

5. Based on the foregoing, and to avoid filing a last-minute request for extension of the deadline, the undersigned counsel respectfully moves the Court to extend the summary judgment deadline by six days, from August 15, 2008, to and including August 21, 2008.

Respectfully submitted this 6th day of August, 2008.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL 36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Juraldine Battle-Hodge.

                s/James J. DuBois
                Assistant United States Attorney