IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NOS. 2:06-cv-397-WKW |
| v. | )                      2:07-cv-059-WKW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon CONSIDERATION of Defendant's Unopposed Motion for Six-Day Extension of Deadline for Filing Summary Judgment (Doc. # 34), and for good cause shown, it is ORDERED that the Motion is GRANTED and that the deadline for filing dispositive motions is EXTENDED to and including August 21, 2008.

DONE this 6th day of August, 2008.

                                                            /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE