IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) 2008 AUG 21 P 4: 04 |
| | ) |
| Plaintiff, | ) DEBRA P. HACKETT, CLK |
| | ) U.S. DISTRICT COURT |
| | ) MIDDLE DISTRICT ALA |
| v. | ) Civil Action No. 2:06-CV-397-WKW |
| | )                    2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move the Court to grant summary judgment in Defendants' favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this Motion, Defendants submit the depositions, declarations and exhibits attached to Defendants' Evidentiary Submission in Support of Summary Judgment and the memorandum brief which are being filed contemporaneously herewith.

WHEREFORE, premises considered, Defendants' Motion for Summary Judgment is due to be and should be granted and the costs of this litigation taxed to the Plaintiff.

Respectfully submitted this 21st day of August, 2008.

By: LEURA G. CANARY
United States Attorney

*[signature]*
JAMES J. DUBOIS
Georgia Bar No. 231445
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

Juraldine Battle-Hodge
Law Offices of Juraldine Battle-Hodge, P.C.
318 N. Decatur Street
Montgomery, AL 36104

*[signature]*
Assistant United States Attorney