IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-397-WKW |
| | )                     2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

2008 AUG 21 P 4: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DEFENDANTS' EVIDENTIARY SUBMISSION IN SUPPORT OF SUMMARY JUDGMENT

Comes now Defendants and submit the following exhibits in support of the motion for summary judgment filed herewith:

A. Deposition of Bernethia Johnson, with corresponding exhibits, taken October 23 and 24, 2007; and July 8, 9, and 11, 2008.

B. Deposition of Paul W. Johnson taken July 11, 2008;

C. Deposition of Paul E. Reams taken July 11, 2008;

D. Declaration of Paul E. Reams, with corresponding exhibits;

E. Declaration of Paul W. Johnson, with corresponding exhibits;

F. Declaration of Cynthia Lamar, with corresponding exhibits;

G. Declaration of Lynda Tamplin, with corresponding exhibits;

H. Declaration of Gloria Bozeman, with corresponding exhibits; and

I. Declaration of Renita Barnett-Jefferson.

Respectfully submitted this the 21st day of August, 2008.

                        LEURA G. CANARY
                        United States Attorney

By: _____
      JAMES J. DUBOIS
      Assistant United States Attorney
      Georgia Bar No. 231445
      United States Attorney's Office
      Post Office Box 197
      Montgomery, AL 36101-0197
      Telephone: (334) 223-7280
      Facsimile: (334) 223-7418
      E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

Juraldine Battle-Hodge
Law Offices of Juraldine Battle-Hodge, P.C.
318 N. Decatur Street
Montgomery, AL 36104

                                        _____
                                        Assistant United States Attorney