1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE MIDDLE DISTRICT OF ALABAMA

3                     NORTHERN DIVISION

4


5      BERNETHIA JOHNSON,

6          Plaintiff,

7      vs.                    CASE NO. 2:06-CV-397-WKW
                                     2:07-CV-59-WKW
8

MICHAEL J. ASTRUE,
9      COMMISSIONER OF
       SOCIAL SECURITY, et al.,
10
          Defendants.
11

12

13

14              * * * * * * * * * *

15

16                 E X H I B I T S

17

18              * * * * * * * * * *

19

20

21

22

23

DUNN, KING & ASSOCIATES
Montgomery, Alabama
(334) 263-0261 or (800) 359-8001

EXHIBIT INDEX

B. JOHNSON

EXHIBIT INDEX

DEPOSITION OF BERNETHIA JOHNSON

TAKEN 7/8, 9, & 11/08

| DEFENDANT'S EXHIBIT NOS: | | PAGES: |
|---|---|---|
| 9 | Complaint | 213,218 |
| 14 | 4/19/04 Letter from Lynda Hall | 175-177-179,182, 186 |
| 15 | Findings of Investigation of Allegations Made by Bernethia Johnson against Paul Johnson | 198 |
| 16 | Handwritten Note | 207,208,548 |
| 17 | 4/30/04 E-mail from Mr. Reams to Ms. Johnson | 211,212 |
| 18 | Reprimand of Bernethia Johnson | 232,234,236-238 |
| 19 | 5/27/08 Recorded minutes of meeting from Lynda Hall | 233,234,236-238 |
| 20 | Case Files | 239,241-243,246-249 |
| 21 | Case Files | 243,248,249 |
| 22 | 6/14/04 E-mail from Mr. Reams to Ms. Johnson | 247 |
| 23 | Case Files | 249-251,259-262, 264,266,267,269, 272 |

DEFENDANT'S EXHIBIT NOS:                          PAGES:

24    Meeting between              252,253,256-259,
      Reams and                    262,272,273,274
      Ms. Johnson,
      Monday,
      June 21st 2004

25    Redacted sheet               263-266,269,270,
      of People and                270
      last four of
      social security
      number

26    E-mail Saturday,             272-274,403,404,
      April 24, 2004               406,407
      from Monique Caffey
      to Mr. Johnson

26-A 5/17/04 E-mail                404-407
      from Monique Caffey
      to Mr. Johnson

27    6/28/04 E-mail               277,278
      from Mr. Reams
      to Ms. Johnson

28    6/21/04 E-mail               280-282
      from Ms. Johnson
      to Mr. Reams

29    9/3/04 Letter                282,283,287
      from Ms. Johnson

30    8/10/04 letter               283,284,286,408
      to Ms. Johnson
      from SSA

31    Complaint                    304,354,363,370,
                                   377,408,409,416,
                                   436,448,456,464,
                                   475,483,523,525,
                                   532,545,546

32    6/13/05 Memorandum           317

*DUNN, KING & ASSOCIATES*
*Montgomery, Alabama*
*(334) 263-0261 or (800) 359-8001*

DEFENDANT'S EXHIBIT NOS:                          PAGES:

33    6/16/05 Letter              322,323,325,326-
      to Mr. Reams from           329,331,336,339
      Ms. Johnson

34    7/21/05 Memorandum          339,342,343

35    Serial Time and            348,350,351,377
      Attendance Roster

36    Application for            351,352
      Leave

37    E-Mails between            352,353,354,359
      Ms. Johnson and
      Ms. Lamar

38    Individual EEO             360-362
      Discrimination
      Complaint Form

39    Letter to                  363
      Ms. Johnson date
      stamped 11/21/05

40    10/17/03 E-mails           365-367
      from Mr. Johnson
      to Ms. Johnson

41    8/9/04 Letter to           378,380,381,382
      Ms. Bozeman from
      Ms. Johnson

42    10/7/04 & 4/6/06           382,383
      Letter from
      Ms. Bozeman

43    10/8/04 to                 383,386
      Ms. Bozeman
      from Ms. Johnson

DEFENDANT'S EXHIBIT NOS:                                   PAGES:

44    Transcript of                    385
      message left
      Ms. Bozeman on
      10/7/04

45    E-mail from                      386
      Ms. Johnson to
      Ms. Bozeman

46    E-mail from                      390,91,410,411,
      Ms.Reams to                      414
      Ms. Johnson

47    12/3/04 Memo                     391,392
      to Ms. Johnson
      from Ms. Bozeman

48    2/17/05 E-mail                   393,395
      from Ms. Johnson
      to Ms. Bozeman

49    12/25/05 Memo                    395
      from Ms. Bozeman
      to Ms. Johnson

50    6/29/05 Request                  396,397
      for an immediate
      transfer from
      Ms. Johnson to
      Mr. Reams

51    6/30/05 Letter                   396
      from Mr. Reams
      about transfer

52    8/10/05 Letter to                397
      Ms. Bozeman from
      Ms. Johnson

53    9/1/05 Letter to                 397
      Ms. Johnson

| DEFENDANT'S EXHIBIT NOS: | | PAGES: |
|---|---|---|
| 54 | 1/28/05 E-mail from Ms. Tamplin to Ms. Johnson | |
| 55 | Traffic Report | |

| DEFENDANT'S EXHIBIT NOS: | | PAGES: |
|---|---|---|
| 56 | 2/23/05 E-mail from Mr. Reams to Ms. Johnson | 443,444,446 |
| 57 | 7/19/05 E-mail from Mr. Reams to Ms. Johnson | 468,470-472, 475 |
| 58 | Statement made to Federal Protective Service | 482 |
| 59 | 6/05/03 E-mail from Ms. Johnson to Ms. Davenport and Ms. Collier | 500 |
| 60 | Notification of Personnel Action | |

P. JOHNSON

DEPOSITION OF PAUL JOHNSON

TAKEN 7/11/08

DEFENDANT'S EXHIBIT NOS:                          PAGES:


23  Case Files                                    95

25  Redacted sheet                               94
    of People and
    last four of
    social security
    number

26  E-mail Saturday,                             108
    April 24, 2004
    from Monique Caffey
    to Mr. Johnson

*DUNN, KING & ASSOCIATES*
*Montgomery, Alabama*
*(334) 263-0261 or (800) 359-8001*

REAMS

DEPOSITION OF PAUL REAMS

TAKEN 7/11/08

| DEFENDANT'S EXHIBIT NOS: | | PAGES: |
|---|---|---|
| 19 | 5/27/08 Recorded minutes of meeting from Lynda Hall | 34 |
| 20 | Case Files | 32,34 |
| 21 | Case Files | 32,34 |
| 25 | Redacted sheet of People and last four of social security number | 89 |
| 26 | E-mail Saturday, April 24, 2004 from Monique Caffey to Mr. Johnson | 26 |
| 26-A | 5/17/04 E-mail from Monique Caffey to Mr. Johnson | 26 |
| 41 | 8/9/04 Letter to Ms. Bozeman from Ms. Johnson | 48 |
| 42 | 10/7/04 & 4/6/06 Letter from Ms. Bozeman | 49 |
| 45 | E-mail from Ms. Johnson to Ms. Bozeman | 49 |

| DEFENDANT'S EXHIBIT NOS: | | PAGES: |
|---|---|---|
| 51 | 6/30/05 Letter from Mr. Reams about transfer | 51 |
| 53 | 9/1/05 Letter to Ms. Johnson | 52 |

DX 9

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BERNETHIA JOHNSON, )
)
    Plaintiff, )
)
v. )    CASE NO. _2:06cv397-csc_
)
JO ANN B. BARNHART, )
Commissioner, )    JURY DEMAND
)
SOCIAL SECURITY )
ADMINISTRATION, )
)
    Defendants. )

## COMPLAINT

**COMES NOW** Bernethia Johnson, and for her complaint against Defendants and their agents and representatives (Defendants) hereby complains as set forth herein below.

### JURISDICTION

1.    This Court has jurisdiction over the litigation herein pursuant to 28 U.S.C. § 1331 and 1343, 42 U.S.C. Section 2000e, Retaliation, Hostile Work Environment.

2.    Plaintiff has fulfilled all conditions precedent to the institution of this action.

### VENUE

3.    Defendants are located and/or doing business within this judicial district (Middle District and the Northern Division of Alabama). This

1


DEFENDANT'S EXHIBIT

action is brought within the judicial district wherein the unlawful employment practices were committed, making venue proper under 42 U.S.C. Section 2000(e)-5(f) (3), 28 U.S.C. Section 1391(b) and Retaliation.

## PARTIES

4.  Plaintiff Bernethia Johnson, hereinafter referred to as "Plaintiff," is an African-American female resident of the United States, residing in Montgomery County, Alabama.  Plaintiff is a resident of this judicial district, and has been employed by Defendants at all times material hereto.  Plaintiff is a member of the protected class for race within the meaning of Title VII.  Plaintiff is also an employee of Defendants within the meaning of Title VII.

5.  Defendant Jo Ann Barnhart, hereinafter referred to as "Commissioner" is the Commissioner for the Social Security Administration.

6.  Defendant, Social Security Administration, hereinafter referred to as "Agency/Management" is a federal agency and is authorized to do business in the State of Alabama, and employs at least fifteen (15) persons and otherwise meets the jurisdictional prerequisites of Title VII.

## FACTUAL BACKGROUND

7.   Plaintiff first began working for Defendants on or about September 26, 1993, in the Hearings and Appeals (OHA) division in Montgomery, Alabama as a Hearing's Office Clerk.

8.   On or about August 28, 1997, the Agency posted vacancy announcement SSA-167-97.

9.   On or about September 17 1997, five temporary vacancies in the position of Legal Assistant, GS 986-6/7/8 OHA became available.

10.  On or about September 11, 1997, Plaintiff applied for the positions. Plaintiff made the well qualified list for one of the five positions advertised as a GS 6/7/8 Legal Assistant.  However, on or about October 25, 1997, five white females were selected.

11.  On or about October 28, 1997, Plaintiff initiated her first EEO action against Agency for racial discrimination and non-selection.

12.  On or about June 17, 1999, the EEO hearing was held on Plaintiff's charge.

13.  On or about August 18, 1999, Plaintiff received a favorable decision.  Plaintiff was awarded the position of Legal Assistant, GS-8 with a retroactive date of October 25, 1998.

14.  On or about January 16, 2003, two Paralegal Specialist positions were announced - Vacancy Announcement -OHA 32-03.

15.  On or about January 29, 2003, management required medical

summaries on remands and cessation cases with specific

instruction. According to the instruction, Plaintiff performed many

summaries, while Ms. Simmons performed only one.

16.    On or about April 21, 2003, Plaintiff's name was placed on the

referral list.

17.    On or about May 13, 2003, Ms. Simmons, was selected.

Management did not fill the other position.

18.    On or about May 14, 2003, Plaintiff initiated her second EEOC

action for non-selection.

19.    Plaintiff was one of approximately thirteen (13) legal assistants in

her office. In Plaintiff's twenty-nine (29) years of employment with

the agency, she was never disciplined until she participated in

protected EEO activities.

20.    On or about February 27, 2004, Paul Johnson (Mr. Johnson) came

to Plaintiff's desk and informed her that she was to work the front

desk for the next month.

21.    Plaintiff was assigned front desk duties during the month of March.

Legal assistants who are assigned to front desk duties for a specific

month are allowed to work at home two days, the month after their

assignment to the front desk.

22.    On or about April 12, 2004, Plaintiff made a request to Mr. Johnson,

former supervisor, to work at home on Tuesday and Wednesday

due to front desk assignment in March, but the request was denied.

4

Plaintiff was called into Mr. Reams' office to discuss the matter. Plaintiff mentioned to Mr. Reams that since she was not allowed to work at home on that Tuesday that she would like to work at home the following Wednesday and Thursday. Mr. Reams stated that Plaintiff's request was out of the question. Only after great debate and contacting Labor Management Relations was Plaintiff reluctantly allowed to work at home. Yet, Ms. Simmons was not faced with the same or a similar ordeal when attempting to schedule her at-home work days after she had front desk duties. Plaintiff is left to believe that she was being punished and harassed and subjected to a hostile work environment due to her race and the fact that she had filed EEO complaints.

23.    On or about April 19, 2004, Plaintiff asked Ms. Cynthia Lamar for work-up cases to work on while she was working at home. At that time, Mr. Johnson was in Ms. Lamar's office and informed Plaintiff that she was to get her cases on Fridays. Ms. Lamar was the work-up supervisor for issuing work-up cases and she had told Plaintiff the prior week that Plaintiff did not need to wait until Fridays to get cases. In response to Mr. Johnson stating that Plaintiff was to get cases only on Friday, Plaintiff said, as usual, "No problem" and exited the room. The action taken by Mr. Johnson was just another act of harassment, retaliation and the creation of a hostile work environment due to Plaintiff's EEO activity and her race. Ironically,

5

management allowed other employees to get cases before Fridays.

24.  Later, Mr. Johnson came to Plaintiff's desk and summoned her to Ms. Lamar's office.  While walking to Ms. Lamar's office, Plaintiff informed Ms. Simmons that management was rather upset and Plaintiff indicated that she would not be speaking in the meeting.

25.  On or about April 20, 2004, Plaintiff informed Mr. Rearns of Mr. Johnson's disposition, and requested that Mr. Johnson be required to control his emotional behavior.  On April 21, 2004, Plaintiff reported to Mr. Reams that Mr. Johnson's attitude toward Plaintiff was getting worse.

26.  On or about April 29, 2004, Plaintiff was issued an oral reprimand, because according to management, Mr. Reams felt that Plaintiff was insubordinate to Mr. Johnson.  Mr. Johnson stated that Plaintiff failed to answer questions asked by Plaintiff's supervisor in the April 19, 2004, meeting.  Plaintiff did in fact answer Mr. Johnson's questions through Ms. Simmons, who also was the acting representative at that time.  Ms. Simmons was the acting representative.  Ms. Simmons also had a close relationship with Mr. Johnson.  Mr. Reams and Ms. Lamar represented management and Mr. Carl Warren represented Plaintiff via telephone.  After the meeting was adjourned and Mr. Warren was no longer on the telephone, Mr. Reams requested that Plaintiff stay in the hearing room.  Plaintiff immediately requested representation.  Mr. Reams

6

failed to act on Plaintiff's request until Plaintiff asked to be excused to go to the restroom. When Plaintiff returned to the meeting, Plaintiff requested that Mr. Reams and Ms. Lamar sign a handwritten request stating that they refused her representation. Defendants were continuing their harassment, retaliation and the continuation of a hostile work environment toward Plaintiff due to Plaintiff's involvement in protected activity.

27. On or about May 27, 2004, Plaintiff was again reprimanded. Plaintiff was issued a written reprimand from Mr. Reams; Mr. Reams presented no evidence of what was being discussed. Mr. Reams accused Plaintiff of cheating on her work. It was clear that Mr. Reams had no basis for this reprimand. Once again, Plaintiff was harassed and retaliated against due to her race and the EEO activity that she participated in.

28. On or about July 30, 2004, Plaintiff filed her formal complaint of discrimination and retaliation.

29. This discrimination, harassment and retaliation taken against Plaintiff were based on her race (black) and for participating in protected activities. Plaintiff was subjected to a continuing hostile work environment.

## COUNT ONE

## RACE DISCRIMINATION – TITLE VII

30.    Plaintiff adopts, realleges and incorporates by reference paragraphs one through twenty-nine above, the same as if more fully set herein, and further alleges anew.

31    In taking the above described actions, Defendants intentionally discriminated against Plaintiff on the basis of her race when they due to prior participation in protected activity and her race, black. Plaintiff describes the acts of harassment as denial of the right to work at home during April 2004, receipt of a reprimand on April 29, 2004 and a written reprimand on May 27, 2004. As a proximate consequence of the violations of Title VII based on race by Defendants, Plaintiff has suffered and will continue to suffer damage to her professional life and current and future career opportunities.    Further, Plaintiff has suffered future pecuniary losses, emotional pain, inconvenience, mental anguish, loss of enjoyment of life and non-pecuniary damages.

## COUNT TWO

## RETALIATION

32.    Plaintiff adopts, realleges and incorporates by reference paragraphs one through thirty-one, the same as if more fully set herein, and further alleges anew.

33.    In taking the above described actions, Defendants retaliated against Plaintiff, because Plaintiff filed two EEO complaints against Defendants, in particular, Defendants retaliated against Plaintiff in denying her the right to work at home during April 2004, receiving an oral reprimand on April 29, 2004 and receiving a written reprimand on May 27, 2004.

34.    As a direct result of the ongoing retaliation against Plaintiff, Plaintiff's constitutional rights have been abridged.

35.    As a proximate cause of the Defendants' actions, Plaintiff has been injured and damaged, as set forth in paragraphs above.  Plaintiff suffered loss of time toward her tenure, wages, loss of health insurance, embarrassment, benefits and considerable mental and emotional anguish.

## COUNT THREE

## HOSTILE WORK ENVIRONMENT

36.    Plaintiff adopts, realleges and incorporates by reference paragraphs one through thirty-five, the same as if more fully set herein, and further alleges anew.

37.    In taking the above described actions, Defendants created a hostile work environment beginning as early as the filing of her initial EEO complaint in 1997 to present.

38.    As a direct result of the ongoing hostile work environment, Plaintiff's constitutional rights have been abridged.

39.    As a proximate cause of the Defendants' actions, Plaintiff has been injured and damaged, as set forth in paragraphs above.  Plaintiff suffered loss of time toward her tenure, wages, loss of health insurance, embarrassment, benefits and considerable mental and emotional anguish.

## **PRAYER FOR RELIEF**

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this Honorable Court grant the following:

(a)    Assume jurisdiction over this action;

(b)    A judgment declaring that Defendants violated 28 U.S.C. Sec. 1331, 42 U.S.C. Sec. 2000(e), et seq. and Retaliation;

(d)    All backpay and fringe benefits as a result of the discrimination and retaliation, with interest;

(e)    Attorney's fees;

(f)    Costs;

(g)    Prejudgment interest;

(h)    An award of such compensatory damages for any loss of wages, and loss  of benefits, including, but not limited to, retirement pension benefits, mental anguish, emotional distress, and embarrassment, both past, present and future to which Plaintiff may be entitled; and such further, other and different legal or equitable relief as the Court may deem appropriate or which she may be entitled, and

(i)    Punitive damages.

## Jury Demand

Plaintiff demands trial by jury on each and every cause of action.


Respectfully submitted,


Juraldine Battle-Hodge (BAT033)


**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY ON ALL CLAIMS SO TRIABLE.**


OF COUNSEL


**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**

DX 14

4/19/04
4:00

Bernethia returned to my office to request my presence in a meeting she was summoned to by Paul Johnson with he and Cynthia. She related that she would not speak during the meeting.

Paul Johnson stated that the meeting was regarding ADS. He stated that he asked Bernethia last week if she wanted to participate in ADS, and she waved him off and did not answer. He asked her this week, and she answered that she would participate. He explained that the ADS rules state that you are entitled to one day off per week, with one extra day per week the week following your tour at the front desk. He stated that you must request your cases on Fridays, and that Bernethia did not follow the process, but that Cynthia did offer to pull cases, and Bernethia declined. He stated that you either participate in the program or you don't.

Cynthia stated that Bernethia replied that she would not go home.

Paul stated that Bernethia left not wanting any cases. He stated that there would be exceptions such as sickness, but she would have to follow procedure.

Bernethia did not speak during the meeting, but acknowledged to me that she did not want any more cases, and I let Paul and Cynthia know when they asked Bernethia.

*Linda J. Noel*

DEFENDANT'S
EXHIBIT
#14

Exhibit No. 3

Page 1 of 1 pag

DX 15

# Findings of Investigation of Allegations Made By Bernethia Johnson
## Against Paul Johnson

**DEFENDANT'S EXHIBIT**

15

On Tuesday, April 20, 2004, Bernethia Johnson requested a meeting with me in my office. I agreed and she came to my office with the assistant union representative, Lynda Hall. Bernethia Johnson reported that she had a complaint about her group supervisor, Paul Johnson. She said that on the previous day, April 19, 2004, Paul Johnson, had, on two occasions, screamed or yelled at her. She said that the first incident occurred at her cubicle, when Paul Johnson came up to her cubicle and told her to come back to a second supervisor's office to continue a discussion about whether Bernethia Johnson needed additional cases assigned to her. Bernethia Johnson said she told Paul Johnson that she needed to save her work before she went back to the office and that he then "screamed" at her to come back to the office now. She said that he was standing outside of her cubicle and she felt threatened. According to Ms. Johnson, she then told Paul Johnson that she needed to go to the bathroom first, but instead went to the assistant union representative's office and asked her, Lynda Hall, to call and ask several questions about the original work issue that caused this series of meetings. Cynthia Lamar, the second supervisor, asked Bernethia Johnson and Lynda Hall to come back to the office and get things settled. After they were back in Cynthia Lamar's office, Bernethia Johnson reported to me that Paul Johnson yelled at her again, that he stood up from his chair, and that she felt physically threatened. I asked if there were any witnesses to the yelling at her cubicle, which is located in a large open work area. She said that she did not know. I asked about the incident in Cynthia Lamar's office and she in turn asked Lynda Hall whether she had observed Paul Johnson yelling and standing up during the meeting that they both had attended. Lynda Hall said that she did not see Paul Johnson yelling or standing up. Additionally, Bernethia Johnson added to her charges by stating that Paul Johnson had yelled at her in the past, that this behavior was becoming more frequent, and that she felt that she was in a hostile work place. I asked her if she wanted to change supervisors. Bernethia Johnson stated that she did not because Cynthia Lamar was a liar and that Pam Davenport, the third and final supervisor in the Montgomery office, had lied about her in the past. I asked when that had occurred and she would not tell me. She said that she wanted to continue to be supervised by Paul Johnson. I asked what she wanted me to do and she said that I should ask Paul Johnson to stop yelling at her. I told her that I would investigate the matter.

