# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 2:06-cv-397-WKW |
| V. ) | 2:07-cv- 59-WKW |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF RENITA BARNETT-JEFFERSON

I, Renita Barnett-Jefferson, in lieu of an affidavit, as permitted by 28 U.S.C. ' 1746, make the following declaration based on my personal knowledge:

1.

I am currently a Senior Attorney for the Social Security Administration (SSA), Office of Disability Adjudication and Review (ODAR), in Montgomery, Alabama. I have held this position since 2000. I have worked in the Montgomery hearing office since 1994. I worked with Bernethia Johnson, a legal assistant in the Montgomery hearing office since I started working in Montgomery in 1994. My supervisor as a Senior Attorney is Paul Reams, the Hearing Office Director.

2.

In September 2005, Ms. Johnson accused me of trying to hit her with my car in the parking lot. On the day in question, I was returning to the office after lunch and I pulled my car into the front parking lot. Ms. Johnson was walking on the side of the parking lot and as I approached, she stepped out in front of my car. I immediately stopped the car to avoid hitting her. Ms. Johnson continued walking into the building, and I later learned that she had complained to the Federal Protective Service (FPS) that I had tried to hit her with my car.

3.

I did not attempt to hit Ms. Johnson with my car. The FPS investigated this incident and determined that our statements were similar, with the exception that Ms. Johnson said that I tried to run over her and I said that I did not. The FPS officer who investigated the matter

1 of 2

determined that there was no need to proceed any further. Prior to this incident, I had no conversations with any of the managers about trying to hit Ms. Johnson with my car. Afterwards, I told Mr. Reams that Ms. Johnson had stepped in front of my car in the parking lot but that I stopped without hitting her.

4.

I did not take any retaliatory actions against Ms. Johnson for filing Equal Employment Opportunity (EEO) actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. ' 1746.

Executed this 18th day of August, 2008.

Renita Barnett-Jefferson
Senior Attorney
Social Security Administration, ODAR
3381 Atlanta Highway
Montgomery, Alabama 36109