IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 SEP -8 P 3: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:06-CV-397-WKW |
| | 2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | |
| SOCIAL SECURITY, et al., | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, by and through her counsel, and respectfully requests this Honorable Court for an Extension of Time to respond to Defendants' Motion for Summary Judgment until September 21, 2008. In support thereof, the Court is shown the following:

1. That the Defendants filed their Motion for Summary Judgment on August 21, 2008.

2. That as per the briefing order in the above case, the Plaintiff must respond to said motion on or before September 11, 2008.

3. That the Defendant's Motion for Summary Judgment is voluminous and involves numerous arguments that require additional time to sufficiently research the pertinent case law and to sufficiently address the Defendants' contentions.

4. That the undersigned attorney contacted James J. Dubois, Attorney for Defendants, and informed him of her need for additional time and her intent to file a motion for a ten (10) day extension of time.

5. That Mr. Dubois has no objection to the extension of time.

6. That as a result, the undersigned attorney requests an extension of time until September 21, 2008, to respond to Defendants' Motion for Summary Judgment.

WHEREFORE, the premises considered, the Plaintiff respectfully prays that she be granted an extension of time until September 21, 2008.

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:    (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 8th day of September 2008.

JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

_____
Of Counsel