IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNETHIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NOS. 2:06-CV-397-WKW |
| | ) | 2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time (Doc. # 39), it is ORDERED that the motion is GRANTED and that the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgement is EXTENDED to and including **September 21, 2008.**

DONE this 10th day of September, 2008.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE