IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNETHIA JOHNSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 2:06-CV-397-WKW |
| | ) | 2:07-CV-59-WKW |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | | |
| SOCIAL SECURITY, et al., | ) | |
| Defendants. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff and files the Notice Concerning Settlement Conference and Mediation on behalf of both parties. The parties conducted a settlement conference, at which time the parties engaged in good faith settlement negotiations. Though settlement could not be reached at the time of the conference, the Plaintiff will submit an offer to the Defendant, at which time, the Defendant will take the Plaintiff's offer under good faith consideration.

The parties discussed whether mediation will assist the parties in reaching settlement. The parties agree that at this time mediation will not assist in reaching an agreement.

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:    (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 12th day of September 2008.

JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

_____
Of Counsel