The next day, Wednesday April 21, 2004, I individually asked the employees who work around Bernethia Johnson's cubicle if they heard or observed any sort of disturbance on Monday afternoon. Of the four employees I talked to, no one heard Paul Johnson screaming or yelling at Bernethia Johnson. I talked to Cynthia Lamar and Lynda Hall about the meeting in Cynthia Lamar's office. Neither employee observed Paul Johnson screaming or yelling. Both these witnesses stated that Paul Johnson never stood up. Bonita McWilliams sits in a work station outside of the door of this office. She said that she did not hear any yelling in the office. She said that she heard Paul Johnson state when the door was open, "I am your supervisor" and observed Bernethia Johnson tell

Exhibit No. 2

Page 1 of 2 pag

Lynda Hall to "Tell them to have a nice day" and then leave. Finally, I talked to Paul Johnson. He said that he did not scream or yell at Bernethia Johnson on either occasion and did not stand up while talking to Bernethia Johnson while in Cynthia Lamar's office. He said that he was standing while talking to her outside of her cubicle but never stood close to her. Paul Johnson said that when he asked Bernethia Johnson about whether she needed work, while in Cynthia Lamar's office, Bernethia Johnson had repeatedly refused to answer simple work related questions. I asked each of the witnesses and both agreed with Paul Johnson's statement. Each said that Bernethia Johnson had refused to answer work questions from her supervisor.

After speaking to all the parties involved in these allegations and all the witnesses to the events that I could locate, I conclude that Paul Johnson did not behave in an inappropriate manner when dealing with Bernethia Johnson on April 19, 2004. No one but Bernethia Johnson observed the alleged screaming and yelling about which Bernethia Johnson complained. Neither of the two other people in the meeting observed Paul Johnson stand up during the meeting. Because these allegations are totally unsupported by others, I must conclude that Bernethia Johnson's characterizations of Paul Johnson's behavior are not factual.

Bernethia Johnson also alleged that Paul Johnson had yelled or screamed at her in the past and that she was in a hostile work environment. However, as recently as November, 2003, Bernethia Johnson told B.J. Thomas that she "loved" her supervisor. She also states that she does not want to be moved into a group supervised by another supervisor. I find no consistency between her allegations of a hostile work environment, her prior statement regarding her supervisor, and her current preference to stay in Paul Johnson's group. I find no indication of a hostile work environment.

During the course of this investigation I did find that Bernethia Johnson had refused to talk to her supervisor about whether she needed any work assigned to her. It is a basic management right to question employees about work and to assign work. Refusing to discuss her work with her supervisor was a clear act of insubordination by Bernethia Johnson.

Paul Reams
Hearing Office Director
Montgomery, Alabama
April 29, 2004

DX 16

at 11:57, 4·30·04, Paul Kearns
continues to discuss issue(s) along
W/ Cynthia's presents. I too I had
Requested That Paul get Carl Warren,
VP Union. But He did not.
I then asked That He send
me an E-Mail.
    He po laid an EAP brochure
on the table —

    This is in the presence of Cynthia
Bernethia Johnson

Rec'd by _____

Rec'd by _____


This is suppose to be Priv. Thing this not supp
to be
    I war

        End Log 11:23 —

DEFENDANT'S
EXHIBIT
16

Exhibit No. _____ 5
Page 1 of __ 1 __ pages

DX 17

**Reams, Paul E.**

| | |
|---|---|
| **From:** | Reams, Paul E. |
| **Sent:** | Friday, April 30, 2004 4:01 PM |
| **To:** | Johnson, Bernethia |
| **Cc:** | #AT AL OHA Mon Mgt Team; Warren, Carl L.; Burton, Sue |
| **Subject:** | change of groups for Bernethia Johnson |

Bernethia:

Effective May 2, 2004, you are member of Group B and Cynthia Lamar is your supervisor.  Please sign in on the Attendance Roster located in the photocopy room across from Cynthia's office.

Thanks,

Paul

**Paul Reams**
**Hearing Office Director**
**Montgomery, Alabama**

DEFENDANT'S
EXHIBIT

I 7

PENGAD-Bayonne, N. J.

Exhibit 8
Page 25 of 29

1

DX 18

DEFENDANT'S
EXHIBIT

18



SOCIAL SECURITY ADMINISTRATION

Refer To:

Reprimand of Bernethia Johnson

Office of Hearings and Appeals
3381 Atlanta Highway
Montgomery, Alabama 36109
Tel: (334) 223-7503 / Fax: (334) 223-7069

May 27, 2004

This reprimand is being issued because of repeated entries by you into the Hearing Office Tracking System (HOTS) claiming credit for completing work on cases that you had not actually completed.

On October 21, 2003, you were given an oral warning by your supervisor for moving cases out of the work-up category that, in fact, you had not finished working up. As a follow-up, a group meeting was held on October 23, 2003, to review proper work-up procedures. On October 29, 2003, specific instructions were issued by e-mail to all the Legal Assistants reminding these employees what actions were necessary before a case should be moved from WKUP (work up) to the next category. These instructions stated:

*"It is important to remember that you should not move a case from WKUP status unless you have completely worked up the file. This includes typing the exhibit list and completing the information on the ALJ folder. This procedure has been in place for a very long time and would not be changed without written notice"*

Yet, routine audits of the cases in the RTS (ready to schedule) category reveal that in February you made computer entries into the Hearing Office Tracking System moving cases from the WKUP category into the RTS category that you had not finished working up. Because of your false entries you were credited with completing more work than you actually did. Our records show that you were credited with completing the working up of 16 cases in February. The evidence shows that you continued to work on many of these cases in March and April. In May, our routine audit of the RTS cases again found a case missing that you claimed credit for completing in April. There are computer records showing numerous examples of cases that were moved from the WKUP category by you before the exhibit lists were created.

Although you received a warning in October, I have now found that you have continued making entries into HOTS, claiming credit for work you have not completed. Such conduct is not only unethical, but is in defiance of direct instructions to cease making entries claiming credit for completing work that had not been done. This reprimand is being issued because of this conduct.

You are subject to further disciplinary action upon further offense. A copy of this reprimand will be made a part of your 7-B file and the official personnel folder for up to a year. You have the

Exhibit No. 7

right to file a grievance of the reprimand under the negotiated grievance procedure, and the right to union representation.

Paul Reams
Hearing Office Director
Montgomery, Alabama

DX 19



DEFENDANT'S EXHIBIT 19

May 27, 2004
3:15 – 3:45

I attended a meeting between Bernethia and Paul Reams in his office. Cynthia was also present during all but the first couple of minutes of the meeting.

Paul stated that it was regarding entries made into HOTS claiming credit for working up cases that were not showing up in RTS that Bernethia had supposedly finished. Checking was done and cases were not completed. There was one case in May not completed. They looked in April and March for cases that she reported doing in February. He was giving her a reprimand for that activity. He asked her if she wanted to just take the reprimand or did she want him to read it, and she replied for him to read it. Paul read that on October 21, 2003, she was given an oral warning for moving cases she had not completed. Then a follow up meeting was held to specifically discuss instructions on moving cases, and then a memo was issued explaining the procedure. He stated that a case is not completed until the exhibit list is typed. He stated that routine audits made in February of cases from WKUP to RTS found that she was credited with 16 cases in February, and she was still working on some of those cases in March and April. She was given a warning in October and continued to do it. Paul stated that it was not only unethical but in direct conflict. So now he was seeking to further reprimand her, and she was entitled to file a grievance and entitled to union representation.

Paul continued with another problem being her work; that she was not getting it done. He stated that she did not have Washington cases done on Monday. He asked if there was something we can do to help you, something we were failing to do, something to correct the problem. Bernethia said she was not here on Monday, and that when she did get here she looked for the cases for Selma for Wednesday and they were gone. She said her supervisor told her not to worry about the cases when she talked to Bernethia. Bernethia told the supervisor she could not make the training. Paul said we sent the notices out on those cases. Bernethia said it was not like she was not doing anything, that she was off Monday and the cases were gone. Paul said she could have worked Friday or Monday or she could work when she is here talking instead of working. Bernethia asked where she was talking. Paul replied that she was having long conversations in the hall.

Bernethia said she worked up front in March. Paul said they gave out a list in September or October of who would work where. Then he asked what that had to do with the cases she moved in HOTS in February. Bernethia said she was told in February that she was going to work up front and asked when the cases were put in HOTS. Paul said they were put in HOTS on the last working day of February. Bernethia said she was not told until February 20th that she would be up front in March and her intentions were to type the exhibit lists and put in the files. Paul asked what the relationship between the two things was. Bernethia said she needed the queries of when she made the inputs. Bernethia said that the cases had been worked up, and she only needed to type the exhibit lists. Paul replied that the definition of working up a case is having the exhibit list completed. Bernethia replied that she needed queries. Paul asked her if she read the October e-mail. Bernethia said that she needed the case histories because she was not familiar with the

cases. Paul said she should be familiar with working up cases. Bernethia said she needed the case histories. Paul said that in order to complete work up, the exhibit list had to be typed, and that she had claimed credit and had not done the exhibit lists. Bernethia said she could not comment because she did not know what he was talking about, and that she needed the case histories to talk about it. Paul said he has the case histories. Bernethia said anything can be said, and that she could not talk about it without the case histories. Paul asked Bernethia if she made false inputs in February. Bernethia replied that she could not say without case histories. Paul said that case histories will only show that she made the entries. Bernethia said she needs the case histories, because she did not know what he was talking about. She asked how many cases he was talking about. Paul replied that it was more than one. He said so you want to see which cases we know about, you should know about your work and what you did. Bernethia replied that she wants the case histories, and then she could talk to him, and that she would be foolish to talk to him without them. Paul said, so you won't admit it until we drop proof in your lap? Bernethia replied that she needed the case histories. Paul stated that most employees when they are caught cheating accept it and go on. Bernethia replied twice more that she needed the case histories. Paul related that he would get them probably some time tomorrow, and that we want you to quit cheating.

Bernethia said the last time they did not allow her a union representative. Paul said we would appreciate more honesty, and getting back to not getting her job done. He said she was off two weeks. Bernethia replied that she was off two weeks and her desk was so messed up when she returned that today was the first day she felt like things were in order. Paul said things should be lighter in July. Bernethia said the 17 days she was off really messed up everything. She said Cynthia called her at home and told her not to worry about the cases. So her intention when she came back was to start on the next week. She said she told Paul that she had medical appointments on Monday. Paul said they had been blindsided two times by cases they did not know were missing. Bernethia said she thought about going to Paul and Cynthia but she normally tries to go ahead and type up contractor invoices but she has not done it today, but that she had not forgotten about them. That there is an order to the work and that today was pretty much the first day she could say that everything was labeled and in a drawer. Paul said if she cannot get things done to let them know. Bernethia said she did not think it had ever happened before, but that for awhile she stopped and it felt good. She said that she can tell you each day what cases she has touched because management says Bernethia has been walking around in the hall talking. Paul said he did not want to treat her like a child, but she needs to get her work done. He said the highest priority here should be to get the work done. Bernethia said people ask other people what she was talking about and most of the time it is work related. She said she learned a lot today about the way people do things because she has to figure out how each person works, for instance the ME and VE letters. So she said she talked more this week than ever before to find out how others do things. Paul said so I see, because they did your work. He said he will get the case histories and bring them to her tomorrow.

Bernethia said so this will be in my file for one year and asked how long the verbal warning would be over her head. Paul said that a verbal warning does not go anywhere

but is the first step; that it is not recorded; there is no record of it; it does not go in your file; that you do not even need a union representative present for it. This reprimand is the first thing that goes in the file for putting things in HOTS that are not done.

Bernethia said she remembered October 23; that she talked to Tammy Martin who said that Cynthia said we could do that, and that she went back and talked to Tammy about it, and Tammy said she was sorry. Bernethia said she did not give Paul Johnson Tammy's name. She said she was very familiar with October 23. Paul asked, but you are not familiar with the e-mail. Bernethia said she did not say she was not familiar with the e-mail, and that he had not asked her about that before. She said she was not familiar with the cases he was talking about and so she was asking for the case histories. She then asked that once she rebutted the reprimand, how much time would she be given off. Paul said this was not a suspension, and she would not get time off, but that she had a right to rebut within 15 days. Bernethia asked if the time could start tomorrow when he gave her the case histories and he agreed. She asked if he was going to hold the Judge Washington thing over her head; that Tuesday and Wednesday he was in Selma. She said she could show him what she did Friday, and that it was not that she was not doing anything. Paul said he brought that up because there had been a series of things happening. Bernethia asked if the cases were worked up. Paul said the exhibits lists were not completed. Paul said he would get her the case histories tomorrow.

*Lynda Hall*

DX 20

DEFENDANT'S
EXHIBIT
20

Bernethia,

These are the
HoTS records that
you requested yesterday.

Paul

Exhibit No. _____8_____
Page 1 of _12_ pages
Exhibit _2_
Page _34_ of _35_

```
05/28/2004  11:31 AM              HOTS CASE HISTORY
Page: 1                                                        HO CODE: 5139
========================================================================
NAME: N_____, F_____          SSN:              CLT: DIWC  HGT: 10  ALJ: 2329
HREQ: 05/26/03  HRREC: 06/03/03       ASGN ALJ: 04/23/04  BIC: A   SSO: C32
REF NAME:                       XREF SSN:           XBIC:           DOB:
ADDRESSEE:                                                     PH:
CLMT ADDR:                                                              GROUP:
CLMT CITY:                      CLMT ST:    CLMT ZIP:
REP NAME:                       ATTY: Y  FEE PETITION:    CLASS ACTION:
REP ADDR:                                                     PH:
REP CITY:                   REP ST:      REP ZIP:
REMARKS:
========================================================================
STATUS: RTS    STATUS DATE: 05/06/04  EMP: BBB  CF RECD: 06/03/03  TRANS:
HRG WAIVED: N SUB APP:     SPECIAL CASE CODE: X OVERPMT: N HEARING SITS: M
========================================================================
TL REMAND:   CIR COURT:       CT REM:  /  /  CT DUE:  /  /  CRITICAL CASE: N
HO FIELD1:       HO FIELD2:           VIDEO?      RECON DATE: 05/14/03
========================================================================
1ST C INT:      LOC:   RECD:        D:            RESP:
2ND C INT:      LOC:   RECD:        D:            RESP:
3RD C INT:      LOC:   RECD:        D:            RESP:
4TH C INT:      LOC:   RECD:        D:            RESP:
5TH C INT:      LOC:   RECD:        D:            RESP:
========================================================================
BEGIN MDKT:  06/03/03    END MDKT:   06/04/03  MDKT EMP: ESH
BEGIN WORKUP: 02/06/04   END WORKUP: 04/17/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:   /  /        END PRE:   /  /    PRE EMP:      BEG. WKCN:  /  /
BEGIN DWR:   /  /        END DWR:   /  /    DWR EMP:      END. WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW: 05/06/04   T2 APP: 03/24/03   T16 APP:  /  /
========================================================================
READY TO SCHEDULE: 05/06/04           NOTICE SENT:  /  /
HEAR SCHD:  /  /   HEAR DATE:  /  /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /   HEAR DATE1:  /  /  VE1:    ME1:     EMP1:    PP1:
HEAR SCHD2:  /  /   HEAR DATE2:  /  /  VE2:    ME2:     EMP2:    PP2:
HEAR SCHD3:  /  /   HEAR DATE3:  /  /  VE3:    ME3:     EMP3:    PP3:
HEAR HELD:  /  /   PARTICIPANTS:           HR:        INTERPRETER:
========================================================================
BEG POST:      /  /   END POST:     /  /   POST EMP:       PC USED:
BEG DRAFT:     /  /   END DRAFT:    /  /   WRITER:       DRAFT OUT:
BEG DFT TYPING:  /  /  END DFT TYPING:  /  /  DFT TYPIST:    TYP OUT:
END WRITER EDITING:  /  /   END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:    /  /          FINAL TYPIST:
========================================================================
1ST DEV BEGIN:  /  /    TYPE:   DIARY:  /  /  RECD:  /  /
2ND DEV BEGIN:  /  /    TYPE:   DIARY:  /  /  RECD:  /  /
3RD DEV BEGIN:  /  /    TYPE:   DIARY:  /  /  RECD:  /  /
4TH DEV BEGIN:  /  /    TYPE:   DIARY:  /  /  RECD:  /  /
5TH DEV BEGIN:  /  /    TYPE:   DIARY:  /  /  RECD:  /  /
6TH DEV BEGIN:  /  /    TYPE:   DIARY:  /  /  RECD:  /  /
========================================================================
DISPOSITION DATE:   /  /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  /  /
T2 DSP:    PFI:  EOD:  /  /  REG:    DOC:  /  /  IMP:        CTT:
T16 DSP:   PFI:  EOD:  /  /  REG:    DOC:  /  /  IMP:        CTT:
MAIL EMPLOYEE:     FEE AGRMT:    FEE APRVD:   DAA:  LAST UPDATE: MDR 05/06/
```

Exhibit ___2___
Page __3 8__ of __3 9__

2

```
05/28/2004   11:31 AM              HOTS CASE HISTORY              HO CODE: 5139
Page: 1
=======================================================================================
NAME: R█████ █           SSN:             CLT: SSDC HGT: 10 ALJ: 0000
HREQ: 08/05/03  HRREC: 08/20/03      ASGN ALJ:  /  /      BIC:      SSO: C32
█P NAME:                       XREF SSN:              XBIC: A
█DRESSES:                                                    PH:
CLMT ADDR:                                                          DOB:
CLMT CITY:                    CLMT ST: ██  CLMT ZIP: ██████      GROUP:
REP NAME:                        ────ATTY: Y  FEE PETITION:      CLASS ACTION:
REP ADDR:                                                    PH:
REP CITY:              REP ST:  AL REP ZIP: ██████
REMARKS:
=======================================================================================
STATUS: RTS   STATUS DATE: 04/23/04  EMP: RTH  CF RECD: 08/10/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
=======================================================================================
TL REMAND:    CIR COURT:      CT REM:  /  /   CT DUE:  /  /   CRITICAL CASE: N
HO FIELD1:         HO FIELD2:            VIDEO?          RECON DATE: 07/23/03
=======================================================================================
1ST C INT:       LOC:    RECD:          D:          RESP:
2ND C INT:       LOC:    RECD:          D:          RESP:
3RD C INT:       LOC:    RECD:          D:          RESP:
4TH C INT:       LOC:    RECD:          D:          RESP:
5TH C INT:       LOC:    RECD:          D:          RESP:
=======================================================================================
BEGIN MDKT:  08/20/03   END MDKT:   08/21/03  MDKT EMP: ESH
BEGIN WORKUP: 04/14/04  END WORKUP: 04/23/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:   /  /       END PRE:  /  /        PRE EMP:      BEG WKCN:  /  /
BEGIN DWR:   08/29/03   END DWR:   10/30/03   DWR EMP: LLR END WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW:  /  /       T2 APP: 04/02/03  T16 APP: 04/02/03
=======================================================================================
READY TO SCHEDULE: 04/23/04           NOTICE SENT:  /  /
HEAR SCHD:  /  /   HEAR DATE:  /  /   HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /   HEAR DATE1:  /  /  VE1:     ME1:      EMP1:     PP1:
HEAR SCHD2:  /  /   HEAR DATE2:  /  /  VE2:     ME2:      EMP2:     PP2:
HEAR SCHD3:  /  /   HEAR DATE3:  /  /  VE3:     ME3:      EMP3:     PP3:
HEAR HELD:  /  /   PARTICIPANTS:      HR:        INTERPRETER:
=======================================================================================
BEG POST:      /  /   END POST:      /  /   POST EMP:      PC USED:
BEG DRAFT:     /  /   END DRAFT:     /  /   WRITER:        DRAFT OUT:
BEG DFT TYPING:  /  /  END DFT TYPING:  /  / DFT TYPIST:   TYP OUT:
END WRITER EDITING:  /  /  END TYP CORR:  /  /  END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:      /  /           FINAL TYPIST:
=======================================================================================
1ST DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
2ND DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
3RD DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
4TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
5TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
6TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
=======================================================================================
DISPOSITION DATE:    /  /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  /  /
T2 DSP:      PFI:  EOD:  /  /   REG:    DOC:  /  /   IMP:        CTT:
T16 DSP:     PFI:  EOD:  /  /   REG:    DOC:  /  /   IMP:        CTT:
MAIL EMPLOYEE:      FEE AGRMT:    FEE APRVD:    DAA:    LAST UPDATE: BTJ 04/23/█
```

Exhibit __1__

Page __11__ of __69__          3

```
05/28/2004  11:31 AM          HOTS CASE HISTORY
Page: 1                                                    HO CODE: 5139
=============================================================================
NAME: C██████ C████████   SSN: ████████   CLT: SSID HGT: 10  ALJ: 0000
HREQ: 08/05/03  HRREC: 08/14/03      ASGN ALJ:  /  /   BIC:      SSO: 630
█F NAME:                        XREF SSN:          XBIC:
█DRESSEE:            Collum                                 DOB: ██████
CLMT ADDR: █████████            █████████   █████   PH: ████████
CLMT CITY: █████████   CLMT ST: ██   CLMT ZIP: █████      GROUP:
REP NAME:                    ATTY.   FEE PETITION:    CLASS ACTION:
REP ADDR:                                            PH:
REP CITY:              REP ST:      REP ZIP:
REMARKS:
=============================================================================
STATUS: RTS.  STATUS DATE: 04/17/04  EMP: RTH  CF RECD: 08/14/03  TRANS:
HRG WAIVED: N SUB APP:      SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
=============================================================================
TL REMAND:   CIR COURT:      CT REM:   /  /   CT DUE:   /  /   CRITICAL CASE: N
HO FIELD1:        HO FIELD2:            VIDEO?      RECON DATE:  07/10/03
=============================================================================
1ST C INT:        LOC:    RECD:        D:            RESP:
2ND C INT:        LOC:    RECD:        D:            RESP:
3RD C INT:        LOC:    RECD:        D:            RESP:
4TH C INT:        LOC:    RECD:        D:            RESP:
5TH C INT:        LOC:    RECD:        D:            RESP:
=============================================================================
BEGIN MDKT:  08/14/03    END MDKT:   08/18/03  MDKT EMP: ESH
BEGIN WORKUP: 04/14/04   END WORKUP: 04/17/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:   /  /        END PRE:    /  /      PRE EMP:     BEG WKCN:   /  /
BEGIN DWR:   /  /        END DWR:    /  /      DWR EMP:     END WKCN:   /  /
RELEASED FROM ALJ PRE REVIEW:   /  /     T2 APP:  /  /      T16 APP: 02/28/03
=============================================================================
READY TO SCHEDULE: 04/17/04          NOTICE SENT:   /  /
HEAR SCHD:   /  /    HEAR DATE:  /  /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /    HEAR DATE1:  /  /  VE1:     ME1:    EMP1:    PP1:
HEAR SCHD2:  /  /    HEAR DATE2:  /  /  VE2:     ME2:    EMP2:    PP2:
HEAR SCHD3:  /  /    HEAR DATE3:  /  /  VE3:     ME3:    EMP3:    PP3:
HEAR HELD:   /  /    PARTICIPANTS:          HR:        INTERPRETER:
=============================================================================
BEG POST:    /  /    END POST:    /  /    POST EMP:       PC USED:
BEG DRAFT:   /  /    END DRAFT:   /  /    WRITER:         DRAFT OUT:
BEG DFT TYPING:  /  /   END DFT TYPING:  /  /   DFT TYPIST:     TYP OUT:
END WRITER EDITING:  /  /   END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:       /  /           FINAL TYPIST:
=============================================================================
1ST DEV BEGIN:  /  /    TYPE:     DIARY:  /  /   RECD:  /  /
2ND DEV BEGIN:  /  /    TYPE:     DIARY:  /  /   RECD:  /  /
3RD DEV BEGIN:  /  /    TYPE:     DIARY:  /  /   RECD:  /  /
4TH DEV BEGIN:  /  /    TYPE:     DIARY:  /  /   RECD:  /  /
5TH DEV BEGIN:  /  /    TYPE:     DIARY:  /  /   RECD:  /  /
6TH DEV BEGIN:  /  /    TYPE:     DIARY:  /  /   RECD:  /  /
=============================================================================
DISPOSITION DATE:   /  /    ISSUE INDICATOR: D ON REC: Y   MAIL DATE:  /  /
T2 DSP:    PFI:  EOD:  /  /   REG:    DOC:  /  /   IMP:        CTT:
T16 DSP:   PFI:  EOD:  /  /   REG:    DOC:  /  /   IMP:        CTT:
MAIL EMPLOYEE:    FEE AGRMT:    FEE APRVD:   DAA:   LAST UPDATE: BTJ 04/17/0█
```

Exhibit  1
Page  12 of 19

4

```
05/28/2004  11:31 AM            HOTS CASE HISTORY
Page: 1                                                    HO CODE: 5139
================================================================================
NAME: B███ S███        SSN:              CLT: DIWC HGT: 10  ALJ: 2286
HREQ: 05/12/03  HRREC: 05/30/03       ASGN ALJ: 04/12/04  BIC: A  SSO: 623
REP NAME:                      XREF SSN:              XBIC:
ADDRESSEE:                                                DOB:
                                                   PH:
CLMT ADDR:
CLMT CITY:              CLMT ST: ███ CLMT ZIP: ███        GROUP: C
REP NAME:                   ATTY: N  FEE PETITION:    CLASS ACTION:
REP ADDR:                                              PH:
REP CITY:          REP ST: ███  REP ZIP: ███
REMARKS:
================================================================================
STATUS: PRE    STATUS DATE: 04/14/04  EMP: XXX  CF RECD: 05/30/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
================================================================================
TL REMAND:  CIR COURT:      CT REM:  /  /   CT DUE:  /  /  CRITICAL CASE: N
HO FIELD1:          HO FIELD2:          VIDEO?       RECON DATE: 03/19/03
================================================================================
1ST C INT:      LOC:    RECD:        D:         RESP:
2ND C INT:      LOC:    RECD:        D:         RESP:
3RD C INT:      LOC:    RECD:        D:         RESP:
4TH C INT:      LOC:    RECD:        D:         RESP:
5TH C INT:      LOC:    RECD:        D:         RESP:
================================================================================
BEGIN MDKT:   05/30/03   END MDKT:   06/02/03  MDKT EMP: BSH
BEGIN WORKUP: 01/26/04   END WORKUP: 02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:    04/14/04   END PRE:    /  /      PRE EMP: XXX  BEG WKCN:  /  /
BEGIN DWR:    /  /       END DWR:    /  /      DWR EMP:     END WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW: 04/14/04    T2 APP: 12/06/02  T16 APP:  /  /
================================================================================
READY TO SCHEDULE: 02/27/04            NOTICE SENT:  /  /
HEAR SCHD:  /  /  HEAR DATE:  /  /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /   HEAR DATE1:  /  /  VE1:    ME1:    EMP1:    PP1:
HEAR SCHD2:  /  /   HEAR DATE2:  /  /  VE2:    ME2:    EMP2:    PP2:
HEAR SCHD3:  /  /   HEAR DATE3:  /  /  VE3:    ME3:    EMP3:    PP3:
HEAR HELD:  /  /   PARTICIPANTS:        HR:        INTERPRETER:
================================================================================
BEG POST:    /  /   END POST:    /  /   POST EMP:      PC USED:
BEG DRAFT:   /  /   END DRAFT:   /  /   WRITER:      DRAFT OUT:
BEG DFT TYPING:  /  /  END DFT TYPING:  /  /  DFT TYPIST:    TYP OUT:
END WRITER EDITING:  /  /   END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:  /  /       FINAL TYPIST:
================================================================================
1ST DEV BEGIN:  /  /    TYPE:    DIARY:  /  /   RECD:  /  /
2ND DEV BEGIN:  /  /    TYPE:    DIARY:  /  /   RECD:  /  /
3RD DEV BEGIN:  /  /    TYPE:    DIARY:  /  /   RECD:  /  /
4TH DEV BEGIN:  /  /    TYPE:    DIARY:  /  /   RECD:  /  /
5TH DEV BEGIN:  /  /    TYPE:    DIARY:  /  /   RECD:  /  /
6TH DEV BEGIN:  /  /    TYPE:    DIARY:  /  /   RECD:  /  /
================================================================================
DISPOSITION DATE:  /  /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  /  /
T2 DSP:    PFI:   EOD:  /  /  REG:    DOC:  /  /  IMP:      CTT:
T16 DSP:   PFI:   EOD:  /  /  REG:    DOC:  /  /  IMP:      CTT:
MAIL EMPLOYEE:     FEE AGRMT:   FEE APRVD:   DAA:   LAST UPDATE: BSM 04/14/0
```

Exhibit ___1___
Page _13_ of _64_        5

```
05/28/2004  11:32 AM           HOTS CASE HISTORY                    HO CODE: 5139
Page: 1
===========================================================================
NAME: M      S              SSN:              CLT: SSDC HGT: 10  ALJ: 2286
HREQ: 05/10/03  HRREC: 05/17/03          ASGN ALJ: 04/05/04  BIC:     SSO: C32
REF NAME:                    XREF SSN:                XBIC: A
ADDRESSEE:                                                   DOB:
CLMT ADDR:                                                   PH:
CLMT CITY:              CLMT ST:    CLMT ZIP:                     GROUP: C
REP NAME:                 ATTY: Y  FEE PETITION:          CLASS ACTION:
REP ADDR:                                                   PH:
REP CITY:              REP ST:    REP ZIP:
REMARKS:
===========================================================================
STATUS: SCHD  STATUS DATE: 05/10/04  EMP: TAM  CF RECD: 05/17/03  TRANS:
HRG WAIVED: N  SUB APP:    SPECIAL CASE CODE: X OVERPMT: N  HEARING SITE: M
===========================================================================
TL REMAND:    CIR COURT:      CT REM:  / /    CT DUE:  / /    CRITICAL CASE: N
HO FIELD1:        HO FIELD2:          VIDEO?:       RECON DATE: 04/17/03
===========================================================================
1ST C INT:      LOC:    RECD:        D:          RESP:
2ND C INT:      LOC:    RECD:        D:          RESP:
3RD C INT:      LOC:    RECD:        D:          RESP:
4TH C INT:      LOC:    RECD:        D:          RESP:
5TH C INT:      LOC:    RECD:        D:          RESP:
===========================================================================
BEGIN MDKT:   05/17/03   END MDKT:    05/19/03  MDKT EMP: ESH
BEGIN WORKUP: 01/26/04   END WORKUP:  02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:    02/27/04   END PRE:     02/27/04  PRE EMP:  BTJ BEG WKCN:  / /
BEGIN DWR:    10/24/03   END DWR:     10/27/03  DWR EMP:  PWJ END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW: 04/05/04    T2 APP: 02/04/03   T16 APP: 02/04/0.
===========================================================================
READY TO SCHEDULE: 04/05/04              NOTICE SENT: 05/10/04
HEAR SCHD: 05/10/04 HEAR DATE: 06/03/04 HEAR TIME: 13:15  VE: 6298    ME: 3930
SCH EMP: TAM
HEAR SCHD1:  / /   HEAR DATE1:  / /  VE1:     ME1:     EMP1:    PP1:
HEAR SCHD2:  / /   HEAR DATE2:  / /  VE2:     ME2:     EMP2:    PP2:
HEAR SCHD3:  / /   HEAR DATE3:  / /  VE3:     ME3:     EMP3:    PP3:
HEAR HELD:  / /    PARTICIPANTS:        HR:          INTERPRETER:
===========================================================================
BEG POST:     / /    END POST:     / /   POST EMP:       PC USED:
BEG DRAFT:    / /    END DRAFT:    / /   WRITER:        DRAFT OUT:
BEG DFT TYPING: / /  END DFT TYPING: / / DFT TYPIST:    TYP OUT:
END WRITER EDITING:  / /   END TYP CORR:  / /   END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:      / /         FINAL TYPIST:
===========================================================================
1ST DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
2ND DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
3RD DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
4TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
5TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
6TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
===========================================================================
DISPOSITION DATE:   / /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE: / /
T2  DSP:    PFI:  EOD: / /  REG:   DOC: / /  IMP:       CTT:
T16 DSP:    PFI:  EOD: / /  REG:   DOC: / /  IMP:       CTT:
MAIL EMPLOYEE:    FEE AGRMT:    FEE APRVD:   DAA:   LAST UPDATE: MKT  05/10/
```

Exhibit  )

Page 1 of 64

6

```
05/28/2004  11:32 AM              HOTS CASE HISTORY
Page: 1                                                        HO CODE: 5139
==============================================================================
NAME: B█████ L██████            SSN:            CLT: SSDC  HGT: 10  ALJ: 2195
HREQ: 06/11/03  HRREC: 06/16/03          ASGN ALJ: 04/12/04  BIC:   SSO: 630
REF NAME:                       XREF SSN:              XBIC: A
ADDRESSEE: █████                                       DOB:
CLMT ADDR:                                             PH:
CLMT CITY: █████        CLMT ST: █   CLMT ZIP: █████       GROUP: A
REP NAME: █████████       ATTY: N  FEE PETITION:       CLASS ACTION:
REP ADDR: █████████                                   PH:
REP CITY:              REP ST: █   REP ZIP: ██████
REMARKS:
==============================================================================
STATUS: PRE   STATUS DATE: 04/16/04   EMP: YYY  CF RECD: 06/16/03  TRANS:
HRG WAIVED: N SUB APP:   SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: S
==============================================================================
TL REMAND:    CIR COURT:       CT REM:  / /   CT DUE:  / /   CRITICAL CASE: N
HO FIELD1:         HO FIELD2:           VIDEO?      RECON DATE: 05/01/03
==============================================================================
1ST C INT:      LOC:    RECD:         D:          RESP:
2ND C INT:      LOC:    RECD:         D:          RESP:
3RD C INT:      LOC:    RECD:         D:          RESP:
4TH C INT:      LOC:    RECD:         D:          RESP:
5TH C INT:      LOC:    RECD:         D:          RESP:
==============================================================================
BEGIN MDKT:  06/16/03     END MDKT:   06/17/03  MDKT EMP: SSH
BEGIN WORKUP: 02/20/04    END WORKUP: 02/20/04  WKUP EMP: BTJ  WKUP OUT:N
BEGIN PRE:   04/16/04     END PRE:   / /    PRE EMP: YYY  BEG WKCN:  / /
BEGIN DWR:   / /          END DWR:   / /    DWR EMP:      END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW: 04/16/04     T2 APP: 03/26/03  T16 APP: 03/26/03
==============================================================================
READY TO SCHEDULE: 02/20/04              NOTICE SENT:  / /
HEAR SCHD:  / /   HEAR DATE:  / /   HEAR TIME:       VE:        ME:
SCH EMP:
HEAR SCHD1:  / /    HEAR DATE1:  / /   VE1:     ME1:      EMP1:    PP1:
HEAR SCHD2:  / /    HEAR DATE2:  / /   VE2:     ME2:      EMP2:    PP2:
HEAR SCHD3:  / /    HEAR DATE3:  / /   VE3:     ME3:      EMP3:    PP3:
HEAR HELD:  / /   PARTICIPANTS:        HR:        INTERPRETER:
==============================================================================
BEG POST:     / /    END POST:     / /    POST EMP:       PC USED:
BEG DRAFT:    / /    END DRAFT:    / /    WRITER:         DRAFT OUT:
BEG DFT TYPING:  / /  END DFT TYPING:  / /  DFT TYPIST:    TYP OUT:
END WRITER EDITING:  / /  END TYP CORR:  / /   END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:    / /           FINAL TYPIST:
==============================================================================
1ST DEV BEGIN:  / /    TYPE:    DIARY:  / /   RECD:  / /
2ND DEV BEGIN:  / /    TYPE:    DIARY:  / /   RECD:  / /
3RD DEV BEGIN:  / /    TYPE:    DIARY:  / /   RECD:  / /
4TH DEV BEGIN:  / /    TYPE:    DIARY:  / /   RECD:  / /
5TH DEV BEGIN:  / /    TYPE:    DIARY:  / /   RECD:  / /
6TH DEV BEGIN:  / /    TYPE:    DIARY:  / /   RECD:  / /
==============================================================================
DISPOSITION DATE:  / /     ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  / /
T2 DSP:     PFI:  EOD:  / /   REG:    DOC:  / /  IMP:        CTT:
T16 DSP:    PFI:  EOD:  / /   REG:    DOC:  / /  IMP:        CTT:
MAIL EMPLOYEE:       FEE AGRMT:     FEE APRVD:   DAA:  LAST UPDATE: BSM 04/16/
```

Exhibit ___

Page 15 of 14

7

```
05/28/2004  11:32 AM              HOTS CASE HISTORY                    HO CODE: 5139
Page: 1
========================================================================
NAME: W       J            SSN:              CLT: SSDC  HGT: 10  ALJ: 2059
HREQ: 05/23/03  HRREC: 06/03/03      ASGN ALJ: 03/10/04  BIC:        SSO: 630
  F NAME:                        XREF SSN:           XBIC: A
  DRESSEE:                                                      DOB:
CLMT ADDR:                                                PH:
CLMT CITY:              CLMT ST:   CLMT ZIP:                      GROUP: A
REP NAME:                  ATTY: Y  FEE PETITION: N  CLASS ACTION:
REP ADDR:                                                  PH:
REP CITY:              REP ST:   REP ZIP:
REMARKS:
========================================================================
STATUS: CLSD  STATUS DATE: 05/28/04  EMP: KDB  CF RECD: 06/03/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: S
========================================================================
TL REMAND:  CIR COURT:     CT REM:  / /   CT DUE:  / /   CRITICAL CASE: N
HO FIELD1:      HO FIELD2:        VIDEO?      RECON DATE: 04/10/03
------------------------------------------------------------------------
1ST C INT:      LOC:    RECD:        D:          RESP:
2ND C INT:      LOC:    RECD:        D:          RESP:
3RD C INT:      LOC:    RECD:        D:          RESP:
4TH C INT:      LOC:    RECD:        D:          RESP:
5TH C INT:      LOC:    RECD:        D:          RESP:
========================================================================
BEGIN MDKT:  06/03/03    END MDKT:  06/04/03  MDKT EMP: SSH
BEGIN WORKUP: 02/06/04  END WORKUP: 02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:    / /       END PRE:    / /       PRE EMP:     BEG WKCN:  / /
BEGIN DWR:    / /       END DWR:    / /       DWR EMP:     END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW: 03/17/04     T2 APP: 02/19/03  T16 APP: 02/19/03
========================================================================
READY TO SCHEDULE: 03/17/04            NOTICE SENT: 04/09/04
HEAR SCHD: 04/09/04 HEAR DATE: 05/06/04 HEAR TIME: 11:00  VE: 0456    ME:
SCH EMP: CJW
HEAR SCHD1:  / /    HEAR DATE1:  / /   VE1:      ME1:      EMP1:    PP1:
HEAR SCHD2:  / /    HEAR DATE2:  / /   VE2:      ME2:      EMP2:    PP2:
HEAR SCHD3:  / /    HEAR DATE3:  / /   VE3:      ME3:      EMP3:    PP3:
HEAR HELD:  05/06/04 PARTICIPANTS:  1248      HR:       INTERPRETER:
========================================================================
BEG POST:    / /       END POST:    / /       POST EMP:       PC USED: Y
BEG DRAFT:  05/13/04   END DRAFT:  05/25/04   WRITER:   TLW DRAFT OUT: N
BEG DFT TYPING:  / /   END DFT TYPING:  / /   DFT TYPIST:    TYP OUT:
END WRITER EDITING:  / /  END TYP CORR:  / /  END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:   05/28/04         FINAL TYPIST:
========================================================================
1ST DEV BEGIN:  / /    TYPE:       DIARY:  / /    RECD:  / /
2ND DEV BEGIN:  / /    TYPE:       DIARY:  / /    RECD:  / /
3RD DEV BEGIN:  / /    TYPE:       DIARY:  / /    RECD:  / /
4TH DEV BEGIN:  / /    TYPE:       DIARY:  / /    RECD:  / /
5TH DEV BEGIN:  / /    TYPE:       DIARY:  / /    RECD:  / /
6TH DEV BEGIN:  / /    TYPE:       DIARY:  / /    RECD:  / /
========================================================================
DISPOSITION DATE:   05/28/04  ISSUE INDICATOR: D  ON REC: N   MAIL DATE:05/28/0
T2  DSP:FREV  PFI:F EOD:03/07/02 REG:K   DOC:  / /  IMP:7240 0000  CTT:  PC7
T16 DSP:FREV  PFI:F EOD:03/07/02 REG:K   DOC:  / /  IMP:7240 0000  CTT:  630
MAIL EMPLOYEE: KDB  FEE AGRMT: Y  FEE APRVD: Y DAA: I LAST UPDATE: PJD 05/28/0
```

Exhibit ____

Page 16 of 19

8

```
05/28/2004   11:32 AM            HOTS CASE HISTORY              HO CODE: 5139
Page: 1
==============================================================================
NAME: M███████ Y██████        SSN:          CLT: SSID  HGT: 10  ALJ: 2059
HREQ: 05/12/03  HRREC: 05/31/03        ASGN ALJ: 03/10/04  BIC:      SSO: 630
XREF NAME:                     XREF SSN:             XBIC:
ADDRESSEE: ████████████                                          DOB:
CLMT ADDR: ████████████                                      PH:
CLMT CITY:                  CLMT ST: █  CLMT ZIP: ███████          GROUP:
REP NAME:                       ATTY: Y  FEE PETITION:      CLASS ACTION:
REP ADDR:                                                       PH:
REP CITY:               REP ST: █  REP ZIP: ██████
REMARKS: LATE FILING
==============================================================================
STATUS: POST   STATUS DATE: 05/27/04  EMP: BTJ  CF RECD: 05/31/03   TRANS:
HRG WAIVED: N  SUB APP:     SPECIAL CASE CODE: X  OVERPMT: N  HEARING SITE: S
==============================================================================
TL REMAND:    CIR COURT:      CT REM:  / /   CT DUE:  / /   CRITICAL CASE: N
HO FIELD1:         HO FIELD2:          VIDEO?      RECON DATE: 02/18/03
------------------------------------------------------------------------------
1ST C INT:      LOC:    RECD:           D:           RESP:
2ND C INT:      LOC:    RECD:           D:           RESP:
3RD C INT:      LOC:    RECD:           D:           RESP:
4TH C INT:      LOC:    RECD:           D:           RESP:
5TH C INT:      LOC:    RECD:           D:           RESP:
==============================================================================
BEGIN MDKT:   05/31/03    END MDKT:   05/31/03  MDKT EMP: BSM
BEGIN WORKUP: 01/26/04    END WORKUP: 02/27/04  WKUP EMP: BTJ  WKUP OUT: N
BEGIN PRE:     / /        END PRE:     / /      PRE EMP:       BEG WKCN:  / /
BEGIN DWR:     / /        END DWR:     / /      DWR EMP:       END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW: 03/17/04      T2 APP:  / /       T16 APP: 10/31/02
==============================================================================
READY TO SCHEDULE: 03/17/04            NOTICE SENT: 04/20/04
HEAR SCHD: 04/20/04  HEAR DATE: 05/26/04  HEAR TIME: 09:30  VE: 6298   ME:
SCH EMP: BTJ
HEAR SCHD1:   / /   HEAR DATE1:   / /   VE1:    ME1:     EMP1:    PP1:
HEAR SCHD2:   / /   HEAR DATE2:   / /   VE2:    ME2:     EMP2:    PP2:
HEAR SCHD3:   / /   HEAR DATE3:   / /   VE3:    ME3:     EMP3:    PP3:
HEAR HELD: 05/26/04  PARTICIPANTS: 124    HR:        INTERPRETER:
==============================================================================
BEG POST:      05/27/04  END POST:     / /    POST EMP: BTJ  PC USED:
BEG DRAFT:      / /      END DRAFT:    / /    WRITER:       DRAFT OUT:
BEG DFT TYPING: / /      END DFT TYPING: / /  DFT TYPIST:    TYP OUT:
END WRITER EDITING: / /    END TYP CORR:  / /   END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:    / /            FINAL TYPIST:
------------------------------------------------------------------------------
1ST DEV BEGIN:  / /   TYPE:    DIARY:        RECD:   / /
2ND DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:   / /
3RD DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:   / /
4TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:   / /
5TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:   / /
6TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:   / /
==============================================================================
DISPOSITION DATE:   / /    ISSUE INDICATOR: D  ON REC: N  MAIL DATE:  / /
T2 DSP:     PFI:  EOD:  / /   REG:   DOC:  / /   IMP:      CTT:
T16 DSP:    PFI:  EOD:  / /   REG:   DOC:  / /   IMP:      CTT:
MAIL EMPLOYEE:      FEE AGRMT:    FEE APRVD:   DAA:   LAST UPDATE: PJD 05/27/0
```

Exhibit ___1___

Page _17_ of _69_

9

```
05/28/2004  11:32 AM          HOTS CASE HISTORY
Page: 1                                                      HO CODE: 5139

NAME: S█████ A█████         SSN:              CLT: DIWC HGT: 10  ALJ: 2059
HREQ: 05/12/03  HRREC: 05/20/03        ASGN ALJ: 03/17/04  BIC: A   SSO: C32
REP NAME:                         XREF SSN:             XBIC:
ADDRESSEE:                                                    DOB:
CLMT ADDR:                                               PH:
CLMT CITY:               CLMT ST:     CLMT ZIP:                GROUP:
REP NAME:                        ATTY: Y FEE PETITION:     CLASS ACTION:
REP ADDR:                                                PH:
REP CITY:                  REP ST:     REP ZIP:
REMARKS:
=============================================================================
STATUS: SCHD  STATUS DATE: 05/17/04  EMP: TLC  CF RECD: 05/20/03  TRANS:
HRG WAIVED: N  SUB APP:     SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
-----------------------------------------------------------------------------
TL REMAND:   CIR COURT:       CT REM:    /  /  CT DUE:    /  /  CRITICAL CASE: N
HO FIELD1:           HO FIELD2:           VIDEO?         RECON DATE: 05/05/03
-----------------------------------------------------------------------------
1ST C INT:       LOC:    RECD:        D:         RESP:
2ND C INT:       LOC:    RECD:        D:         RESP:
3RD C INT:       LOC:    RECD:        D:         RESP:
4TH C INT:       LOC:    RECD:        D:         RESP:
5TH C INT:       LOC:    RECD:        D:         RESP:
=============================================================================
BEGIN MDKT:   05/20/03   END MDKT:   05/21/03  MDKT EMP: SSH
BEGIN WORKUP: 01/26/04   END WORKUP: 02/20/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:      /  /     END PRE:      /  /    PRE EMP:       BEG WKCN:  /  /
BEGIN DWR:      /  /     END DWR:      /  /    DWR EMP:       END WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW: 03/25/04   T2 APP: 03/11/03   T16 APP:  /  /
=============================================================================
READY TO SCHEDULE: 03/25/04           NOTICE SENT: 05/17/04
HEAR SCHD: 05/17/04 HEAR DATE: 06/21/04 HEAR TIME: 11:00  VE: 0132   ME:
SCH EMP: TLC
HEAR SCHD1:   /  /   HEAR DATE1:  /  /   VE1:    ME1:    EMP1:    PP1:
HEAR SCHD2:   /  /   HEAR DATE2:  /  /   VE2:    ME2:    EMP2:    PP2:
HEAR SCHD3:   /  /   HEAR DATE3:  /  /   VE3:    ME3:    EMP3:    PP3:
HEAR HELD:    /  /   PARTICIPANTS:          HR:        INTERPRETER:
=============================================================================
BEG POST:       /  /    END POST:    /  /   POST EMP:      PC USED:
BEG DRAFT:      /  /    END DRAFT:   /  /   WRITER:      DRAFT OUT:
BEG DFT TYPING: /  /    END DFT TYPING: /  /  DFT TYPIST:    TYP OUT:
END WRITER EDITING:  /  /  END TYP CORR:  /  /  END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:     /  /         FINAL TYPIST:
-----------------------------------------------------------------------------
1ST DEV BEGIN:  /  /   TYPE:    DIARY:   /  /  RECD:
2ND DEV BEGIN:  /  /   TYPE:    DIARY:   /  /  RECD:   /  /
3RD DEV BEGIN:  /  /   TYPE:    DIARY:   /  /  RECD:   /  /
4TH DEV BEGIN:  /  /   TYPE:    DIARY:   /  /  RECD:   /  /
5TH DEV BEGIN:  /  /   TYPE:    DIARY:   /  /  RECD:   /  /
6TH DEV BEGIN:  /  /   TYPE:    DIARY:   /  /  RECD:   /  /
=============================================================================
DISPOSITION DATE:    /  /    ISSUE INDICATOR: D  ON REC: Y    MAIL DATE:  /  /
T2 DSP:    PFI:   EOD: /  /   REG:    DOC: /  /   IMP:        CTT:
T16 DSP:   PFI:   EOD: /  /   REG:    DOC: /  /   IMP:        CTT:
MAIL EMPLOYEE:     FEE AGRMT:     FEE APRVD:   DAA:   LAST UPDATE: MKT  05/17/0
```

Exhibit ____

Page 14 of 69          10

```
05/28/2004  11:32 AM               HOTS CASE HISTORY
Page: 1                                                        HO CODE: 5139
========================================================================
NAME: B█████ M██████████        SSN:           CLT: SSID  HGT: 10  ALJ: 1410
HREQ: 05/12/03  HRREC: 05/30/03         ASGN ALJ: 03/05/04  BIC:      SSO: 623
█F NAME:                        XREF SSN:              XBIC:
█DRESSEE:                                                    DOB:
CLMT ADDR: ████████████                              PH:
CLMT CITY:                 CLMT ST:    CLMT ZIP:                 GROUP:
REP NAME:                        ATTY:    FEE PETITION;     CLASS ACTION:
REP ADDR:
REP CITY:                  REP ST:     REP ZIP:         PH:
REMARKS:
========================================================================
STATUS: SCHD   STATUS DATE: 05/20/04  EMP: REB  CF RECD: 05/30/03  TRANS:
HRG WAIVED: N SUB APP:     SPECIAL CASE CODE: H OVERPMT: N HEARING SITE: M
========================================================================
TL REMAND:  CIR COURT:      CT REM:   /  /   CT DUE:   /  /   CRITICAL CASE: N
HO FIELD1:        HO FIELD2:           VIDEO?     RECON DATE:  03/17/03
========================================================================
1ST C INT:       LOC:   RECD:        D:          RESP:
2ND C INT:       LOC:   RECD:        D:          RESP:
3RD C INT:       LOC:   RECD:        D:          RESP:
4TH C INT:       LOC:   RECD:        D:          RESP:
5TH C INT:       LOC:   RECD:        D:          RESP:
========================================================================
BEGIN MDKT:   05/30/03   END MDKT:    06/02/03   MDKT EMP: BSH
BEGIN WORKUP: 01/26/04   END WORKUP:  02/27/04   WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:    /  /       END PRE:     /  /       PRE EMP:      BEG WKCN:  /  /
BEGIN DWR:    /  /       END DWR:     /  /       DWR EMP:      END WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW: 03/09/04    T2 APP:   /  /    T16 APP: 12/31/02
========================================================================
READY TO SCHEDULE: 03/09/04            NOTICE SENT: 05/20/04
HEAR SCHD: 05/20/04 HEAR DATE: 06/17/04 HEAR TIME: 11:30  VE:        ME:
SCH EMP: REB
HEAR SCHD1:  /  /   HEAR DATE1:  /  /   VE1:     ME1:     EMP1:    PP1:
HEAR SCHD2:  /  /   HEAR DATE2:  /  /   VE2:     ME2:     EMP2:    PP2:
HEAR SCHD3:  /  /   HEAR DATE3:  /  /   VE3:     ME3:     EMP3:    PP3:
HEAR HELD:   /  /   PARTICIPANTS:        HR:         INTERPRETER:
========================================================================
BEG POST:     /  /     END POST:      /  /    POST EMP:      PC USED:
BEG DRAFT:    /  /     END DRAFT:     /  /    WRITER:       DRAFT OUT:
BEG DFT TYPING: /  /   END DFT TYPING: /  /   DFT TYPIST:   TYP OUT:
END WRITER EDITING:  /  /   END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:   /  /           FINAL TYPIST:
========================================================================
1ST DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
2ND DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
3RD DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
4TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
5TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
6TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
========================================================================
DISPOSITION DATE:   /  /    ISSUE INDICATOR: D ON REC: Y   MAIL DATE:  /  /
T2 DSP:      PFI:    EOD:  /  /   REG:    DOC:  /  /   IMP:        CTT:
T16 DSP:     PFI:    EOD:  /  /   REG:    DOC:  /  /   IMP:        CTT:
█AIL EMPLOYEE:       FEE AGRMT:    FEE APRVD:    DAA:   LAST UPDATE: MKT 05/20/0
```

Exhibit _1_
Page _19_ of _69_            _11_

```
5/28/2004  11:32 AM           HOTS CASE HISTORY
Page: 1                                                         HO CODE: 5139
NAME: D███████ J█          SSN:          CLT: SSID HGT: 10  ALJ: 0000
HREQ: 05/12/03  HRREC: 05/29/03      ASGN ALJ:   /  /    BIC:     SSO: 623
█ F NAME:                      XREF SSN:         XBIC:
ADDRESSEE: ████████████                                    DOB:
CLMT ADDR: ████████████                            PH: █████████
CLMT CITY: ████████████      CLMT ST: █  CLMT ZIP: ████████      GROUP:
REP NAME: ███████████        ATTY: Y  FEE PETITION:      CLASS ACTION:
REP ADDR: ███████████                                PH: █████████
REP CITY: ███████████   REF ST: █  RESP ZIP: ████████
REMARKS:
==================================================================
STATUS: DWR  STATUS DATE: 04/06/04  EMP: MEH  CF RECD: 05/29/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
==================================================================
TL REMAND:   CIR COURT:    CT REM:  /  /  CT DUE:  /  /  CRITICAL CASE: N
HO FIELD1:        HO FIELD2:        VIDEO?      RECON DATE: 03/11/03
==================================================================
1ST C INT:      LOC:     RECD:          D:           RESP:
2ND C INT:      LOC:     RECD:          D:           RESP:
3RD C INT:      LOC:     RECD:          D:           RESP:
4TH C INT:      LOC:     RECD:          D:           RESP:
5TH C INT:      LOC:     RECD:          D:           RESP:
==================================================================
BEGIN MDKT: 05/29/03  END MDKT:  06/02/03  MDKT EMP: BBH
BEGIN WORKUP: 01/26/04  END WORKUP: 02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE: 04/06/04   END PRE:  04/06/04  PRE EMP: MEH BEG WKCN:  /  /
BEGIN DWR: 04/06/04   END DWR:   /  /   DWR EMP: MEH END WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW:  /  /     T2 APP:  /  /     T16 APP: 10/31/02
==================================================================
READY TO SCHEDULE: 02/27/04        NOTICE SENT:  /  /
HEAR SCHD:  /  /  HEAR DATE:  /  /  HEAR TIME:     VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /  HEAR DATE1:  /  /  VE1:   ME1:   EMP1:   PP1:
HEAR SCHD2:  /  /  HEAR DATE2:  /  /  VE2:   ME2:   EMP2:   PP2:
HEAR SCHD3:  /  /  HEAR DATE3:  /  /  VE3:   ME3:   EMP3:   PP3:
HEAR HELD:  /  /  PARTICIPANTS:        HR:        INTERPRETER:
==================================================================
BEG POST:  /  /   END POST:  /  /    POST EMP:     PC USED:
BEG DRAFT:  /  /  END DRAFT:  /  /    WRITER:       DRAFT OUT:
BEG DFT TYPING:  /  /  END DFT TYPING:  /  /  DFT TYPIST:   TYP OUT:
END WRITER EDITING:  /  /  END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:  /  /        FINAL TYPIST:
==================================================================
1ST DEV BEGIN:  /  /  TYPE:    DIARY:  /  /  RECD:  /  /
2ND DEV BEGIN:  /  /  TYPE:    DIARY:  /  /  RECD:  /  /
3RD DEV BEGIN:  /  /  TYPE:    DIARY:  /  /  RECD:  /  /
4TH DEV BEGIN:  /  /  TYPE:    DIARY:  /  /  RECD:  /  /
5TH DEV BEGIN:  /  /  TYPE:    DIARY:  /  /  RECD:  /  /
6TH DEV BEGIN:  /  /  TYPE:    DIARY:  /  /  RECD:  /  /
==================================================================
DISPOSITION DATE:  /  /   ISSUE INDICATOR: D ON REC: Y  MAIL DATE:  /  /
T2 DSP:    PFI:  EOD:  /  /  REG:   DOC:  /  /  IMP:     CTT:
T16 DSP:   PFI:  EOD:  /  /  REG:   DOC:  /  /  IMP:     CTT:
MAIL EMPLOYEE:     FEE AGRMT:   FEE APRVD:   DAA:   LAST UPDATE: PWJ 04/06/0
```

Exhibit ___1___
Page _20_ of _29_          12

DX 21

PERGAD·Bayonne, N.J.
DEFENDANT'S
EXHIBIT
21

```
4/27/2004  12:10 PM          HOTS CASE HISTORY
AGE: 1                                                    HO CODE: 5139
=================================================================
E: B      I            SSN:              CLT: SSDC  HGT: 10  ALJ: 2195
RRQ: 06/11/03  HRREC: 06/16/03        ASGN ALJ: 04/12/04  BIC: 2  SSO: 630
XREF NAME:                    XREF SSN:             XBIC: A
ADDRESSEE:                                                 DOB:
CLMT ADDR:                                          PH:
CLMT CITY:            CLMT ST:     CLMT ZIP:                 GROUP: A
REP NAME:                ATTY: N  FEE PETITION:      CLASS ACTION:
REP ADDR:                                           PH:
REP CITY:            REP ST:     REP ZIP:
REMARKS:
=================================================================
STATUS: PRE   STATUS DATE: 04/16/04  EMP: YYY  CF RECD: 06/16/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: S
=================================================================
TL REMAND:   CIR COURT:       CT REM:   / /  CT DUE:   / /  CRITICAL CASE: N
HO FIELD1:        HO FIELD2:        VIDEO?       RECON DATE: 05/01/03
=================================================================
1ST C INT:      LOC:    RECD:       D:            RESP:
2ND C INT:      LOC:    RECD:       D:            RESP:
3RD C INT:      LOC:    RECD:       D:            RESP:
4TH C INT:      LOC:    RECD:       D:            RESP:
5TH C INT:      LOC:    RECD:       D:            RESP:
=================================================================
BEGIN MDKT:   06/16/03   END MDKT:   06/17/03  MDKT EMP: ESH
BEGIN WORKUP: 02/20/04   END WORKUP: 02/20/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:    04/16/04   END PRE:    / /    PRE EMP: YYY BEG WKCN:  / /
BEGIN DWR:    / /        END DWR:    / /    DWR EMP:     END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW: 04/16/04   T2 APP: 03/26/03  T16 APP: 03/26/03
=================================================================
READY TO SCHEDULE: 02/20/04          NOTICE SENT:   / /
HEAR SCHD:   / /  HEAR DATE:   / /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  / /  HEAR DATE1:  / /  VE1:    ME1:    EMP1:   PP1:
HEAR SCHD2:  / /  HEAR DATE2:  / /  VE2:    ME2:    EMP2:   PP2:
HEAR SCHD3:  / /  HEAR DATE3:  / /  VE3:    ME3:    EMP3:   PP3:
HEAR HELD:   / /  PARTICIPANTS:        HR:        INTERPRETER:
=================================================================
BEG POST:        / /   END POST:      / /    POST EMP:       PC USED:
BEG DRAFT:       / /   END DRAFT:     / /    WRITER:       DRAFT OUT:
BEG DFT TYPING:  / /   END DFT TYPING: / /   DFT TYPIST:   TYP OUT:
END WRITER EDITING:   / /   END TYP CORR:  / /   END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:      / /        FINAL TYPIST:
=================================================================
1ST DEV BEGIN:  / /    TYPE:      DIARY:  / /   RECD:  / /
2ND DEV BEGIN:  / /    TYPE:      DIARY:  / /   RECD:  / /
3RD DEV BEGIN:  / /    TYPE:      DIARY:  / /   RECD:  / /
4TH DEV BEGIN:  / /    TYPE:      DIARY:  / /   RECD:  / /
5TH DEV BEGIN:  / /    TYPE:      DIARY:  / /   RECD:  / /
6TH DEV BEGIN:  / /    TYPE:      DIARY:  / /   RECD:  / /
=================================================================
DISPOSITION DATE:     / /    ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  / /
  DSP:     PFI:  EOD:  / /   REG:   DOC: / /   IMP:        CTT:
  DSP:     PFI:  EOD:  / /   REG:   DOC: / /   IMP:        CTT:
MAIL EMPLOYEE:     FEE AGRMT:    FEE APRVD:    DAA:   LAST UPDATE: BSM 04/16/04
```

Exhibit: L-15
Page 30 of 68
P



Exhibit 8
Page 38 of 64
p 2

```
04/27/2004   12:10 PM            HOTS CASE HISTORY
 age: 1                                                    HO CODE: 5139
========================================================================
 ME: M█████ S█████          SSN:  ─ ─         CLT: SSDC HGT: 10 ALJ: 2286
 REQ: 05/10/03  HRREC: 05/17/03      ASGN ALJ: 04/05/04 BIC:    SSO: C32
XREF NAME:                     XREF SSN:           XBIC: A
ADDRESSEE: █████████                                     DOB:
CLMT ADDR: █████                                 PH: ████████
CLMT CITY: █████       CLMT ST: █ CLMT ZIP: █████        GROUP: C
REP NAME: █████            ATTY: Y  FEE PETITION:    CLASS ACTION:
REP ADDR:                                         PH: ████████
REP CITY:              REP ST: █ REP ZIP: █████
REMARKS:
========================================================================
STATUS: RTS  STATUS DATE: 04/05/04 EMP: CCC CF RECD: 05/17/03  TRANS:
HRG WAIVED: N SUB APP:   SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
========================================================================
TL REMAND:    CIR COURT:    CT REM: / /   CT DUE:   / /   CRITICAL CASE: N
HO FIELD1:        HO FIELD2:          VIDEO?        RECON DATE: 04/17/03
========================================================================
1ST C INT:      LOC:    RECD:        D:            RESP:
2ND C INT:      LOC:    RECD:        D:            RESP:
3RD C INT:      LOC:    RECD:        D:            RESP:
4TH C INT:      LOC:    RECD:        D:            RESP:
5TH C INT:      LOC:    RECD:        D:            RESP:
========================================================================
BEGIN MDKT:   05/17/03   END MDKT:   05/19/03  MDKT EMP: ESH
BEGIN WORKUP: 01/26/04   END WORKUP: 02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:    02/27/04   END PRE:    02/27/04  PRE EMP: BTJ BEG WKCN: / /
BEGIN DWR:    10/24/03   END DWR:    10/27/03  DWR EMP: PWJ END WKCN: / /
 RELEASED FROM ALJ PRE REVIEW: 04/05/04   T2 APP: 02/04/03  T16 APP: 02/04/03
========================================================================
READY TO SCHEDULE: 04/05/04           NOTICE SENT: / /
HEAR SCHD: / /  HEAR DATE: / /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1: / /  HEAR DATE1: / /  VE1:     ME1:     EMP1:    PP1:
HEAR SCHD2: / /  HEAR DATE2: / /  VE2:     ME2:     EMP2:    PP2:
HEAR SCHD3: / /  HEAR DATE3: / /  VE3:     ME3:     EMP3:    PP3:
HEAR HELD: / /   PARTICIPANTS:       HR:        INTERPRETER:
========================================================================
BEG POST:         END POST:     / /    POST EMP:      PC USED:
BEG DRAFT:    / /  END DRAFT:    / /    WRITER:       DRAFT OUT:
BEG DFT TYPING: / / END DFT TYPING: / /  DFT TYPIST:    TYP OUT:
END WRITER EDITING: / /   END TYP CORR: / /    END FINAL TYPING: / /
RELEASED FROM ALJ SIGNING:     / /            FINAL TYPIST:
========================================================================
1ST DEV BEGIN: / /  TYPE:     DIARY: / /   RECD: / /
2ND DEV BEGIN: / /  TYPE:     DIARY: / /   RECD: / /
3RD DEV BEGIN: / /  TYPE:     DIARY: / /   RECD: / /
4TH DEV BEGIN: / /  TYPE:     DIARY: / /   RECD: / /
5TH DEV BEGIN: / /  TYPE:     DIARY: / /   RECD: / /
6TH DEV BEGIN: / /  TYPE:     DIARY: / /   RECD: / /
========================================================================
DISPOSITION DATE:    / /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE: / /
  DSP:      PFI:  EOD: / /   REG:   DOC: / /  IMP:         CTT:
  DSP:      PFI:  EOD: / /   REG:   DOC: / /  IMP:         CTT:
MAIL EMPLOYEE:    FEE AGRMT:    FEE APRVD:   DAA:   LAST UPDATE: BSM 04/05/04
```

Exhibit _____

Page __3 3__ of __6 8__
P 3



Mallory, Scotty D.                    (Exhibit List) Properties

| | | |
|---|---|---|
| Character Count | 1664 | |
| Lines | 14 | |
| Paragraphs | 3 | |
| Scale | Yes | |
| Links Dirty? | False | |
| Comments | | |
| **Origin** | | |
| Author | Bernethia T. Johnson | |
| Last Saved By | Bernethia T. Johnson | |
| Revision Number | 1 | |
| Application Name | Microsoft Word 10.0 | |
| Company Name | SSA | |
| Manager | Elms | |
| Date of Creation | 4/2/2004 | |
| Date Last Saved | 4/2/2004 | |
| Last Printed | | |

Exhibit ___8___
Page __12__ of __69__

```
04/27/2004  12:10 PM              HOTS CASE HISTORY
ge: 1                                                         HO CODE: 5139
==============================================================================
  ME: W          , J              SSN:  -   -    CLT: SSDC  HGT: 10  ALJ: 2059
  EQ: 05/23/03  HRREC: 06/03/03      ASGN ALJ: 03/10/04  BIC:       SSO: 630
XREF NAME:                          XREF SSN:           XBIC: A
ADDRESSEE:                                                      DOB:
CLMT ADDR:                                                      PH:
CLMT CITY:                   CLMT ST:      CLMT ZIP:                   GROUP:
REP NAME:                          ATTY: Y  FEE PETITION:      CLASS ACTION:
REP ADDR:                                                      PH:
REP CITY:                   REP ST:      REP ZIP:
REMARKS:
==============================================================================
STATUS: SCHD  STATUS DATE: 04/09/04  EMP: CJW  CF RECD: 06/03/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: S
==============================================================================
TL REMAND:   CIR COURT:      CT REM:  /  /   CT DUE:   /  /   CRITICAL CASE: N
HO FIELD1:       HO FIELD2:          VIDEO?      RECON DATE:  04/10/03
==============================================================================
1ST C INT:      LOC:    RECD:        D:           RESP:
2ND C INT:      LOC:    RECD:        D:           RESP:
3RD C INT:      LOC:    RECD:        D:           RESP:
4TH C INT:      LOC:    RECD:        D:           RESP:
5TH C INT:      LOC:    RECD:        D:           RESP:
==============================================================================
BEGIN MDKT:   06/03/03   END MDKT:    06/04/03  MDKT EMP: ESH
BEGIN WORKUP: 02/06/04   END WORKUP:  02/27/02  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:     /  /      END PRE:      /  /     PRE EMP:       BEG WKCN:  /  /
  IN DWR:      /  /      END DWR:      /  /     DWR EMP:       END WKCN:  /  /
 .LEASED FROM ALJ PRE REVIEW: 03/17/04    T2 APP: 02/19/03   T16 APP: 02/19/03
==============================================================================
READY TO SCHEDULE: 03/17/04            NOTICE SENT: 04/09/04
HEAR SCHD: 04/09/04 HEAR DATE: 05/06/04 HEAR TIME: 11:00  VE: 0456   ME:
SCH EMP: CJW
HEAR SCHD1:  /  /   HEAR DATE1:  /  /   VE1:     ME1:     EMP1:    PP1:
HEAR SCHD2:  /  /   HEAR DATE2:  /  /   VE2:     ME2:     EMP2:    PP2:
HEAR SCHD3:  /  /   HEAR DATE3:  /  /   VE3:     ME3:     EMP3:    PP3:
HEAR HELD:   /  /   PARTICIPANTS:        HR:       INTERPRETER:
==============================================================================
BEG POST:      /  /   END POST:      /  /   POST EMP:       PC USED:
BEG DRAFT:     /  /   END DRAFT:     /  /   WRITER:       DRAFT OUT:
BEG DFT TYPING:  /  / END DFT TYPING:  /  / DFT TYPIST:    TYP OUT:
END WRITER EDITING:   /  /   END TYP CORR:   /  /   END FINAL TYPING:   /  /
RELEASED FROM ALJ SIGNING:      /  /      FINAL TYPIST:
==============================================================================
1ST DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:   /  /
2ND DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:   /  /
3RD DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:   /  /
4TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:   /  /
5TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:   /  /
6TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:   /  /
==============================================================================
DISPOSITION DATE:    /  /    ISSUE INDICATOR: D ON REC: Y   MAIL DATE:  /  /
  DSP:     PFI:  EOD:  /  /   REG:   DOC:  /  /   IMP:       CTT:
  DSP:     PFI:  EOD:  /  /   REG:   DOC:  /  /   IMP:       CTT:
MAIL EMPLOYEE:     FEE AGRMT:    FEE APRVD:   DAA:   LAST UPDATE: MIT 04/09/04
```

Page 38 of 69
PS



Exhibit 8
Page 35 of 64
p- 6

```
^4/27/2004   12:10 PM              HOTS CASE HISTORY
  .ge: 1                                                    HO CODE: 5139
========================================================================
 ME: M████ Y████            SSN:            CLT: SSID HGT: 10 ALJ: 2059
 EQ: 05/12/03  HRREC: 05/31/03        ASGN ALJ: 03/10/04 BIC:    SSO: 630
XREF NAME:                    XREF SSN:            XBIC:
ADDRESSEE:                                                DOB:
CLMT ADDR: ████████████                            PH: ██████████
CLMT CITY: ████         CLMT ST: █  CLMT ZIP: ████         GROUP:
REP NAME:                     ATTY: Y  FEE PETITION:    CLASS ACTION: █
REP ADDR:                                              PH: ████████████
REP CITY: ████         REP ST: █  REP ZIP: ████
REMARKS:LATE FILING
========================================================================
STATUS: SCHD  STATUS DATE: 04/20/04  EMP: BTJ  CF RECD: 05/31/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: S
========================================================================
TL REMAND:    CIR COURT:      CT REM:  / /  CT DUE:  / /   CRITICAL CASE: N
HO FIELD1:        HO FIELD2:        VIDEO?      RECON DATE: 02/18/03
========================================================================
1ST C INT:      LOC:    RECD:        D:         RESP:
2ND C INT:      LOC:    RECD:        D:         RESP:
3RD C INT:      LOC:    RECD:        D:         RESP:
4TH C INT:      LOC:    RECD:        D:         RESP:
5TH C INT:      LOC:    RECD:        D:         RESP:
========================================================================
BEGIN MDKT:  05/31/03  END MDKT:   05/31/03  MDKT EMP: BSM
BEGIN WORKUP: 01/26/04  END WORKUP: 02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:   / /    END PRE:   / /   PRE EMP:     BEG WKCN:  / /
 IN DWR:    / /    END DWR:   / /   DWR EMP:     END WKCN:  / /
 LEASED FROM ALJ PRE REVIEW: 03/17/04    T2 APP:  / /    T16 APP: 10/31/02
========================================================================
READY TO SCHEDULE: 03/17/04            NOTICE SENT: 04/20/04
HEAR SCHD: 04/20/04 HEAR DATE: 05/26/04 HEAR TIME: 09:30  VE: 6298   ME:
SCH EMP: BTJ
HEAR SCHD1:  / /  HEAR DATE1:  / /  VE1:    ME1:    EMP1:    PP1:
HEAR SCHD2:  / /  HEAR DATE2:  / /  VE2:    ME2:    EMP2:    PP2:
HEAR SCHD3:  / /  HEAR DATE3:  / /  VE3:    ME3:    EMP3:    PP3:
HEAR HELD:  / /  PARTICIPANTS:        HR:      INTERPRETER:
========================================================================
BEG POST:      / /  END POST:      / /  POST EMP:      PC USED:
BEG DRAFT:     / /  END DRAFT:     / /  WRITER:      DRAFT OUT:
BEG DFT TYPING: / /  END DFT TYPING: / /  DFT TYPIST:    TYP OUT:
END WRITER EDITING:  / /   END TYP CORR:  / /   END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:      / /        FINAL TYPIST:
========================================================================
1ST DEV BEGIN:  / /   TYPE:    DIARY:  / /  RECD:  / /
2ND DEV BEGIN:  / /   TYPE:    DIARY:  / /  RECD:  / /
3RD DEV BEGIN:  / /   TYPE:    DIARY:  / /  RECD:  / /
4TH DEV BEGIN:  / /   TYPE:    DIARY:  / /  RECD:  / /
5TH DEV BEGIN:  / /   TYPE:    DIARY:  / /  RECD:  / /
6TH DEV BEGIN:  / /   TYPE:    DIARY:  / /  RECD:  / /
========================================================================
DISPOSITION DATE:   / /   ISSUE INDICATOR: D ON REC: Y  MAIL DATE:  / /
T  DSP:    PFI:  EOD:  / /  REG:    DOC:  / /  IMP:      CTT:
   DSP:    PFI:  EOD:  / /  REG:    DOC:  / /  IMP:      CTT:
MAIL EMPLOYEE:    FEE AGRMT:   FEE APRVD:   DAA:    LAST SCHED: KT 04/20/04
```

Page 56 of 65



Exhibit _8_
Page _50_ of _64_
p. 8

```
/27/2004   12:10 PM              HOTS CASE HISTORY
 age: 1                                                         HO CODE: 5139
==================================================================================
  ME: S███████ A███████        SSN:             CLT: DIWC  HGT: 10  ALJ: 2059
  EQ: 05/12/03  HRREC: 05/20/03           ASGN ALJ: 03/17/04  BIC: A   SSO: C32
XREF NAME:                         XREF SSN:              XBIC:
ADDRESSEE:                                                        DOB: ████
CLMT ADDR:    ████████████████                          PH: ████████
CLMT CITY:                  CLMT ST: ██  CLMT ZIP: █████           GROUP:
REP NAME:                          ATTY: Y  FEE PETITION:      CLASS ACTION:
REP ADDR:                                                     PH: ████████
REP CITY:      ████████     REP ST: ██  REP ZIP: █████
REMARKS:
==================================================================================
STATUS: RTS    STATUS DATE: 03/25/04   EMP: AAA   CF RECD: 05/20/03   TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
==================================================================================
TL REMAND:    CIR COURT:      CT REM:   / /   CT DUE:   / /   CRITICAL CASE: N
HO FIELD1:          HO FIELD2:          VIDEO?       RECON DATE:  05/05/03
==================================================================================
1ST C INT:       LOC:    RECD:        D:            RESP:
2ND C INT:       LOC:    RECD:        D:            RESP:
3RD C INT:       LOC:    RECD:        D:            RESP:
4TH C INT:       LOC:    RECD:        D:            RESP:
5TH C INT:       LOC:    RECD:        D:            RESP:
==================================================================================
BEGIN MDKT:    05/20/03   END MDKT:    05/21/03  MDKT EMP: ESH
BEGIN WORKUP: 01/26/04   END WORKUP: 02/20/04  WKUP EMP: BTJ WKUP OUT:N
 GIN PRE:      / /   END PRE:    / /   PRE EMP:      BEG WKCN:  / /
 IN DWR:      / /   END DWR:    / /   DWR EMP:      END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW: 03/25/04    T2 APP: 03/11/03    T16 APP:  / /
==================================================================================
READY TO SCHEDULE: 03/25/04              NOTICE SENT:   / /
HEAR SCHD:   / /   HEAR DATE:  / /   HEAR TIME:       VE:        ME:
SCH EMP:
HEAR SCHD1:  / /   HEAR DATE1:  / /   VE1:       ME1:       EMP1:      PP1:
HEAR SCHD2:  / /   HEAR DATE2:  / /   VE2:       ME2:       EMP2:      PP2:
HEAR SCHD3:  / /   HEAR DATE3:  / /   VE3:       ME3:       EMP3:      PP3:
HEAR HELD:   / /   PARTICIPANTS:          HR:          INTERPRETER:
==================================================================================
BEG POST:        / /   END POST:      / /   POST EMP:       PC USED:
BEG DRAFT:       / /   END DRAFT:     / /   WRITER:         DRAFT OUT:
BEG DFT TYPING:  / /   END DFT TYPING:  / /   DFT TYPIST:      TYP OUT:
END WRITER EDITING:  / /   END TYP CORR:  / /   END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:    / /          FINAL TYPIST:
==================================================================================
1ST DEV BEGIN:   / /   TYPE:     DIARY:   / /   RECD:   / /
2ND DEV BEGIN:   / /   TYPE:     DIARY:   / /   RECD:   / /
3RD DEV BEGIN:   / /   TYPE:     DIARY:   / /   RECD:   / /
4TH DEV BEGIN:   / /   TYPE:     DIARY:   / /   RECD:   / /
5TH DEV BEGIN:   / /   TYPE:     DIARY:   / /   RECD:   / /
6TH DEV BEGIN:   / /   TYPE:     DIARY:   / /   RECD:   / /
==================================================================================
DISPOSITION DATE:   / /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:   / /
  DSP:     PFI:   EOD:  / /   REG:    DOC:   / /   IMP:       CTT:
  DSP:     PFI:   EOD:  / /   REG:    DOC:   / /   IMP:       CTT:
 IL EMPLOYEE:     FEE AGRMT:    FEE APRVD:    DAA:  LAST UPDATE: EJW  03/25/04
```

Page 98 of 169



Exhibit _8_
Page _58_ of _68_
P. _68_

```
04/27/2004  12:09 PM            HOTS CASE HISTORY
je: 1                                                      HO CODE: 5139
================================================================================
ME: B█████ M██████████      SSN: ████████████ CLT: SSID HGT: 10 ALJ: 1410
EQ: 05/12/03  HRREC: 05/30/03        ASGN ALJ: 03/05/04 BIC:     SSO: 623
XREF NAME:                      XREF SSN:        XBIC:
ADDRESSEE: ███████████                                    DOB: ██████
CLMT ADDR: ███████████           ██████████████████  PH: ████████
CLMT CITY: ████████       CLMT ST: AL  CLMT ZIP:            GROUP:
REP NAME:                     ATTY:    FEE PETITION:    CLASS ACTION:
REP ADDR:                                              PH:
REP CITY:             REP ST:      REP ZIP:
REMARKS:
================================================================================
STATUS: RTS   STATUS DATE: 03/09/04  EMP: BBB  CF RECD: 05/30/03  TRANS:
HRG WAIVED: N SUB APP:     SPECIAL CASE CODE: H OVERPMT: N HEARING SITE: M
================================================================================
TL REMAND:   CIR COURT:     CT REM:  /  /   CT DUE:  /  /  CRITICAL CASE: N
HO FIELD1:          HO FIELD2:           VIDEO?    RECON DATE:  03/17/03
================================================================================
1ST C INT:      LOC:   RECD:        D:         RESP:
2ND C INT:      LOC:   RECD:        D:         RESP:
3RD C INT:      LOC:   RECD:        D:         RESP:
4TH C INT:      LOC:   RECD:        D:         RESP:
5TH C INT:      LOC:   RECD:        D:         RESP:
================================================================================
BEGIN MDKT:   05/30/03    END MDKT:   06/02/03  MDKT EMP: ESH
BEGIN WORKUP: 01/26/04    END WORKUP: 02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:   /  /   END PRE:    /  /   PRE EMP:    BEG WKCN:  /  /
IN DWR:   /  /   END DWR:    /  /   DWR EMP:    END WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW: 03/09/04   T2 APP:  /  /   T16 APP: 12/31/02
================================================================================
READY TO SCHEDULE: 03/09/04              NOTICE SENT:  /  /
HEAR SCHD:  /  /  HEAR DATE:  /  /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /  HEAR DATE1:  /  /  VE1:    ME1:     EMP1:    PP1:
HEAR SCHD2:  /  /  HEAR DATE2:  /  /  VE2:    ME2:     EMP2:    PP2:
HEAR SCHD3:  /  /  HEAR DATE3:  /  /  VE3:    ME3:     EMP3:    PP3:
HEAR HELD:  /  /  PARTICIPANTS:        HR:        INTERPRETER:
================================================================================
BEG POST:      /  /   END POST:    /  /   POST EMP:      PC USED:
BEG DRAFT:     /  /   END DRAFT:   /  /   WRITER:      DRAFT OUT:
BEG DFT TYPING:  /  /   END DFT TYPING:  /  /   DFT TYPIST:    TYP OUT:
END WRITER EDITING:  /  /   END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:     /  /          FINAL TYPIST:
================================================================================
1ST DEV BEGIN:  /  /   TYPE:    DIARY:  /  /  RECD:  /  /
2ND DEV BEGIN:  /  /   TYPE:    DIARY:  /  /  RECD:  /  /
3RD DEV BEGIN:  /  /   TYPE:    DIARY:  /  /  RECD:  /  /
4TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /  RECD:  /  /
5TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /  RECD:  /  /
6TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /  RECD:  /  /
================================================================================
DISPOSITION DATE:    /  /   ISSUE INDICATOR: D ON REC: Y   MAIL DATE:  /  /
  DSP:    PFI:  EOD: /  /  REG:   DOC: /  /  IMP:       CTT:
  DSP:    PFI:  EOD: /  /  REG:   DOC: /  /  IMP:       CTT:
MAIL EMPLOYEE:    FEE AGRMT:   FEE APRVD:  DAA:   LAST UPDATE: MDR 03/09/04
```

Exhibit
Page ___ of ___



Exhibit  8
Page 40 of 69
p. 12

```
04/27/2004  12:09 PM          HOTS CASE HISTORY
age: 1                                               HO CODE: 5139
```

```
NAME: D█    J█              SSN: █████    CLT: SSID  HGT: 10  ALJ: 0000
REQ: 05/12/03  HRREC: 05/29/03      ASGN ALJ:  /  /    BIC:     SSO: 623
XREF NAME:                     XREF SSN:          XBIC:
ADDRESSEE: █████████            DOB: █████
CLMT ADDR: █████████                           PH: █████
CLMT CITY: █████      CLMT ST: ██  CLMT ZIP: █████        GROUP:
REP NAME: █████        ATTY: Y  FEE PETITION:       CLASS ACTION: █████
REP ADDR: █████                                PH: █████
REP CITY: █████      REP ST: ██  REP ZIP: █████
REMARKS:
```

```
STATUS: DWR   STATUS DATE: 04/06/04  EMP: MEH  CF RECD: 05/29/03  TRANS:
HRG WAIVED: N  SUB APP:    SPECIAL CASE CODE: X  OVERPMT: N  HEARING SITE: M
```

```
TL REMAND:   CIR COURT:      CT REM:  /  /   CT DUE:  /  /   CRITICAL CASE: N
HO FIELD1:      HO FIELD2:         VIDEO?     RECON DATE:  03/11/03
```

```
1ST C INT:     LOC:    RECD:        D:         RESP:
2ND C INT:     LOC:    RECD:        D:         RESP:
3RD C INT:     LOC:    RECD:        D:         RESP:
4TH C INT:     LOC:    RECD:        D:         RESP:
5TH C INT:     LOC:    RECD:        D:         RESP:
```

```
BEGIN MDKT:    05/29/03   END MDKT:    06/02/03  MDKT EMP: ESH
BEGIN WORKUP:  01/26/04   END WORKUP:  02/27/04  WKUP EMP: BTJ  WKUP OUT:N
BEGIN PRE:     04/06/04   END PRE:     04/06/04  PRE EMP: MEH  BEG WKCN:  /  /
BEGIN DWR:     04/06/04   END DWR:      /  /     DWR EMP: MEH  END WKCN:  /  /
RELEASED FROM ALJ PRE REVIEW:  /  /     T2 APP:       T16 APP: 10/31/02
```

```
READY TO SCHEDULE: 02/27/04         NOTICE SENT:  /  /
HEAR SCHD:  /  /  HEAR DATE:  /  /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /   HEAR DATE1:  /  /  VE1:     ME1:     EMP1:    PP1:
HEAR SCHD2:  /  /   HEAR DATE2:  /  /  VE2:     ME2:     EMP2:    PP2:
HEAR SCHD3:  /  /   HEAR DATE3:  /  /  VE3:     ME3:     EMP3:    PP3:
HEAR HELD:  /  /   PARTICIPANTS:       HR:      INTERPRETER:
```

```
BEG POST:        /  /   END POST:     /  /   POST EMP:       PC USED:
BEG DRAFT:       /  /   END DRAFT:    /  /   WRITER:       DRAFT OUT:
BEG DFT TYPING:  /  /   END DFT TYPING:  /  /   DFT TYPIST:    TYP OUT:
END WRITER EDITING:  /  /   END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:      /  /       FINAL TYPIST:
```

```
1ST DEV BEGIN:  /  /   TYPE:     DIARY:  /  /   RECD:  /  /
2ND DEV BEGIN:  /  /   TYPE:     DIARY:  /  /   RECD:  /  /
3RD DEV BEGIN:  /  /   TYPE:     DIARY:  /  /   RECD:  /  /
4TH DEV BEGIN:  /  /   TYPE:     DIARY:  /  /   RECD:  /  /
5TH DEV BEGIN:  /  /   TYPE:     DIARY:  /  /   RECD:  /  /
6TH DEV BEGIN:  /  /   TYPE:     DIARY:  /  /   RECD:  /  /
```

```
DISPOSITION DATE:    /  /    ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  /  /
   DSP:   PFI:  EOD:  /  /   REG:   DOC:  /  /   IMP:      CTT:
   DSP:   PFI:  EOD:  /  /   REG:   DOC:  /  /   IMP:      CTT:
MAIL EMPLOYEE:    FEE AGRMT:    FEE APRVD:    DAA:   LAST UPDATE: PWJ 04/06/04
```

Exhibit
Page 42 of 364



| | | |
|---|---|---|
| | Lines | 1679 |
| | Paragraphs | 13 |
| | Scale | 3 |
| | Links Dirty? | Yes |
| | Comments | False |
| Origin | | |
| | Author | Bernethia T. Johnson |
| | Last Saved By | Bernethie T. Johnson |
| | Revision Number | 2 |
| | Application Name | Microsoft Word 10.0 |
| | Company Name | SSA |
| | Manager | Elms |
| | Date of Creation | 4/6/2004 |
| | Date Last Saved | 4/6/2004 |
| | Last Printed | 4/6/2004 |
| | Edit time | |

Exhibit  8
Page  47 2 of 69
p. 14

```
04/27/2004  12:11 PM            HOTS CASE HISTORY
\ge: 1                                                    HO CODE: 5139
=======================================================================
NAME: B███L, S███        SSN: █████      CLT: DIWC  HGT: 10  ALJ: 2286
█Q: 05/12/03  HRREC: 05/30/03        ASGN ALJ: 04/12/04  BIC: A  SSO: 623
XREF NAME:                       XREF SSN:           XBIC:
ADDRESSEE: ████████                                  DOB: ███████
CLMT ADDR: ████████                                  PH: ████████
CLMT CITY:                 CLMT ST: ██  CLMT ZIP: ████        GROUP: C
REP NAME: ████████        ATTY: N  FEE PETITION:    CLASS ACTION:
REP ADDR: ████████                                  PH: ████████
REP CITY:                 REP ST: ██  REP ZIP: ████
REMARKS:
=======================================================================
STATUS: PRE    STATUS DATE: 04/14/04  EMP: XXX  CF RECD: 05/30/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
=======================================================================
TL REMAND:   CIR COURT:      CT REM:   / /   CT DUE:   / /   CRITICAL CASE: N
HO FIELD1:        HO FIELD2:            VIDEO?     RECON DATE: 03/19/03
=======================================================================
1ST C INT:      LOC:    RECD:        D:           RESP:
2ND C INT:      LOC:    RECD:        D:           RESP:
3RD C INT:      LOC:    RECD:        D:           RESP:
4TH C INT:      LOC:    RECD:        D:           RESP:
5TH C INT:      LOC:    RECD:        D:           RESP:
=======================================================================
BEGIN MDKT:   05/30/03    END MDKT:   06/02/03  MDKT EMP: ESH
BEGIN WORKUP: 01/26/04    END WORKUP: 02/27/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:    04/14/04    END PRE:     / /     PRE EMP:  XXX BEG WKCN:  / /
██N DWR:       / /        END DWR:     / /     DWR EMP:      END WKCN:  / /
█.EASED FROM ALJ PRE REVIEW: 04/14/04      T2 APP: 12/06/02    T16 APP:  / /
=======================================================================
READY TO SCHEDULE: 02/27/04               NOTICE SENT:   / /
HEAR SCHD:   / /   HEAR DATE:   / /   HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  / /   HEAR DATE1:  / /   VE1:      ME1:      EMP1:      PP1:
HEAR SCHD2:  / /   HEAR DATE2:  / /   VE2:      ME2:      EMP2:      PP2:
HEAR SCHD3:  / /   HEAR DATE3:  / /   VE3:      ME3:      EMP3:      PP3:
HEAR HELD:   / /   PARTICIPANTS:         HR:       INTERPRETER:
=======================================================================
BEG POST:      / /   END POST:      / /   POST EMP:       PC USED:
BEG DRAFT:     / /   END DRAFT:     / /   WRITER:       DRAFT OUT:
BEG DFT TYPING: / /  END DFT TYPING: / /  DFT TYPIST:      TYP OUT:
END WRITER EDITING:  / /   END TYP CORR:   / /   END FINAL TYPING:   / /
RELEASED FROM ALJ SIGNING:       / /          FINAL TYPIST:
=======================================================================
1ST DEV BEGIN:  / /   TYPE:     DIARY:   / /   RECD:   / /
2ND DEV BEGIN:  / /   TYPE:     DIARY:   / /   RECD:   / /
3RD DEV BEGIN:  / /   TYPE:     DIARY:   / /   RECD:   / /
4TH DEV BEGIN:  / /   TYPE:     DIARY:   / /   RECD:   / /
5TH DEV BEGIN:  / /   TYPE:     DIARY:   / /   RECD:   / /
6TH DEV BEGIN:  / /   TYPE:     DIARY:   / /   RECD:   / /
=======================================================================
DISPOSITION DATE:      / /    ISSUE INDICATOR: D  ON REC: Y    MAIL DATE:  / /
T2█ DSP:     PFI:  EOD:  / /  REG:   DOC:  / /   IMP:        CTT:
T█ DSP:      PFI:  EOD:  / /  REG:   DOC:  / /   IMP:        CTT:
MAIL EMPLOYEE:     FEE AGRMT:   FEE APRVD:   DAA:   LAST PRTOUT: BSM 04/14/04
```

Page 4A of 64
p. 15



```
0/26/2004   7:44 AM          HOTS CASE HISTORY
je: 1                                                    HO CODE: 5139

NAME: C█████ C█████████      SSN: ████████  CLT: SSID HGT: 10 ALJ: 0000
REQ: 08/05/03  HRREC: 08/14/03        ASGN ALJ:  / /   BIC:      SSO: 630
XREF NAME:                    XREF SSN:          XBIC:
ADDRESSEE:                                               DOB:
CLMT ADDR:                                          PH: ████████
CLMT CITY: ████████    CLMT ST: ██  CLMT ZIP: █████    GROUP:
REP NAME:                 ATTY:    FEE PETITION:    CLASS ACTION:
REP ADDR:                                           PH+
REP CITY:            REP ST:    REP ZIP:
REMARKS:
=============================================================================
STATUS: RTS   STATUS DATE: 04/17/04  EMP: RTH  CF RECD: 08/14/03  TRANS:
HRG WAIVED: N SUB APP:    SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
=============================================================================
TL REMAND:     CIR COURT:      CT REM:  / /   CT DUE:   / /   CRITICAL CASE: N
HO FIELD1:     HO FIELD2:           VIDEO?         RECON DATE: 07/10/03
=============================================================================
1ST C INT:    LOC:    RECD:         D:          RESP:
2ND C INT:    LOC:    RECD:         D:          RESP:
3RD C INT:    LOC:    RECD:         D:          RESP:
4TH C INT:    LOC:    RECD:         D:          RESP:
5TH C INT:    LOC:    RECD:         D:          RESP:
=============================================================================
BEGIN MDKT:  08/14/03   END MDKT:   08/18/03  MDKT EMP: ESH
BEGIN WORKUP: 04/14/04  END WORKUP: 04/17/04  WKUP EMP: BTJ WKUP OUT:N
BEGIN PRE:   / /   END PRE:   / /   PRE EMP:      BEG WKCN:  / /
BEGIN DWR:   / /   END DWR:   / /   DWR EMP:      END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW:   / /     T2 APP:  / /    T16 APP: 02/28/03
=============================================================================
READY TO SCHEDULE: 04/17/04        NOTICE SENT:   / /
HEAR SCHD:  / /  HEAR DATE:   / /   HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  / /   HEAR DATE1:  / /   VE1:   ME1:   EMP1:   PP1:
HEAR SCHD2:  / /   HEAR DATE2:  / /   VE2:   ME2:   EMP2:   PP2:
HEAR SCHD3:  / /   HEAR DATE3:  / /   VE3:   ME3:   EMP3:   PP3:
HEAR HELD:  / /   PARTICIPANTS:         HR:      INTERPRETER:
=============================================================================
BEG POST:       / /   END POST:       / /   POST EMP:     PC USED:
BEG DRAFT:      / /   END DRAFT:      / /   WRITER:       DRAFT OUT:
BEG DFT TYPING: / /   END DFT TYPING: / /   DFT TYPIST:   TYP OUT:
END WRITER EDITING:   / /   END TYP CORR:  / /   END FINAL TYPING:  / /
RELEASED FROM ALJ SIGNING:    / /          FINAL TYPIST:
=============================================================================
1ST DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
2ND DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
3RD DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
4TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
5TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
6TH DEV BEGIN:  / /   TYPE:    DIARY:  / /   RECD:  / /
=============================================================================
DISPOSITION DATE:   / /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  / /
T2 DSP:    PFI:  EOD:  / /  REG:  DOC:  / /  IMP:       CTT:
I  DSP:    PFI:  EOD:  / /  REG:  DOC:  / /  IMP:       CTT:
MAIL EMPLOYEE:    FEE AGRMT:   FEE APRVD:   DAA:  LAST UPDATE: BTJ  04/17/04
```

*Still on Bernethia's desk*
*No Exhibit list in File.*  PJ

Exhibit 36

Page ___ of 169

1



Ostinia, CharlsOver...                    (Exhibit List) Properties

| | Character Count | 1641 |
| | Lines | 13 |
| | Paragraphs | 3 |
| | Scale | Yes |
| | Links Dirty? | False |
| | Comments | |
| ⊟ Origin | | |
| | Author | Bernathia T. Johnson |
| | Last Saved By | Bernathia T. Johnson |
| | Revision Number | 2 |
| | Application Name | Microsoft Word 10.0 |
| | Company Name | SSA |
| | Manager | Elms |
| | Date of Creation | 4/26/2004 |
| | Date Last Saved | 4/26/2004 |
| | | |
| | Edit time | |

Exhibit ___
Page ___ of ___
p 2



```
04/26/2004   7:44 AM          HOTS CASE HISTORY
ge: 1                                                    HO CODE: 5139

ME: R    B           SSN:              CLT: SSDC  HGT: 10  ALJ: 0000
RQ: 08/05/03  HRREC: 08/20/03       ASGN ALJ:  /  /   BIC:      SSO: C32
XREF NAME:                      XREF SSN:          XBIC: A
ADDRESSEE:                                         DOB:
CLMT ADDR:                                         PH:
CLMT CITY:              CLMT ST:     CLMT ZIP:           GROUP:
REP NAME:                       ATTY: Y  FEE PETITION:    CLASS ACTION:
REP ADDR:                                          PH:
REP CITY:              REP ST:      REP ZIP:
REMARKS:
==============================================================================
STATUS: RTS  STATUS DATE: 04/23/04  EMP: RTH  CF RECD: 08/20/03  TRANS:
HRG WAIVED: N  SUB APP:      SPECIAL CASE CODE: X  OVERPMT: N  HEARING SITE: M
------------------------------------------------------------------------------
TL REMAND:  CIR COURT:      CT REM:  /  /   CT DUE:  /  /   CRITICAL CASE: N
HO FIELD1:        HO FIELD2:          VIDEO?     RECON DATE: 07/23/03
------------------------------------------------------------------------------
1ST C INT:     LOC:    RECD:         D:              RESP:
2ND C INT:     LOC:    RECD:         D:              RESP:
3RD C INT:     LOC:    RECD:         D:              RESP:
4TH C INT:     LOC:    RECD:         D:              RESP:
5TH C INT:     LOC:    RECD:         D:              RESP:
==============================================================================
BEGIN MDKT:   08/20/03   END MDKT:   08/21/03  MDKT EMP: BSH
BEGIN WORKUP: 04/14/04   END WORKUP: 04/23/04  WKUP EMP: BTJ  WKUP OUT:N
BEGIN PRE:   /  /    END PRE:   /  /     PRE EMP:      BEG WKCN:  /  /
IN DWR:   08/29/03   END DWR:   10/30/03  DWR EMP: LLR  END WKCN:  /  /
LEASED FROM ALJ PRE REVIEW:  /  /      T2 APP: 04/02/03    T16 APP: 04/02/03
==============================================================================
READY TO SCHEDULE: 04/23/04          NOTICE SENT:  /  /
HEAR SCHD:  /  /   HEAR DATE:  /  /  HEAR TIME:      VE:        ME:
SCH EMP:
HEAR SCHD1:  /  /   HEAR DATE1:  /  /  VE1:     ME1:     EMP1:    PP1:
HEAR SCHD2:  /  /   HEAR DATE2:  /  /  VE2:     ME2:     EMP2:    PP2:
HEAR SCHD3:  /  /   HEAR DATE3:  /  /  VE3:     ME3:     EMP3:    PP3:
HEAR HELD:  /  /   PARTICIPANTS:         HR:        INTERPRETER:
==============================================================================
BEG POST:     /  /   END POST:     /  /   POST EMP:      PC USED:
BEG DRAFT:    /  /   END DRAFT:    /  /   WRITER:      DRAFT OUT:
BEG DFT TYPING:  /  /   END DFT TYPING:  /  /   DFT TYPIST:     TYP OUT:
END WRITER EDITING:  /  /   END TYP CORR:  /  /   END FINAL TYPING:  /  /
RELEASED FROM ALJ SIGNING:      /  /     FINAL TYPIST:
==============================================================================
1ST DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
2ND DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
3RD DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
4TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
5TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
6TH DEV BEGIN:  /  /   TYPE:    DIARY:  /  /   RECD:  /  /
==============================================================================
DISPOSITION DATE:  /  /   ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  /  /
DSP:     PFI:    EOD:  /  /   REG:   DOC:  /  /   IMP:        CTT:
DSP:     PFI:    EOD:  /  /   REG:   DOC:  /  /   IMP:        CTT:
MAIL EMPLOYEE:      FEE AGRMT:     FEE APRVD:    DAA:   LAST UPDATE BY BTJ  04/23/04
```

*Still on Beanechia's desk*
*No exhibit list in file. pq*

Exhibit
Page 48 of 69
p 3



```
^4/28/2004  10:46 AM              HOTS CASE HISTORY
 .ge: 1                                                        HO CODE: 5139
================================================================================
●ME: N████ F████              SSN:█████ CLT: DIWC  HGT: 10  ALJ: 2329
HREQ: 05/26/03  HRREC: 06/03/03        ASGN ALJ: 04/23/04  BIC: A  SSO: C32
XREF NAME:                      XREF SSN:            XBIC:
ADDRESSEE:                                               DOB:
CLMT ADDR:                                          PH:
CLMT CITY:            CLMT ST: █  CLMT ZIP: █████        GROUP:
REP NAME:                     ATTY: Y  FEE PETITION:   CLASS ACTION:
REP ADDR:                                          PH:
REP CITY:            REP ST: [AL] REP ZIP: █████
REMARKS:
================================================================================
STATUS: ARPR  STATUS DATE: 04/23/04  EMP: ***  CF RECD: 06/03/03  TRANS:
HRG WAIVED: N SUB APP:     SPECIAL CASE CODE: X OVERPMT: N HEARING SITE: M
================================================================================
TL REMAND:   CIR COURT:      CT REM:  / /   CT DUE:   / /   CRITICAL CASE: N
HO FIELD1:       HO FIELD2:              VIDEO?    RECON DATE: 05/14/04
================================================================================
1ST C INT:      LOC:    RECD:        D:          RESP:
2ND C INT:      LOC:    RECD:        D:          RESP:
3RD C INT:      LOC:    RECD:        D:          RESP:
4TH C INT:      LOC:    RECD:        D:          RESP:
5TH C INT:      LOC:    RECD:        D:          RESP:
================================================================================
BEGIN MDKT:   06/03/03    END MDKT:   06/04/03  MDKT EMP: ESH
BEGIN WORKUP: 02/06/04    END WORKUP: 04/17/04  WKUP EMP: BTJ WKUP OUT:N
●GIN PRE:    / /     END PRE:    / /    PRE EMP:      BEG WKCN:  / /
●GIN DWR:    / /     END DWR:    / /    DWR EMP:      END WKCN:  / /
RELEASED FROM ALJ PRE REVIEW:   / /      T2 APP: 03/24/03   T16 APP:   / /
================================================================================
READY TO SCHEDULE: 04/17/04          NOTICE SENT:   / /
HEAR SCHD:  / /   HEAR DATE:  / /    HEAR TIME:      VE:         ME:
SCH EMP:
HEAR SCHD1:  / /   HEAR DATE1:  / /   VE1:     ME1:      EMP1:     PP1:
HEAR SCHD2:  / /   HEAR DATE2:  / /   VE2:     ME2:      EMP2:     PP2:
HEAR SCHD3:  / /   HEAR DATE3:  / /   VE3:     ME3:      EMP3:     PP3:
HEAR HELD:   / /   PARTICIPANTS:           HR:      INTERPRETER:
================================================================================
BEG POST:    / /    END POST:    / /    POST EMP:      PC USED:
BEG DRAFT:   / /    END DRAFT:   / /    WRITER:      DRAFT OUT:
BEG DFT TYPING:  / /   END DFT TYPING:   / /   DFT TYPIST:    TYP OUT:
END WRITER EDITING:  / /  END TYP CORR:  / /   END FINAL TYPING:   / /
RELEASED FROM ALJ SIGNING:     / /       FINAL TYPIST:
================================================================================
1ST DEV BEGIN:  / /   TYPE:     DIARY:  / /    RECD:   / /
2ND DEV BEGIN:  / /   TYPE:     DIARY:  / /    RECD:   / /
3RD DEV BEGIN:  / /   TYPE:     DIARY:  / /    RECD:   / /
4TH DEV BEGIN:  / /   TYPE:     DIARY:  / /    RECD:   / /
5TH DEV BEGIN:  / /   TYPE:     DIARY:  / /    RECD:   / /
6TH DEV BEGIN:  / /   TYPE:     DIARY:  / /    RECD:   / /
================================================================================
DISPOSITION DATE:    / /    ISSUE INDICATOR: D  ON REC: Y   MAIL DATE:  / /
●  DSP:    PFI:   EOD:  / /   REG:    DOC:  / /   IMP:        CTT:
T16 DSP:   PFI:   EOD:  / /   REG:    DOC:  / /   IMP:        CTT:
MAIL EMPLOYEE:      FEE AGRMT:    FEE APRVD:    DAA:  LAST UPDATE: OMDR  04/23/04
```

Exhibit 5
Page 50 of 64
p 5



Exhibit ___
Page ___ of ___

DX 22

**Reams, Paul E.**

| | |
|---|---|
| **From:** | Reams, Paul E. |
| **Sent:** | Monday, June 14, 2004 1:49 PM |
| **To:** | Johnson, Bernethia |
| **Cc:** | Warren, Carl L.; Burton, Sue |
| **Subject:** | RE: Additional information requested |



Bernethia,

I have the information ready.  Please come by my office and pick it up when you get back in the office.

Paul

    -----Original Message-----

| | |
|---|---|
| **From:** | Johnson, Bernethia |
| **Sent:** | Monday, June 14, 2004 11:00 AM |
| **To:** | Reams, Paul E. |
| **Cc:** | Warren, Carl L.; Burton, Sue |
| **Subject:** | Additional information requested |

Paul,
On May 27, 2004, you issued me a reprimand.  Please provide the evidence you used to substantiate the reprimand. This information is highly needed and is extremely crucial to my response.  Immediate attention to this matter is requested and appreciated. Thank you.

DX 23



DEFENDANT'S
EXHIBIT



Exhibit _1_
Page _28_ of _69_

Exhibit No. _11_
_21_

Page 1 of _21_ pages

Search Results

General | Security | Custom | Summary |

| Property | Value |
| --- | --- |
| Character C... | 1306 |
| Lines | 11 |
| Paragraphs | 3 |
| Scale | Yes |
| Links Dirty? | False |
| Comments | |
| Author | Bernethia T. Johnson |
| Last Saved By | Bernethia T. Johnson |
| Revision Nu... | 2 |
| Application ... | Microsoft Word 10.0 |
| Company Na... | SSA |
| Manager | Elme |
| Date of Cre... | 4/26/04 |
| Date Last Sa... | 4/26/04 |

Type: Microsoft Word Document Author: Bernethia T. Johnson Title: PAYMENT DOCUME

Exhibit _____

Page _29_ of _69_

2



Exhibit 1
Page 30 of 69

3





Exhibit ___
Page 32 of 69      5



Exhibit 1
Page 23 of 69

File Edit View Insert Format Tools Table Window Help CHA Tools

Address Search Results

Search

New

Search for Files and Folders

Search for files or folders named:

Containing text:

Look in:

Search Now

Search Options >>

Search for other items:

Search Results

| Name | In Folder |
|------|-----------|
| K... | Q:\Exh |
| K... | Q:\Exh |
| L... | Q:\Exh |
| S... | Q:\Exh |
| S... | Q:\Exh |

General | Security | Custom | Summary

| Property | Value |
|----------|-------|
| Character C... | 2206 |
| Lines | 18 |
| Paragraphs | 5 |
| Scale | Yes |
| Links Dirty? | False |
| Comments | |
| Origin | |
| Author | Bernethia T. Johnson |
| Last Saved By | Bernethia T. Johnson |
| Revision Nu... | 2 |
| Application ... | Microsoft Word 10.0 |
| Company Na... | SSA |
| Manager | Elmo |
| Date of Cre... | 4/5/04 |
| Edit time | |

Date the file or document was created (not equivalent to file creation date).

OK    Cancel

Type: Microsoft Word Document Author: Bernethia T. Johnson Title: PAYMENT DOCUME

Start    Document1 - Microsoft W...    Search Results    5:22 PM

Exhibit ___1___
Page 34 of 69

7



Exhibit 1
Page 35 of 69

8



Exhibit _____ 1

Page 3 6 of 6 9      9

Exhibit ___1___
Page _37_ of _79_

10



Exhibit ____

Page ___ of ___

11



Exhibit ___1___
Page _39_ of _69_

12



Exhibit ____1____
Page __40__ of __I 9__

13



Exhibit 1
Page 41 of 69        14



Exhibit ___1___
Page _42_ of _69_

15

Exhibit 1
Page 43 of 69

16

Exhibit 1
Page 44 of 69

17



*NO Over Time*

Exhibit  1
Page 45 of 69        18



Exhibit _____

Page ___ of ___

19



*No Overtime*

Exhibit ___1___
Page 47 of 19     20



Exhibit
Page 4 of 69                    21

DX 24



DEFENDANT'S EXHIBIT 24
PENGAD-Bayonne, N. J.

Meeting between Paul Reams, HOD, and Bernethia Johnson, LA,
Monday, June 21, 2004
Observed by Linda Tamplin, Union Steward

The meeting began at 5:50 p.m. and ended at 6:45 p.m.

Mr. Reams and Ms. Johnson each had copies of screenshots taken of MS Word document summary properties of cases done by Ms. Johnson. Ms. Johnson also had a sheet with approximately 11 samples for each of the other case techs, showing somewhat similar dates and times. Considerable discussion as to the discrepancies between the times shown for creation of documents in the 'General' and 'Summary' tabs was held, with no definite conclusion. I was asked my opinion (as the Computer Assistant) as to the reliability of the dates on the summary items and I stated that I had telephoned the Help Desk for a more precise explanation of how the dates were set by the program, and that I could not feel wholly sure the dates were reliable without more research.

Mr. Reams then stated that he would not consider the screenshots as documentation at this point, and would consult the people who had seen the unfinished folders on Ms. Johnson's desk. Ms. Johnson asked who the people were, and Mr. Reams stated that they were supervisors.

Mr. Reams stated that the issue in question was whether Ms. Johnson had performed the work that she had indicated was done. Mr. Reams stated that folders which were coded in the computer as having been completed as a 'workup' case and in the 'RTS' category were still on Ms. Johnson's desk with no exhibit list done, as much as 3 months later in at least 1 folder and at least 1 month later in others, and asked why.

Ms. Johnson asked the exact dates in question and was told that they ranged from February to April, whereupon Ms. Johnson stated that she only had 3 days, or approximately 3 days, notice at the end of February that her scheduled month in the Receptionist rotation would be moved to March. At that point, she switched job duties and did not work on anything on her desk during the month of March.

Mr. Reams asked why she had indicated (by computer input) that the work on the folders was completed and then left them on her desk rather than filing in the designated cabinets per policy. Ms. Johnson responded that she felt sure that all were in fact completed but had either been left there or retrieved in order to perhaps send attorney letters, perhaps with copies of exhibit lists. She stated that she did not like to make assumptions and did not remember having any on her desk.

Ms. Johnson then stated that she did not appreciate being accused of cheating and not being permitted to have Union representation. Mr. Reams asked her to explain what she meant, and Ms. Johnson became agitated and stated that he and Cynthia Lamar (her current supervisor) had asked her to meet with them, making a 'bunch of lies,' and had refused to let her have Union representation. When Mr. Reams made no comment, Ms. Johnson asked did he not remember and agree that he did not allow her to have someone.

Mr. Reams asked whether she wanted this discussed with the Union representative, and she asked, "Why not?" and Mr. Reams asked whether she wanted to discuss that matter in my presence, since it was not involving the current issue and was in fact a private, personal matter. She asked whether he did or did not 'drag out' and slowly inquire as to whether she truly wanted Carl Warren involved. He again asked whether she wanted it discussed in front of me, and then asked whether she fully understood when Weingarten applies. Ms. Johnson said that yes, she understood – that management must allow Union representation if a meeting could reasonably be expected to involve reprimand or other discipline, and that she wanted him to state why he did not want her to have the representation.

Mr. Reams then stated that he did not necessarily object to representation being present, but that it was not required that he permit it in that particular meeting because the issue being discussed was that they were suggesting that she contact the Employee Referral Service. He further stated that he had given her a pamphlet. When Ms. Johnson said nothing, Mr. Reams asked whether she remembered and agreed that they had referred her to the Employee Referral Service and she stated that yes, they had given her a brochure.

Mr. Reams then stated that the reason that he didn't think she wanted the Union involved was because it wasn't appropriate in that case. There was no anticipated disciplinary action, no adverse action, and it was regarding a private matter – the referral to Employee Referral Service.

Ms. Johnson said, "But then, you started again about things that could become disciplinary, without anybody on my side – you covered up the real reason you wanted to see me, that you were punishing me for filing the EEOC action."

Mr. Reams asked, "So, do you believe that?"

Ms. Johnson responded, "Yes, you and Cynthia are trying to intimidate me by taking the action against Monique, you bully people." Mr. Reams interjected, "I can't discuss Monique with you, that's none of your business." Ms. Johnson stopped, and then asked, "What happens if you prove what you're trying to prove?"

Mr. Reams said, "What do you mean? This is about work, your saying it's finished when it is not. When the audits were done, the cases were not in the RTS cabinets."

Ms. Johnson said, "Neither were the others on Monique's list," and handed him a typed list. She continued, "They were ready. I came in on Saturday and did them because Monique said there was to be an audit."

Mr. Reams asked, "What list is this?"

Ms. Johnson said, "The May list. I wasn't the only one who had cases that weren't found in the RTS cabinets."

Mr. Reams stated, "But when we checked the others, they all had the pulling work completed, with exhibit lists done, and were out of the cabinets for other development. Yours did not have the exhibit lists typed – and it was first noticed in February and March, not May."

Ms. Johnson commented that she should have been asked about it when it was discovered, rather than waiting until she would have forgotten. Mr. Reams answered that she took 10 days off at that time.

Ms. Johnson then asked, "Please tell me, what will happen? How will you prove that the exhibit lists weren't in the folders?"

Mr. Reams answered, "I'll talk with the supervisors who saw the folders on your desk."

Ms. Johnson said, "But you are all lying. How can I prove that they were done then? But, we will have another meeting after you talk with the others?"

Mr. Reams said, "Yes, there will be another meeting."

Ms. Johnson indicated that she had expected to be able to finish in 10 minutes but that the meeting had lasted almost an hour, and asked how we were to handle on the timesheet.

Mr. Reams said that it was a business-related issue and that we were to sign for overtime.

Ms. Johnson asked why she didn't get the overtime sheets when she was given the timesheets, and Mr. Reams stated that they are kept in a different binder and he just didn't think of them. Ms. Johnson asked if she could also have copies of those as well, and Mr. Reams said yes.

The meeting was ended.

DX 25

DEFENDANT'S
EXHIBIT

25

2004

| LEAD | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| BSM | T | 5586 | 2·11 | 2·25 | 2·25 | 2·25 | 2·25 |
| | H | 5912 | 1·14 | 5·11 | 5·11 | 5·11 | 5·11 |
| | H | 2480 | 1·21 | 6·9 | 6·9 | 6·9 | 6·9 |
| | G | 2685 | 12·16·03 | 12·18·03 | 12·18·03 | 12·18·03 | 12·18·03 |
| | F | 8454 | 5·14·04 | 5·18·04 | 5·18·04 | 5·18·04 | 5·18·04 |
| | C | 9710 | 7·23·03 | 12·6·03 | 12·5·03 | 12·5·03 | 12·6·03 |
| | A | 2372 | 5·1·03 | 3·11·04 | 3·11·04 | 3·11·04 | 3·11·04 |
| | A | 4855 | 1·28·04 | 5·11·04 | 5·11·04 | 5·11·04 | 5·11·04 |
| | A | 7640 | 3·17·04 | 6·9 | 6·9 | 6·9 | 6·9 |
| | B | 2897 | 3·3·04 | 5·21·04 | 5·21 | 5·21 | 5·21 |
| | B | 6742 | 1·28·04 | 5·18·04 | 5·18·04 | 5·18·04 | 5·18·04 |

Exhibit
Page 50 of 69                    2

2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| TAM | G▮ | 8925 | 2.10 | 4.30 | 4.30 | 4.30 | 4.30 |
| | 3▮ | 4786 | 2.5 | 5.3 | 5.3 | 5.3 | 5.3 |
| | W▮ | 6773 | 1.6 | 6.3 | 6.3 | 6.3 | 6.3 |
| | J▮ | 0197 | 4.8 | 6.9 | 6.9 | 6.9 | 6.9 |
| | H▮ | 6380 | 2.26 | 5.11 | 5.11 | 5.11 | 5.11 |
| | H▮ | 3618 | 4.24.04 | 6.7 | 6.7 | 6.7.04 | 6.7.04 |
| | H▮ | 2841 | 1.29.04 | 5.7 | 5.7 | 5.7 | 5.7 |
| | A▮ | 6123 | 10.28.03 | 5.13.04 | 5.13.04 | 5.13.04 | 5.13.04 |
| | C▮ | 3442 | 12.22.03 | 4.24.04 | 4.24.04 | 12.22.03 | 4.24.04 |
| | B▮ | 7356 | 1.8.04 | 4.26.04 | 4.26.04 | 4.26.04 | 4.26.04 |
| | L▮ | 5065 | 2.19.04 | 5.17.04 | 5.17.04 | 5.17.04 | 5.17.04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit )          3
Page 51 of 69

2004

| LA | CLT | LAST 4SSN | CREAT- ED | MODI- FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|----|-----|-----------|-----------|------------|-----------|------------|------------|
| RKH | P | 9974 | 1·15 | 6·3 | 6·3 | 6·1 | 6·3 |
| | J | 3425 | 12·17·03 | 3·25·04 | 3·25·04 | 3·25·04 | 3·25·04 |
| | H | 3672 | 12·4·03 | 4·1·04 | 4·1·04 | 4·1·04 | 4·1·04 |
| | H | 5980 | 12·4·03 | 5·22·04 | 5·22·04 | 5·22·04 | 5·22·04 |
| | D | 6477 | 11·7·03 | 6·16·04 | 6·16·04 | 6·16·04 | 6·16·04 |
| | B | 0444 | 4·8·04 | 6·4·04 | 6·4·04 | 6·4·04 | 6·4·04 |
| | B | 2876 | 1·26·04 | 5·13·04 | 5·13·04 | 5·13·04 | 5·13·04 |
| | A | 3994 | 10·23·03 | 2·3·04 | 2·3·04 | 2·3·04 | 2·3·04 |
| | B | 3514 | 1·2·04 | 4·12 | 4·12 | 4·12 | 4·12 |
| | D | 9047 | 10·10·03 | 6·1·04 | 6·1·04 | 6·1·04 | 6·1·04 |
| | M | 8292 | 2·22·03 | 4·16·04 | 4·16·04 | 4·16·04 | 4·16·04 |

Exhibit _____     4
Page 52 of 69

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|----|-----|-----------|----------|-----------|-----------|------------|------------|
| BTJ | B███ | 9900 | 6:55PM 2.27.04 | 3.04.04 | 3.4.04 | 3.4.04 | 3.4.04 |
| | B███ | 4153 | 4.5.04 | 4.5.04 | 4.5.04 | 4.5.04 | 4.5.04 |
| | A███ | 2738 | 2.20.04 | 4.5.04 | 4.5.04 | 4.5.04 | 4.5.04 |
| | C███ | 1983 | 4.17.04 | 4.16.04 | 4.16 | 4.26.04 | 4.26 |
| | D███ | 6466 | 6:57PM 2.27 | 4.6 | 4.6 | 4.6.04 | 4.6 |
| | M███ | 4922 | 4.2.04 | 5.28 | 5.28 | 5.28 | 5.28 |
| | H███ | 7645 | 6:56PM 2.27 | 5.24 | 5.24 | 5.24 | 5.24 |
| | N███ | 4812 | 4.26 | 4.26 | 4.26 | 4.26 | 4.26 |
| | R███ | 8806 | 4.24 | 4.26 | 4.26 | 4.24 | 4.26 |
| | S███ | 0870 | 3.10 | 3.10 | 2.20 | 3.10 | 3.10 |
| | W███ | 8016 | 6:53PM 2.27 | 5.3 | 5.3 | 5.3 | 5.3 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit ____ Ex. 13 3/8 pp
Page 53 of 69

## 2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|----|-----|-----------|----------|-----------|-----------|------------|------------|
| LC | M███ | 1067 | 1.24 | 5.11 | 5.11 | 5.11 | 5.11 |
|    | J███ | 2067 | 3.19 | 6.1 | 6.1 | 6.1 | 6.1 |
|    | J████ | 7703 | 11.8.03 | 2.17.04 | 2.17.04 | 2.17.04 | 2.17.04 |
|    | F████ | 2048 | 6:38pm 4.2.04 | 4.2.04 | 4.2.04 | 4.2.04 | 4.2.04 |
|    | F███ | 7523 | 12.22.03 | 3.11.04 | 3.11.04 | 3.11.04 | 3.11.04 |
|    | C███ | 8523 | 4.29.04 | 5.20.04 | 5.20.04 | 5.20.04 | 5.20.04 |
|    | B███ | 4731 | 5.4.04 | 5.20.04 | 5.20 | 5.20.04 | 5.20.04 |
|    | L██ | 3472 | 8.23.03 | 4.22 | 4.22 | 4.22.04 | 4.22.04 |
|    | M████ | 7092 | 1.24.04 | 4.15.04 | 4.15.04 | 4.15.04 | 4.15.04 |
|    | D██ | 3696 | 11.14.03 | 3.8.04 | 3.8.04 | 3.8.04 | 3.8.04 |
|    | H██ | 5220 | 2.25.03 | 5.27.04 | 5.27.04 | 5.27.04 | 5.27.04 |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |

Exhibit ___1___    5
Page 54 of 69

# 2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| KB | H | 8764 | 5.27 | 2.3 | 2.3 | 2.3 | 2.3 |
| | V | 7136 | 2.3 | 5.10 | 5.10 | 5.10 | 5.10 |
| | E | 4265 | 2.3.04 | 4.7.04 | 4.7.04 | 4.7 | 4.7 |
| | G | 3423 | 1.7.04 | 4.9.04 | 4.9.04 | 4.9.04 | 4.9.04 |
| | C | 8511 | 10.28.03 | 4.27.04 | 4.27.04 | 4.27.04 | 4.27.04 |
| | C | 7654 | 1.7.04 | 3.26.04 | 3.26.04 | 3.26.04 | 3.26.04 |
| | C | 4092 | 6:36PM 1.22.04 | 6:36PM 1.22.04 | 6:36PM 1.22.04 | 1.22.04 | 1.22.04 |
| | M | 6261 | 11.4.03 | 4.1.04 | 4.1.04 | 4.1.04 | 4.1.04 |
| | J | 5872 | 2.25.04 | 5.26 | 5.26 | 5.26 | 5.26 |
| | J | 7471 | 11.26.03 | 5.25.04 | 5.25.04 | 5.25.04 | 5.25.04 |
| | M | 6231 | 10.30.03 | 5.18.04 | 5.18.04 | 5.18.04 | 5.18.04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit
Page 55 of 69

6

2004

(MDR)

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|----|-----|-----------|----------|-----------|-----------|------------|------------|
| D███ | ███ | 6791 | 4.19.04 | 5.6 | 5.6 | 5.6 | 5.6 |
| | J████ | 0527 | 6.17.04 | 5.24 | 5.24 | 5.24 | 5.24 |
| | J███ | 7288 | 1.28.04 | 5.12.04 | 5.12.04 | 5.12.04 | 5.12.04 |
| | P███ | 1808 | 12.12.03 | 2.19.04 | 2.19.04 | 2.19.04 | 2.19.04 |
| | A███ | 1689 | 1.10.03 | 4.9.04 | 4.9.04 | 4.9.04 | 4.9.04 |
| | B███ | 6296 | 2.23.04 | 5.27.04 | 5.27.04 | 5.27.04 | 5.27.04 |
| | D███ | 4084 | 8.15.03 | 4.30.04 | 4.30.04 | 4.30.04 | 4.30.04 |
| | G██████ | 4683 | 6.16.03 | 4.12.04 | 4.12.04 | 4.12.04 | 4.12.03 |
| | H████ | 3707 | 3.18.04 | 6.16.04 | 6.16.04 | 6.16.04 | 6.16.04 |

Exhibit ___
Page 51 of 19    7

2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES-SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| CAS | 4 ▉ | 7554 | 1·29 | 4.9 | 4.9 | 4.9 | 4.9 |
| | T ▉ | 2530 | 5·25 | 6·15 | 6·15 | 6·15 | 6·15 |
| | H ▉ | 9781 | 8·21·03 | 4·19·04 | 4·19·04 | 4·19·04 | 4·19·04 |
| | B ▉ | 5711 | 1·29·04 | 5·5·04 | 5·5·04 | 5·5·04 | 5·5·04 |
| | A ▉ | 9274 | 1·30·04 | 5·5·04 | 5·5·04 | 5·5·04 | 5·5·04 |
| | M ▉ | 5284 | 5·30·03 | 6·3·04 | 6·3·04 | 6·3·04 | 6·3·04 |
| | J ▉ | 0046 | 4·20·04 | 5·23 | 4·20· | 4·20 | 4·20 |
| | D ▉ | 4751 | 3·26·04 | 6·16·04 | 6·16·04 | 6·16·04 | 6·16·04 |
| | M ▉ | 3757 | 11·20·03 | 6·3·04 | 6·3·04 | 6·3·04 | 6·3·04 |
| | P ▉ | 9904 | 8·22·03 | 6·18·04 | 6·18·04 | 5·28·04 | 6·18·04 |
| | K ▉ | 5370 | 1·16·04 | 6·14·04 | 6·14·04 | 6·14·04 | 6·14·04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit 1
Page 57 of 14    8

2004

| LA | CLT | LAST 4SSN | CREATED | MODIFIED | ACCESSED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| TLC | Y ▮▮▮ | 7864 | 5·17 | 5·17 | 1·24 | 5·17 | 5·17 |
|  | Y ▮▮▮ | 4206 | 2·19 | 5·13 | 5·13 | 5·13 | 5·13 |
|  | A ▮▮▮ | 2050 | 2·21·04 | 5·13 | 5·13 | 5·13 | 5·13 |
|  | H ▮▮▮ | 6057 | 6·30·03 | 4·9·04 | 4·9·04 | 4·9·04 | 4·9·04 |
|  | E ▮▮▮ | 5197 | 4·22·03 | 4·22·04 | 4·22·04 | 4·22·04 | 4·22·04 |
|  | A ▮▮▮ | 4926 | 2·27·04 | 6·3·04 | 6·3·04 | 6·3·04 | 6·3·04 |
|  | J ▮▮▮ | 6350 | 2·24·04 | 5·25·04 | 5·25·04 | 5·25·04 | 5·25·04 |
|  | J ▮▮▮ | 4767 | 5·20·03 | 5·13·04 | 5·13·04 | 5·13·04 | 5·13·04 |
|  | L ▮▮▮ | 5576 | 2·19·04 | 6·1·04 | 6·1·04 | 6·1·04 | 6·1·04 |
|  | D ▮▮▮ | 0845 | 4·29·04 | 4·30·04 | 4·30·04 | 4·30·04 | 4·30·04 |
|  | G ▮▮▮ | 1204 | 8·23·03 | 1·26·04 | 1·26·04 | 1·26·04 | 1·26·04 |

Exhibit ___
Page 58 of 9

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|----|-----|-----------|----------|-----------|-----------|------------|------------|
| MKT | H▮▮ | 0142 | 8.26.03 | 4.27.04 | 4.27.04 | 4.27.04 | 4.27.04 |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |
|    |     |           |          |           |           |            |            |

Exhibit

Page 59 of 69    10

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| DOC | H███ | 6392 | 12·15·03 | 1·30·04 | 1·30·04 | 12·15·03 | 1·30·04 |
| | F███ | 4227 | 12·10·03 | 1·30·04 | 1·30·04 | 12·10·03 | 1·30·04 |
| | A███ | 7921 | 6:23 p.m. 2·3·04 | 6:28 PM 2·3·04 | 6:28 PM 2·3 | 2·3 | 2·3 |
| | L███ | 1331 | 8·29·03 | 11·14·03 | 11·14·03 | 11·14·03 | 11·14·03 |
| | O███ | 3697 | 12·17·03 | 3·26·04 | 3·26·04 | 3·26·04 | 3·26·04 |
| | D███ | 2703 | 3·18·04 | 6·1·04 | 6·1·04 | 6·1·04 | 6·1·04 |
| | H███ | 3660 | 3·25·04 | 6·17·04 | 6·17·04 | 6·17·04 | 6·17·04 |
| | H███ | NoSSN | 10·31·03 | 2·3·04 | 2·3·04 | 2·3·04 | 2·3·04 |
| | H███ | 4515 | 2·26·04 | 5·18·04 | 5·18·04 | 5·18·04 | 5·18·04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit    J

Page V O of _ 9   //

2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| BW | A███ | 8342 | 1·29 | 5·18 | 5·18 | 5·18 | 5·18 |
| | J███ | 6478 | 12·27·03 | 5·27·04 | 5·27·04 | 5·27·04 | 5·27·04 |
| | H███ | 6733 | 3·4·04 | 6·7·04 | 6·7·04 | 6·7·04 | 6·7·04 |
| | B███ | 1460 | 1·20·04 | 4·16·04 | 4·16·04 | 4·16 | 4·16 |
| | M███ | 1809 | 10·2·03 | 2·25 | 2·25 | 1·9·04 | 2·25·04 |
| | K███ | 0290 | 3·18·04 | 5·28 | 5·28 | 5·28·04 | 5·28·04 |
| | D███ | 9280 | 1·27·04 | 6·9·04 | 6·9·04 | 6·9·04 | 6·9·04 |
| | P███ | 6317 | 9·23·03 | 12·29·03 | 12·29·03 | 12·29·03 | 12·29·03 |
| | C███ | 9661 | 1·6·04 | 3·2·04 | 3·2·04 | 3·2·04 | 3·2·04 |
| | G███ | 25·86 | 12·19·03 | 4·9·04 | 4·9·04 | 4·9·04 | 4·9·04 |
| | K███ | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit ____1____ 12
Page VI of L9

## 2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES-SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| REB | B▮ | 5655 | 5·24 | 6·1 | 6·1 | 6·1 | 6·1 |
| | T▮ | 8953 | 5·22·03 | 2·25·04 | 2·25·04 | 2·6·04 | 2·25·04 |
| | H▮ | 6454 | 2·17 | 6·8 | 6·8 | 6·8 | 6·8 |
| | A▮ | 2558 | 3·12·04 | 6·3·04 | 6·3·04 | 6·3 | 6·3 |
| | D▮ | 2032 | 10·17·02 | 4·17·04 | 4·17·04 | 4·17·04 | 4·17·04 |
| | J▮ | 8067 | 3·12·04 | 6·4·04 | 6·4·04 | 6·4·04 | 6·4·04 |
| | J▮ | 4583 | 3·12·04 | 6·14·04 | 6·14·04 | 6·14·04 | 6·14·04 |
| | W▮ | 1635 | 10·9·03 | 3·31·04 | 3·31·04 | 3·31·04 | 3·31·04 |
| | D▮ | | 6·25·03 | 11·8·03 | 11·8·03 | 11·8·03 | 11·8·03 |
| | C▮ | 6233 | 9·6·03 | 5·13·04 | 5·13·04 | 5·13·04 | 5·13·04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit ____1____    13
Page 62 of 69

2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| FTG | H▪ | 0817 | 5.15.03 | 4.5.04 | 4.5.04 | 4.5.04 | 4.5.04 |
| | C▪ | 9103 | 11.45.03 | 3.30.04 | 3.3.04 | 3.3.04 | 3.3.04 |
| | J▪ | 1231 | 2.20.04 | 5.10 | 5.10 | 5.10 | 5.10 |
| | M▪ | 0641 | 10.18.03 | 2.11.04 | 2.11.04 | 2.11.04 | 2.11.04 |
| | ▬ | ▬ | 8.25.03 | 11.5.03 | 11.5.03 | 11.5.03 | 11.5.03 |
| | A▪ | 6089 | 3.25.04 | 6.8.04 | 6.8.04 | 6.8.04 | 6.8.04 |
| | G▪ | 6504 | 5.16.03 | 5.18.04 | 5.18.04 | 5.18.04 | 5.18.04 |
| | I▪ | 7165 | 5.19.04 | 6.15.04 | 6.15.04 | 6.15.04 | 6.15.04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit 1
Page 63 of 64

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| MBM | A▮▮▮ | 4101 | 7.14.03 | 61.04 | 61.04 | 61.04 | 61.04 |
| | A▮▮▮ | 7416 | 2.2.04 | 5.27.04 | 5.27.04 | 5.27.04 | 5.27.04 |
| | B▮▮▮ | 6487 | 2.2.04 | 4.12 | 4.12 | 4.12 | 4.12 |
| | D▮▮▮ | 6890 | 2.6.04 | 4.1.04 | 4.1.04 | 4.1.04 | 4.1.04 |
| | C▮▮▮ | 0042 | 10.24.03 | 5.18.04 | 5.18.04 | 5.18.04 | 5.18.04 |
| | G▮▮▮ | 2532 | 12.18.03 | 6.7.04 | 6.7.04 | 6.7.04 | 6.7.04 |
| | I▮▮▮ | 7950 | 8.29.03 | 6.15.04 | 6.15.04 | 6.15.04 | 6.15.04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit

Page 64 of 45

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---|---|---|---|---|---|---|---|
| 1ST | E▮▮▮ | 0730 | 12.17.03 | 5.17.04 | 5.17.04 | 5.17.04 | 5.17.04 |
| | I▮▮ | 2183 | 1.2.03 | 4.17.04 | 4.17.04 | 4.17.04 | 4.17.04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit 1
Page 65 of 616



July 21, 2004

RE: Bernathia Johnson

To Whom It May Concern:

Services for Ms. Johnson were re-instituted on 05/10/2004. She has been seen on a regular basis since that time. Available data indicate that Ms. Johnson's difficulties are multifactorially determined. However, much of her current distress/impairment appears to be response to situational stressors. Consequently, a change in work milieu may assist greatly in the amelioration of her current symptomatology.

If I can be of any further assistance, please feel free to contact me at (334) 272-3889.

Sincerely,

Vonceil C. Smith, Ph.D.
Licensed Psychologist

VCS/cp

Exhibit ____    Exhibit 74
Page ⊬⊬ of ⊬9

6324 Woodmere Blvd. ⋄ Montgomery, AL 36117 ⋄ 334-272-3889 ⋄ 334-272-5896 (fax)

| LA-SPVY | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|---------|-----|-----------|----------|-----------|-----------|------------|------------|
| Pam | F███ | 9565 | 1·8·04 | 4·15·04 | 4·15·04 | 4·15·04 | 4·15·04 |
| | D███ | 3884 | 1·7·04 | 6·10·04 | 6·10·04 | 6·10·04 | 6·10·04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit ⟩
Page ₇ of ₉₇

2004

| LA | CLT | LAST 4SSN | CREAT-ED | MODI-FIED | ACCES SED | DATE CREAT | DATE L/SAV |
|----|-----|-----------|----------|-----------|-----------|------------|------------|
| SSA | B▮▮▮ | 2680 | 3·26 | 6·10 | 6·10 | 6·10 | 6·10 |
| SSA | A▮▮▮ | 8595 | 2·13 | 3.8 | 3.8 | 3.8 | 3.8 |
| | S▮▮▮ | 8893 | 2·3 | 3·12 | 3·12 | 3·12 | 3·12 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit ___1___
Page _68_ of _68_

DX 26

**Caffey, Monique**

| | |
|---|---|
| From: | Caffey, Monique |
| Sent: | Saturday, April 24, 2004 11:03 AM |
| To: | Johnson, Paul Whitson   OHA Montgomery HO |
| Cc: | Davenport, Pam; Lamar, Cynthia A.; Reams, Paul E. |
| Subject: | 04/2004's audit of 'RTS / RTH' cases |



DEFENDANT'S
EXHIBIT
26

*Collum, Charlotte*

*Jacobs, Gloria D.*

*Maddox, Michael E.*

*Moore, Latricia L.*

*Moseley, Mary E.*

*Settles, Destiny A.*

*Settles, Malik O.*

*Smith, Miracle H.*

*... could not be found during the audit*

*~Monique D. Caffey*
*04/24/2004*

Exhibit ___1___
Page _23_ of _69_

Exhibit No. __10__
Page 1 of __5__ pages



MDC

## Tasks Accomplished on Saturday, April 24, 2004:

1. mailed all correspondence in mailslots in mailroom
   {to local coverage D/Os and Birmingham, AL DDS}

2. photocopied and/or faxed requested exhibit{s}
   for out-of-town representatives {please view attachment{s}}

3. printed & mailed attorney/representative withdrawal letter{s} to
   claimant{s} { please view exhibit file for office copy of said letter }
   a.

4. ordered C/E's, req. signature on Form 827, medical and/or school
   records & mailed correspondence to claimant and/or attorney:
   a.

5. added exhibits
   a.

1

Exhibit _____1_____
Page 24 of 69        2

b.

6. filed 'CLSD' ALJ folders

7. M/E photocopied ; please view attachments
   a.
   b.

8.

OVERTIME:
   1. added exhibits:
      a. Smith, Dorothy L. {            } ; added exh. 4B – 7B
      b. Looney, Lywanda D. {            } ; added exh. 8F
      c.

   2. created exhibit lists:
      a.

   3. photocopied for out-of-town representatives:
      a.

   4. mailed decisions to Clmts and Attys and/or Reps.:

   5. filed 'CLSD' ALJ files

   6. M/E photocopies:
      a. 05/27/2004 w/ALJ 1754 { CAS }
      b.

2

Exhibit ___1___
Page _25_ of _69_      3

7. requested Form 827
   a. Wilkerson, Dennis W. {                    } / 2nd request
   b.

8. audit of RTH / RTS cases:
   a. Alford, Florence  {              ; WKUP / BW [ since 03/19/2004 ]
   b. Ballard, Mary E. {              ; WKUP / TAM [ since 04/09/2004 ]
   c. Davenport, Kathy {              ; WKUP / BW [ since 03/26/2004
      }
   d. Johnson, Jasper {              }; WKUP / BW [ since 03/26/2004
      }
   e. Joiner, Kyle B.               ; WKUP / BW [ since 03/19/2004 ]
   f. Manuel, Brenda J.               }; WKUP / BW [ since 03/19/2004
      }
   g. Mathews, Antinio V. {              ; UNWK [ since 08/11/2003 ] /
      listed on ALJ folder cover as 'REB / 04/01/2004'
   h. Yates, Charles R. {              }; ARPR (S) 1410 [ since
      03/05/2004 ] / listed on ALJ folder as 'LBC / 02/12/2004'
   { also view attachment }
   i.

9. ordered C/E
   a. Nelson, John W. {              }; { DWR / MEH }
   b.

3

Exhibit ___1___
Page __2C__ of _69_          4

DEFENDANT'S
EXHIBIT
26-A

**Caffey, Monique**

From: Caffey, Monique
Sent: Monday, May 17, 2004 1:43 PM
To: Johnson, Paul Whitson   OHA Montgomery HO
Cc: Davenport, Pam; Lamar, Cynthia A.; Reams, Paul E.
Subject: 05/2004's audit of 'RTS/RTH' cases

Listed below are the cases I could not find upon completion of this month's audit:

Brown, Katandra S.

Chatman, Johnny L.

Ford, Joe E.

Gresham, Patricia D.

Hubbard, Patricia S.

May, Willie D.

McCarthy, Joan G.

Starling, JoAnn

Wilger, Joseph N.

Monique D. Caffey
05/17/2004

1

Exhibit ___1___
Page 27 of 61    5

DX 27



**Reams, Paul E.**

| | |
|---|---|
| **From:** | Reams, Paul E. |
| **Sent:** | Monday, June 28, 2004 3:37 PM |
| **To:** | Johnson, Bernethia |
| **Cc:** | Warren, Carl L. |
| **Subject:** | RE: Update on Reprimand |

The evidence used in the reprimand is:     Your files that were in the RTS category missing from the RTS file cabinet.

Files found on your desk in the RTS category with no exhibit lists in file.

Computer records showing work done by you on these files after you said had finished working on them.

you

Paul Reams

―――Original Message―――
| | |
|---|---|
| **From:** | Johnson, Bernethia |
| **Sent:** | Monday, June 28, 2004 3:12 PM |
| **To:** | Johnson, Bernethia; Reams, Paul E. |
| **Cc:** | Warren, Carl L. |
| **Subject:** | RE: Update on Reprimand |

―――Original Message―――
| | |
|---|---|
| **From:** | Johnson, Bernethia |
| **Sent:** | Monday, June 28, 2004 3:03 PM |
| **To:** | Reams, Paul E. |
| **Subject:** | RE: Update on Reprimand |

Will you be using the same evidence or or did you, as you stated that you would do search for newer evidence to use? If you have received newer evidence please provide to me immediately. I must meet the deadline.

―――Original Message―――
| | |
|---|---|
| **From:** | Reams, Paul E. |
| **Sent:** | Tuesday, June 22, 2004 4:52 PM |
| **To:** | Johnson, Bernethia |
| **Cc:** | #AT AL OHA Mon Mgt Team |
| **Subject:** | Update on Reprimand |

June 22, 2004

| | |
|---|---|
| **To:** | Bernethia Johnson |
| **From:** | Paul Reams |

As I told you I would during our discussion yesterday, I have reviewed the evidence in this matter. I have concluded that there is ample evidence supporting the reason for the reprimand. I am extending the time period for you to respond to this reprimand until Monday, June 28.

**Paul Reams**
**Hearing Office Director**
**Montgomery, Alabama**

1

Exhibit ℍ4 ℍ7
Page 5ℍ of ℍℍ
P 1

DX 28



To:    Mr. Paul Reams, OHA Montgomery Hearing Office Director
From:  Bernethia T. Johnson, Legal Assistant
Date:   June 21, 2004
SUBJ:  Response to May 27, 2004, Reprimand

This memorandum is in response to the reprimand issued on May 27, 2004, where management made false accusation against me regarding cases being moved from category "WKUP to category "RTH" without actually being completed. The evidence management used to issue the reprimand proved that they will go to any length to conjure up evidence against me. I truly believe that this is another form of harassment that management has created in an attempt to defame my character. I believe that management will continue to harass me in an effort to diminish discriminating actions performed at OHA Montgomery.

More importantly, I obtained supportive information from Ms. Monique Caffey to discredit management's false accusation against me. This information clearly shows that I was not the only employee on that list whose files were not placed in the RTS drawer. This information was later presented to Mr. Reams. I asked if these documents were of the cases that he was speaking of during the issuing of my reprimand. Mr. Reams looked through them and stated that he did not know but that he would give me the case histories before close of business on May 28, 2004.

As a result of Ms. Caffey's gracious efforts, I truly believe that she has been fired from this organization based upon the information she provided to me. I request that Mr. Reams and his supervisory staff cease from intimidating any other employee that I may speak to or hold a conversation with.

Due to the lake of evidence to support management's claim, I request that management remove the reprimand from my 7B file, effective immediately.

Sincerely


Bernethia T. Johnson
Legal Assistant

Cc:

DX 29

DEFENDANT'S
EXHIBIT
21

Bernethia T. Johnson

225 Garden Homes Circle
Montgomery, AL  36116

September 3, 2004

Associate Commissioner
For Office of Civil Rights and Equal Opportunity
Social Security Administration
P.O. Box 17712
Baltimore, MD  21235-7712

To Whom it May Concern:

I Bernethia T. Johnson, 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, OHA, Montgomery, AL  (334) 223-7503, ext.
3052,  request that this letter and the enclosed be accepted as my election to file a formal
complaint.

Since my initial EEO action against the agency in 1997 and my being a former
union steward at this location and my 2003 EEO action, all of which Mr. Paul Reams,
Hearing Office Director (HOD), had involvements, management has increasingly been
hostile to me and has created an hostile work environment towards me  I find myself
constantly seeking fair treatment from management and quietly accepting their harassment
strategies.  This is my third EEO action;  I believe that  only way I will escape retaliation
and unfair treatment is to leave OHA Montgomery.

Though I have mentioned hostile work environment to my former supervisor,
Mr. Paul Johnson, the **root** of the hostile work environment lies within management.  The
hostile work environment has risen to a new height to the point that  I am extremely
frightened by management.  Trying extremely hard to overlook management's accusations,
plots, and their unfair treatments, it has now come to the point where it affects my ability
and my health.

Through their masked depiction, I am made to look as though I do not pull my
share of workload.  (This information will be disclosed at the upcoming EEO hearing.)
According to a local policy, I had the right to work at home two days weekly out of the
month of April 2004, to perform front desk duties.  On April 12, 2004,  I requested to
work at home on Tuesday and Wednesday, but the request was denied by Mr. Paul
Johnson, former supervisor.  Mr. Paul Reams, Hearing Office Director, spoke with me
about the incident.  After he spoke with Labor Management Relations on April 13, he
rectified the April 12, 2004, event.  See exhibit 1.  Ms. Cynthia Lamar, current supervisor,
issued me cases and informed me that I did not have to wait until Fridays to get cases.

On April 19, I went to Ms. Cynthia Lamar, current supervisor, person in charge of
issuing cases for the month of April to get additional cases.  Mr. Johnson was in her office
and made statements against me being issued cases on Monday, April 19, instead of

1

Bernethia T. Johnson

Friday, April 16. getting cases issued to me on that day. I told him that it was not a problem and I declined to work at home. After I reviewed the cases that were currently assigned to me, I returned to Ms. Lamar's office and informed them that I had decided to work at home with the cases that were in my possession.

While in the process of typing the event that had occurred earlier in Ms. Lamar's office, Mr. Johnson stood behind me and in a loud and harsh voice called out my name. Because of the tone of his voice, fear did not allow me to turn around to face him. Nonetheless, he began to question me and demanded that I return to Ms. Lamar's office. I returned with a union official.

On April 20, 2004, in the presence of a union official, I informed the director that I had called regional seeking safety measures, and I informed him of the April 19 incident. I requested that Mr. Johnson control his emotional behavior. Mr. Reams informed me that he would conduct an investigation.

As a result of the investigation (exhibit 2), a meeting was held on April 30, where Ms. Lamar and Mr. Carl Warren (via telephone) was present, I received an oral warning for insubordination for refusing to answer question(s) asked by Mr. Johnson. The questions asked by Mr. Johnson and Ms. Lamar were answered through a union official that was present at the meeting (exhibit 3). At the conclusion of the meeting after Mr. Warren had hung up the telephone, I was directed by Mr. Reams to stay in the hearing room.

Upon Mr. Reams continual conversation with me, I immediately and repeatedly asked for union representation but was denied the Weingarten Rights (see exhibit 4) through Mr. Reams action(s). I became extremely fearful and was tremendously stressed at being hemmed in the hearing room alone with two management officials. Finally after asking approximately four to six times for representation, I began to speak out loudly as I wrote a letter (exhibit 5) regarding Mr. Reams denying me the Weingartner Rights. I was allowed to go to the restroom. While being momentarily free from the hearing room, I made copies of the letter and presented a copy to each of them to sign; both declined. It was only then that Mr. Reams, in an exceedingly s---l---o---w motion reached for the telephone to contact Mr. Warren, while he repetitively asked me the same question as to whether I was sure that I wanted representation.

I relentlessly answered his cyclical questions until I became annoyed and gave no response. Mr. Reams reminded me that I failed to answer his questions in a tone that implied that he had the authority to issue me disciplinary actions at a more progressive level. I told him that this scenario was similar to the one that had occurred in Ms. Lamar's office with Mr. Johnson. Therefore, to prevent receiving other disciplinary actions, I was **FORCED** to respond to each of Mr. Reams posed questions without union representation. I turned and asked Ms. Lamar to tell Mr. Reams what she told me last week about getting cases. She repeatedly replied to me, "You tell me what I said. When I mentioned about getting cases other than on Fridays, she stated that she had "no

Bernethia T. Johnson

recollection."

The intimidation continued until he gave me permission to leave. I was very shaken and distressed about what had happed. I was mentally terrorized and abused by Mr. Reams and his accomplice, Ms. Lamar. **I walked out of that hearing room feeling as though I had been abducted and raped all over again, but not by a stranger but by well known and respected management.**

On May 3, 2004, I presented Mr. Reams with a medical statement issued from my physician,, Dr. Davis. Mr. Reams declared it as "unacceptable." Therefore, upon returning to my physician's office on May 4, 2004, to get an "acceptable" medical statement (exhibit 6), I was informed that the statement previously given to me was a statement issued to all of Dr. Davis' patients when needed. Nonetheless, they would gladly meet Mr. Reams' demand. This clearly exemplifies harassment and shows unfair treatment.

On May 27, 2004, I was issued a reprimand (exhibit 7) by Mr. Reams where he presented no evidence of what was being discussed. Throughout the meeting, I repeatedly asked for case histories (exhibit 8) so that I might know what it was that he was referring to. Instead of him providing me with case histories, he badgered me and insisted that I admit to cheating as all other employees do when caught. Later that day, I told Ms. Monique Caffey, **management has terminated her** (exhibit 9), about my reprimand. She presented me with copies of documents that she had recently given to management of audits she conducted (exhibit 10). I presented these documents to Mr. Reams and asked if these were what he was referring to in the meeting. He reviewed them and stated that he would give me case histories by close of business the next day. The next day, Mr. Reams provided me with 11 case histories.

I developed computer snapshots, (exhibits 11) of the case histories. These snapshots reveals erroneous information, such as 1) the time that I was suppose to have created the cases and 2) the differences between the created dates in the "General" and the "Summary" file properties. For example, at least four of the eleven questioned cases were developed at 6:55:02 PM, 6:57:01 PM, 6:56:03 PM, and 6:53:47 PM. The office closes at 6:00 p.m., and I do not have keys to the building. Because I have limited knowledge of the computer arena, I requested that the system administrator and the director explain the difference in the **date of creation** and **date created**. Unfortunately, they were unable to give any (exhibit 12).

On June 3, 2004, Ms. Caffey and I went to lunch together. I was amazed to learn that employees could tell me what time Ms. Caffey and I left going to lunch and the time that we returned. Shortly after returning from lunch, Ms. Caffey was given a "Proposal to Terminate. I believe management's action steamed not only from the documents I presented to Mr. Reams but also from the documents that Ms. Caffey had given me permission to use and from her socializing with me.

3

Bernethia T. Johnson

On June 21, 2004, a meeting with Mr. Reams, a union official, and myself was held. In Mr. Reams' opening statement, he admitted that the evidence he thought he could used was deemed "**unreliable**" (exhibit 11) and that since it was **unreliable**" he would go back to the supervisors for new evidence. He further stated that some of the case histories he had given to me on May 28, were not of cases that were on my desk, but were gathered from a computer research that he had conducted. No other employee was included in Mr. Reams research. Mr. Reams has refused to differentiate between the alleged incompleted RTH cases that were suppose to have been on my desk opposed to those allegedly incompleted cases that were placed in the RTS category and into the RTS filing cabinets where allegedly I continued working on the cases.

Mr. Reams informed me that my cases only were researched and that his conclusion was a result of the research. Although, I am no longer able to produce snapshots from the "general and summary property profile," I conducted a computer research of all the legal assistants / case technicians and Ms. Tamplin and produced a table for each one (exhibit 13). Some of the findings were similar to the information Mr. Reams had gathered on me, showing "created" and "date of creation" being no more than three months apart. Unlike the information Mr. Reams had gathered on me, were cases that were created by other case technicians that showed "created" and "date of creation" were as far apart as 10 months. Neither Mr. Reams nor Ms. Tamplin could give explanation to the findings. Mr. Reams used "**unreliable and inexplicable evidence**" to issue me the reprimand.

At this point, Ms. Lamar, my current supervisor, has prohibited me to communicate with her by e-mail. She has informed me that she "will not communicate to me by e-mail." I informed her that I had discussed the matter with Mr. Carl Warren, union official, but was informed to do so anyway. I fear that because if I e-mail Ms. Lamar, I may at anytime be call into another meeting with management officials and be issued a more progressive disciplinary action for failing to adhere to direct order(s).

Ms. Lamar makes appointments with employees which apparently overrides those employees waiting to speak with her at her door. In June, while waiting outside of Ms. Lamar's door, Ms. Barnett-Jefferson walks up and ask me if I am waiting for Ms. Lamar. I replied, "yes." Ms. Barnett-Jefferson is asked to come into Ms. Lamar's office and ~~Ms. Barnett-Jefferson shuts the door in my face. Although I knock on Ms. Lamar's door~~ and informs her that I was waiting to speak with her first. She informs me to return to my desk and that she will talk with me later. Later, Ms. Lamar informs me that Ms. Barnett-Jefferson had made an appointment with her and that appointments take precedence over non-appointment employees. When I asked Ms. Lamar about the appointment process, she said there was no need for me to make an appointment.

This office is known for employees hemming one another in corners, taking other employees property and hiding it. I believe it is no different with my work, coming up missing, moved from one location to another, and things being planted on my desk. Because of the afore mentioned, I can no longer pride myself on keeping up with cases

4

Bernethia T. Johnson

that were/are assigned to me. It appears that nearly several times weekly I find myself
spending hours or even days searching for my assigned cases.

I also believe that a part of management's retaliatory actions against me stem from
when I was union steward of this local agency. Numerous times when there were
unresolved conflicts between local management and the local union, the conflicts were
presented to next level in the American Federal Government Employee (AFGE) . The
majority of the time, management were found at fault and had been made by AFGE to
cease and desist their unfair labor practices and activities, such as pre-selection, setting
employees training time, and following AFGE national agreement. It is useless for me to
report anything to management, because it seems to always backfire. Even when
employees do not complete their work process and when management is made aware of
employees incompleted work process, I am made to complete it or I am told to overlook
it.

On July 21, 2004, while working at my Alternate Duty Station (ADS), the July 20,
2004, Serial Overtime or Holiday Work Attendance Roster, was found intermingled with
my case workload. I don't know how it got there, but I believe it was planted.
Nonetheless, I returned it to management.

As recent as Friday, July 23, 2004, as I passed Ms. Warner's desk leaving for
lunch, we glimpsed at one another. I existed to the employees' pack parking lot located
behind the building. As I was leaving the facility in my car with the windows rolled down,
I heard a click. Looking in the direction of the click, I saw Ms. Warner standing in the
front of the building with a camera to her face. Because she stood next to the security
guard, Mr. Bobby, I telephoned him and asked why did she take my picture. He was
uncertain as to why she had taken the picture but stated that she did take it. Because I
felt uncomfortable about this situation, I reported this matter to my supervisor, Mr.
Brown.

I am being constantly discriminated and harassed beyond measures. Although in
the redress of my initial EEO action, I request that there be no retaliation from
management, this I find is a non-applicable request. I would prefer to work comfortably
without wondering about management's next scheme. I believe I will always receive
harassment and unfair treatment and that I will continue to be disadvantaged even by the
assignment of work. With the way local management has rigged its environment, it is
impossible for me to prove my worth to the Social Security Administration, Office of
Hearings and Appeals, Montgomery. I am a good employee with good potential but all
have been masked by management.

For the past seven years, I have endured unfair treatment, unfair labor practices,
and scandal from the local management staff, as well as from co-workers. The pressure,
the stress, and the local agency's schemes have become extremely too hard to continue to
tolerate. Therefore, in order for me to get mental and physical relief, I believe that the
best thing for me to do is to relocate. Therefore, as a redress to this EEO complaint, I
request the following:

5

Bernethia T. Johnson

1. Relocate as a legal assistant, in my current grade and level, to the Office of Hearings and Appeals, Birmingham, AL

2. Agency purchase my hours.

3. Reimbursement of monetary cost and leave time used to relocate

4. Reimbursement of medical cost and leave time used while seeking medical attention because of discrimination and harassment

5. Verbal warning and reprimand be removed from my official personnel folder and 7-B file.

6. Cost towards reestablishing myself in Birmingham, AL.

I have enclosed a copy of a letter dated July 21, 2004, from Dr. Smith (exhibit 13). Thank you for your assistance in this matter.

Sincerely,

Bernethia T. Johnson
Legal Assistant

6

DX 30